**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
745 Park Avenue, Suite 500
New York, New York 10151
Telephone: (646) 354-6534
lfeldman@4-justice.com
mliskow@4-justice.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY L. SMITH, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br>GOOGLE, LLC.,<br><br>       Defendant | Case No. 5:23-cv-03527-SVK<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

  Michael Liskow of George Feldman McDonald, PLLC hereby enters his appearance as counsel of record in this case for the Plaintiff.

Dated: July 18, 2023        By: */s/ Michael Liskow*
                   Michael Liskow

               **GEORGE FELDMAN MCDONALD, PLLC**
               Lori G. Feldman (pro hac vice)
               Michael Liskow (State Bar No. 243899)
               745 Park Avenue, Suite 500
               New York, New York 10151
               Telephone: (646) 354-6534
               lfeldman@4-justice.com
               mliskow@4-justice.com

               *Attorneys for Plaintiff*