| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOEL D. SMITH (SBN 244902) <br> Bursor & Fisher, P.A. <br> 1990 N California Blvd Suite 940 <br> Walnut Creek, CA 94596 <br> *Telephone No:* 925-300-4455 <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> 1941 Google Tax Filing | |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* MARY L. SMITH, individually and on behalf of all others similarly situated
*Defendant:* GOOGLE, LLC

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:23-cv-03527-BLF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; ORDER REASSIGNING CASE; STANDING ORDER RE CIVIL CASES JUDGE BETH LABSON FREEMAN; NOTICE OF ELIGIBILITY FOR VIDEO RECORDING; ECF REGISTRATION INFORMATION; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WAIVER OF THE SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES

3. a. Party served:    GOOGLE, LLC.
   b. Person served:    KOY SAECHAO, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Tue, Aug 01 2023 (2) at *(time)*: 10:58 AM

   (1) [X]  **(business)**
   (2) [ ]  **(home)**
   (3) [ ]  **(other)** :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ]  as an individual defendant.
   b. [ ]  as the person sued under the fictitious name of *(specify)*:
   c. [ ]  as occupant.
   d. [X]  On behalf of *(specify)*:    GOOGLE, LLC.
       under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
   | [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
   | [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
   | [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
   | [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
   | [X] other:   LLC | |



| | | |
|---|---|---|
| Judicial Council Form POS-010 <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | 9287396 <br> (6012100) <br> Page 1 of 2 |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| JOEL D. SMITH (SBN 244902) <br> Bursor & Fisher, P.A. <br> 1990 N California Blvd Suite 940 <br> Walnut Creek, CA 94596 | | | | |
| Telephone No: 925-300-4455 | | | | |
| Attorney For: Plaintiff | Ref. No. or File No.: <br> 1941 Google Tax Filing | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: MARY L. SMITH, individually and on behalf of all others similarly situated <br> Defendant: GOOGLE, LLC | | | | |
| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:23-cv-03527-BLF |

Recoverable cost Per CCP 1033.5(a)(4)(B)

**7. Person who served papers**
   a. Name:  Michael Morris
   b. Address:  **FIRST LEGAL**
       200 WEBSTER STREET, SUITE 201
       OAKLAND, CA 94607
   c. Telephone number:  (415) 626-3111
   d. **The fee** for service was:  234.90
   e. I am:
       (1) [ ] not a registered California process server.
       (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
       (3) [X] a registered California process server:
           (i) [ ] owner  [ ] employee  [X] independent contractor
           (ii) Registration No:  2012-33, Sacramento
           (iii) County:  Sacramento

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

08/01/2023
(Date)

Michael Morris



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

9287396
(6012100)
Page 2 of 2