AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Mary L. Smith, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:23-cv-03527-BLF |
| Google, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC                                                                                                              .

Date:    08/14/2023                                        /s/ Benedict Hur
                                                                        *Attorney's signature*

                                                            Benedict Hur (CA SBN: 224018)
                                                                *Printed name and bar number*

                                                            Willkie Farr & Gallagher LLP
                                                            One Front Street, 34th Floor
                                                            San Francisco, CA  94111
                                                                        *Address*

                                                                bhur@willkie.com
                                                                    *E-mail address*

                                                                (415) 858-7400
                                                                *Telephone number*

                                                                (415) 858-7599
                                                                    *FAX number*