AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Mary L. Smith, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-03527-BLF |
| Google, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC.

Date: 08/14/2023

/s/ Simona Agnolucci
*Attorney's signature*

Simona Agnolucci (CA SBN: 246943)
*Printed name and bar number*

Willkie Farr & Gallagher LLP
One Front Street, 34th Floor
San Francisco, CA 94111
*Address*

sagnolucci@willkie.com
*E-mail address*

(415) 858-7400
*Telephone number*

(415) 858-7599
*FAX number*