AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Mary L. Smith, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:23-cv-03527-BLF |
| Google, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC.

Date: 08/14/2023

/s/ Joshua Anderson
*Attorney's signature*

Joshua Anderson (CA SBN: 312836)
*Printed name and bar number*

Willkie Farr & Gallagher LLP
One Front Street, 34th Floor
San Francisco, CA 94111
*Address*

jdanderson@willkie.com
*E-mail address*

(415) 858-7400
*Telephone number*

(415) 858-7599
*FAX number*