AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Mary L. Smith, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Google, LLC | ) |
| *Defendant* | ) |

Case No.    5:23-cv-03527-BLF

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC                                                                                           .

Date:    08/14/2023

/s/ Naiara Toker
*Attorney's signature*

Naiara Toker (CA SBN: 346145)
*Printed name and bar number*

Willkie Farr & Gallagher LLP
One Front Street, 34th Floor
San Francisco, CA  94111
*Address*

ntoker@willkie.com
*E-mail address*

(415) 858-7400
*Telephone number*

(415) 858-7599
*FAX number*