**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
　bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
　sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
　esantacana@willkie.com
JOSHUA ANDERSON (SBN: 312836)
　jdanderson@willkie.com
NAIARA TOKER (SBN: 346145)
　ntoker@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, LLC,<br><br>　　　　　　　Defendant. | Case No.: 5:23-cv-03527-BLF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIV. L.R. 6-1(A))**<br><br>*Hon. Beth Labson Freeman, District Judge*<br>*San Jose Courthouse, Ctrm. 3 – 5th Floor* |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Mary L. Smith and Defendant Google LLC (collectively, "the Parties") stipulate that:

Plaintiff filed her Complaint on July 14, 2023 and served Google LLC on August 1, 2023, making a responsive pleading due on or before August 22, 2023.

The Parties agree that the time within which Google LLC must answer or otherwise respond to the Complaint shall be extended 45 days, to and including October 6, 2023.

This stipulation will not alter any deadline already fixed by Court order.

IT IS SO STIPULATED.

**WILLKIE FARR & GALLAGHER LLP**

Date:  August 14, 2023        By:    /s/ Benedict Hur
                                     Benedict Hur
                                     Simona Agnolucci
                                     Eduardo E. Santacana
                                     Joshua Anderson
                                     Naiara Toker

                                     Attorneys for Defendant
                                     Google LLC

**BURSOR & FISHER, P.A.**

Date:  August 14, 2023        By:    /s/ Joel D. Smith
                                     Joel D. Smith

                                     Attorneys for Plaintiff
                                     and the Proposed Class

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 14, 2023       By:    /s/ Benedict Hur
                                     Benedict Hur

                                     Attorneys for Defendant
                                     Google LLC