**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MALISSA ADAMS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOOGLE, LLC,<br><br>            Defendant. | Case No.  23-cv-04191-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to *Smith v. Google, LLC*, Case No. 5:23-cv-03527-PCP.

**IT IS SO ORDERED.**

Dated: August 22, 2023

_____
BETH LABSON FREEMAN
United States District Judge