**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@willkie.com
JOSHUA ANDERSON (SBN: 312836)
jdanderson@willkie.com
YUHAN ALICE CHI (SBN: 324072)
ychi@willkie.com
NAIARA TOKER (SBN: 346145)
ntoker@willkie.com
ANIKA HOLLAND (SBN: 336071)
aholland@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARY L. SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GOOGLE, LLC,

Defendant.

Case No.: 5:23-cv-03527-PCP
(Consol. w/ 5:23-cv-04191-BLF)

**DECLARATION OF ANIKA HOLLAND IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**

Date: March 7, 2024
Time: 10:30 a.m.
Courtroom: Courtroom 8, 4th Floor
Judge: Hon. P. Casey Pitts

Consolidated Class Action Complaint Filed: October 9, 2023
Trial Date: Not Set

I, Anika Holland declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an associate with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in the above-captioned matter. I have knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the publicly available *Some facts about Google Analytics data privacy*, Google in Europe page, which was downloaded on December 13, 2023 from https://blog.google/around-the-globe/google-europe/google-analytics-facts/.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the publicly available *Google Analytics Terms of Service*, Google Marketing Platform page, which was downloaded on December 13, 2023 from https://marketingplatform.google.com/about/analytics/terms/us/.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the publicly available *Best practices to avoid sending Personally Identifiable Information (PII)*, Data Privacy and Security help page, which was downloaded on December 13, 2023 from https://support.google.com/analytics/answer/6366371#page-url&zippy=%2Cin-this-article.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the publicly available *TaxAct Privacy Policy*, which was downloaded on December 15, 2023 from https://www.taxact.com/privacy-policy.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the publicly available *H&R Block Digital Privacy Notice*, which was downloaded on December 15, 2023 from https://www.hrblock.com/pdf/HRB-Digital-Tax-Preparation-Online-and-Mobile-Application-Privacy-Prac.pdf (and is linked at https://www.hrblock.com/universal/digital-online-mobile-privacy-principles/).

6. Attached hereto as **Exhibit 6** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, which was downloaded on December 13, 2023 from https://www.taxslayer.com/policies/privacy/.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on December 15, 2023 at San Francisco, California.

*/s/ Anika Holland*

ANIKA HOLLAND