**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@willkie.com
JOSHUA ANDERSON (SBN: 312836)
jdanderson@willkie.com
YUHAN ALICE CHI (SBN: 324072)
ychi@willkie.com
NAIARA TOKER (SBN: 346145)
ntoker@willkie.com
ANIKA HOLLAND (SBN: 336071)
aholland@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY L. SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No.: 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-PCP<br>(Related to 5:22-cv-07557-PCP<br>& 5:23-cv04953-PCP)<br><br>**DECLARATION OF JOSHUA ANDERSON IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Date: March 7, 2024<br>Time: 10:00 a.m.<br>Location: Courtroom 8, 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>Consolidated Class Action Complaint filed 10/09/2023 |

I, Joshua Anderson, declare as follows:

1. I am an attorney duly licensed to practice in the State of California, and am admitted to practice before this Court. I am an associate at Willkie Farr & Gallagher LLP, counsel of record for Defendant Google LLC. My office address is 333 Bush Street, San Francisco, California 94104. I have personal knowledge of the matters stated herein and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the sworn declaration of Valerie Schuessler, submitted in *Caimano v. H&R Block, Inc., et al.*, 2:23-cv-03272-JHS (E.D. Pa. Sept. 29, 2023). The declaration establishes that "new and returning clients are required to agree to the H&R Block Online Services Agreement each year they use H&R Block online tax preparation and filing services, which includes an agreement to individually arbitrate disputes." Ex. A ¶ 3. According to Ms. Schessler, this has been true at least since she started working for H&R Block in 2014. The declaration includes a current version of the online service agreement, and the screens evidencing user agreement to the Online Services Agreement.

3. For the Court's convenience, a separate, true and correct copy of the current Online Services Agreement is attached hereto as **Exhibit B**. It may also be found at https://www.hrblock.com/pdf/HRBlock-Online-Services-Agreement.pdf.

4. Attached hereto as **Exhibit C** is a true and correct copy of the sworn declaration of Renee Gibson, submitted in *Aaricka Swanson, et al. v. H*R Block, Inc., et al.*, 4:19-cv-00788-GAF (W.D. Mo. Dec. 2, 2019). The declaration likewise establishes that, as of 2019, all users were required to agree to the Online Services Agreement as a condition of using the product. Ex. B ¶¶ 7–8.

5. Attached hereto as **Exhibit D** is the Online Services Agreement in effect as of March 2, 2019, as attached to the Renee Gibson Declaration.

6. The Online Services Agreement incorporates H&R Block's Privacy Notice. Attached hereto as **Exhibit E** is a true and correct copy of the Privacy Notice presently available on H&R Block's Website.

7. Attached hereto as **Exhibit F** is a true and correct copy of H&R Block's Privacy Notice, effective March 1, 2015, which I accessed using the Internet Archive, available at

https://web.archive.org/web/20150316133202/https://www.hrblock.com/pdf/HRB-Digital-Tax-Preparation-Online-and-Mobile-Application-Privacy-Prac.pdf. Like the current version of the Privacy Notice, the 2015 version disclosed the collection and disclosure of information for analytics purposes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 15, 2023, in San Francisco, California.

By: _*/s/ Joshua D. Anderson*__________
Joshua D. Anderson