**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@willkie.com
JOSHUA ANDERSON (SBN: 312836)
jdanderson@willkie.com
YUHAN ALICE CHI (SBN: 324072)
ychi@willkie.com
NAIARA TOKER (SBN: 346145)
ntoker@willkie.com
ANIKA HOLLAND (SBN: 336071)
aholland@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY L. SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No.: 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-BLF)<br><br>**DECLARATION OF NAIARA TOKER IN SUPPORT OF GOOGLE LLC'S SUPPLEMENTAL BRIEF IN RESPONSE TO COURT'S ORDER [ECF NO. 72]**<br><br>Complaint Filed: 7/14/2023<br>Trial Date: N/A<br><br>*Hon. P. Casey Pitts, District Judge*<br>*San Jose Courthouse, Ctrm. 8 – 4th Floor* |

I, Naiara Toker, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an associate with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in the above-captioned matter. I have knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a redline comparing the publicly available Consolidated Class Action Complaint in the above-captioned matter, ECF No. 35, with the publicly available Consolidated Class Action Complaint in *In Re Meta Pixel Tax Filing Cases*, No. 22-cv-07557 (N.D.Cal. 2022), ECF No. 71.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on April 19, 2024 at San Francisco, California.

*/s/ Naiara Toker*
NAIARA TOKER