**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@willkie.com
JOSHUA ANDERSON (SBN: 312836)
jdanderson@willkie.com
YUHAN ALICE CHI (SBN: 324072)
ychi@willkie.com
NAIARA TOKER (SBN: 346145)
ntoker@willkie.com
ANIKA HOLLAND (SBN: 336071)
aholland@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY L. SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No.: 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-BLF)<br><br>**DECLARATION OF ANIKA HOLLAND IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF GOOGLE LLC'S SUPPLEMENTAL BRIEF IN RESPONSE TO COURT'S ORDER [ECF NO. 72]**<br><br>Complaint Filed: 7/14/2023<br>Trial Date: N/A<br><br>*Hon. P. Casey Pitts, District Judge*<br>*San Jose Courthouse, Ctrm. 8 – 4th Floor* |

I, Anika Holland declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an associate with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in the above-captioned matter. I have knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1-A** is a true and correct copy of the publicly available *Google Analytics Terms of Service*, dated June 17, 2019, which was downloaded on April 12, 2024, from https://marketingplatform.google.com/about/analytics/terms/gb-20190617/.

3. Attached hereto as **Exhibit 1-B** is a true and correct copy of the publicly available *Google Analytics Terms of Service*, dated March 31, 2021, which was downloaded on April 12, 2024, from https://marketingplatform.google.com/about/analytics/terms/us-20210331/.

4. Attached hereto as **Exhibit 1-C** is a true and correct copy of the publicly available *Google Analytics Terms of Service*, dated May 15, 2023, which was downloaded on April 12, 2024, from https://marketingplatform.google.com/about/analytics/terms/us/.

5. Attached hereto as **Exhibit 2-A** is a true and correct copy of the publicly available *H&R Block Privacy Notice*, effective November 1, 2014, which was downloaded on April 12, 2024, from https://web.archive.org/web/20150226023045/https://www.hrblock.com/pdf/HRB%20Digital%20Tax%20Preparation%20Online%20and%20Mobile%20Application%20Privacy%20Prac.pdf.

6. Attached hereto as **Exhibit 2-B** is a true and correct copy of the publicly available *H&R Block Privacy Notice*, effective January 1, 2020, which was downloaded on April 12, 2024, from https://web.archive.org/web/20200718134255/https://www.hrblock.com/pdf/HRB%20Digital%20Tax%20Preparation%20Online%20and%20Mobile%20Application%20Privacy%20Prac.pdf.

7. Attached hereto as **Exhibit 2-C** is a true and correct copy of the publicly available *H&R Block Privacy Notice*, effective January 1, 2022, which was downloaded on April 12, 2024, from

https://web.archive.org/web/20220422203150/https://www.hrblock.com/pdf/HRB%20Digital%20Tax%20Preparation%20Online%20and%20Mobile%20Application%20Privacy%20Prac.pdf.

8. Attached hereto as **Exhibit 2-D** is a true and correct copy of the publicly available *H&R Block Privacy Notice*, effective January 1, 2023, which was downloaded on April 12, 2024, from https://web.archive.org/web/20230308061531/https://www.hrblock.com/pdf/HRB-Digital-Tax-Preparation-Online-and-Mobile-Application-Privacy-Prac.pdf.

9. Attached hereto as **Exhibit 3-A** is a true and correct copy of the publicly available *TaxAct Privacy Statement,* last updated August 22, 2016, which was downloaded on April 12, 2024, from https://web.archive.org/web/20170217215410/www.taxact.com/privacy-policy.

10. Attached hereto as **Exhibit 3-B** is a true and correct copy of the publicly available *TaxAct Privacy Statement,* last updated June 5, 2018, which was downloaded on April 12, 2024, from https://web.archive.org/web/20181005050202/https://www.taxact.com/privacy-policy.

11. Attached hereto as **Exhibit 3-C** is a true and correct copy of the publicly available *TaxAct Privacy Statement,* last updated November 2, 2018, which was downloaded on April 12, 2024, from https://web.archive.org/web/20190201201825/https://www.taxact.com/privacy-policy.

12. Attached hereto as **Exhibit 3-D** is a true and correct copy of the publicly available *TaxAct Privacy Statement,* last updated December 17, 2019, which was downloaded on April 12, 2024, from https://web.archive.org/web/20200112061555/https://www.taxact.com/privacy-policy.

13. Attached hereto as **Exhibit 3-E** is a true and correct copy of the publicly available *TaxAct Privacy Statement,* last updated December 10, 2020, which was downloaded on April 12, 2024, from https://web.archive.org/web/20210204163535/http://www.taxact.com/privacy-policy.

14. Attached hereto as **Exhibit 3-F** is a true and correct copy of the publicly available *TaxAct Privacy Statement,* last updated August 19, 2021, which was downloaded on April 15, 2024, from https://web.archive.org/web/20211024215756/http://www.taxact.com/privacy-policy.

15. Attached hereto as **Exhibit 3-G** is a true and correct copy of the publicly available *TaxAct Privacy Statement,* last updated December 21, 2021, which was downloaded on April 15, 2024, from https://web.archive.org/web/20221207063244/http://www.taxact.com/privacy-policy.

16. Attached hereto as **Exhibit 3-H** is a true and correct copy of the publicly available *TaxAct Privacy Statement,* last updated January 1, 2023, which was downloaded on April 15, 2024, from https://web.archive.org/web/20230105181818/http://www.taxact.com/privacy-policy.

17. Attached hereto as **Exhibit 4-A** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective July 18, 2012, which was downloaded on April 15, 2024, from https://web.archive.org/web/20130117185141/http://www.taxslayer.com:80/Policies/Privacy.

18. Attached hereto as **Exhibit 4-B** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective September 29, 2013, which was downloaded on April 15, 2024, from https://web.archive.org/web/20140107002244/http://www.taxslayer.com/Policies/Privacy.

19. Attached hereto as **Exhibit 4-C** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective July 1, 2015, which was downloaded on April 15, 2024, from https://web.archive.org/web/20150905121002/https://www.taxslayer.com/Policies/Privacy.

20. Attached hereto as **Exhibit 4-D** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective January 8, 2016, which was downloaded on April 15, 2024, from https://web.archive.org/web/20160327221347/https://www.taxslayer.com/Policies/Privacy.

21. Attached hereto as **Exhibit 4-E** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective September 23, 2016, which was downloaded on April 15, 2024, from https://web.archive.org/web/20161012180423/https://www.taxslayer.com/Policies/Privacy.

22. Attached hereto as **Exhibit 4-F** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective January 3, 2018, which was downloaded on April 15, 2024, from https://web.archive.org/web/20180407055317/https://www.taxslayer.com/Policies/Privacy.

23. Attached hereto as **Exhibit 4-G** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective January 3, 2019, which was downloaded on April 15, 2024, from https://web.archive.org/web/20190602113830/https://www.taxslayer.com/Policies/Privacy.

24. Attached hereto as **Exhibit 4-H** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective November 15, 2019, which was downloaded on April 15, 2024, from https://web.archive.org/web/20200422040548/https://www.taxslayer.com/policies/privacy.

25. Attached hereto as **Exhibit 4-I** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective January 14, 2021, which was downloaded on April 16, 2024, from https://web.archive.org/web/20210206013136/https://www.taxslayer.com/Policies/Privacy.

26. Attached hereto as **Exhibit 4-J:** *TaxSlayer Privacy Policy*, effective April 21, 2011, which was downloaded on April 16, 2024, from https://web.archive.org/web/20210519023800/https://www.taxslayer.com/Policies/Privacy.

27. Attached hereto as **Exhibit 4-K** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective September 23, 2021, which was downloaded on April 16, 2024, from https://web.archive.org/web/20211017061709/https://www.taxslayer.com/Policies/Privacy.

28. Attached hereto as **Exhibit 4-L** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective January 11, 2022, which was downloaded on April 16, 2024, from https://web.archive.org/web/20220121171734/https://www.taxslayer.com/Policies/Privacy.

29. Attached hereto as **Exhibit 4-M** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective December 27, 2022, which was downloaded on April 15, 2024, from https://web.archive.org/web/20230127110229/https://www.taxslayer.com/policies/privacy/.

30. Attached hereto as **Exhibit 4-N** is a true and correct copy of the publicly available *TaxSlayer Privacy Policy*, effective March 2, 2023, which was downloaded on April 15, 2024, from https://web.archive.org/web/20230308003513/https://www.taxslayer.com/policies/privacy/.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on April, 19, 2024 at San Francisco, California.

*/s/ Anika Holland*
ANIKA HOLLAND