United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY L. SMITH, et al.,
Plaintiffs,

v.

GOOGLE, LLC,
Defendant.

Case No. 23-cv-03527-PCP

**CASE MANAGEMENT ORDER**

Re: Dkt. Nos. 86, 91

Based on the parties' Joint Case Management Statement, the discussions held at the June 27, 2024 Case Management Conference, and the parties' subsequent stipulation, the following schedule is set for this case:

**Deadlines**

| | |
|---|---|
| • Initial Disclosures | July 22, 2024 |
| • Selection of ADR Process[1] | July 29, 2024 |
| • Joinder and Other Amendments | September 2, 2024 |
| • Motion for Class Cert. & Class Expert Reports | April 4, 2025 |
| ○ Opposition & Class Expert Reports | May 5, 2025 |
| ○ Reply & Rebuttal Class Expert Reports | May 26, 2025 |
| ○ Hearing | June 26, 2025 |
| • Fact Discovery Cutoff | September 26, 2025 |
| • Plaintiffs' Expert Reports | November 21, 2025 |

[1] The parties' stipulation included an ADR completion deadline of Friday, November 22, 2025. That date does not exist; November 22, 2025 is a Saturday. In their "Stipulation & Proposed Order Selecting ADR Process" form, the parties should indicate both the form of ADR they have chosen and their proposed deadline for completing ADR.

| | |
|---|---|
| • Google's Expert Reports | December 19, 2025 |
| • Expert Discovery Cutoff | January 16, 2026 |
| • Filing of Dispositive/*Daubert* Motion(s) | February 13, 2026 |
| ○ Opposition | March 13, 2026 |
| ○ Reply | April 3, 2026 |
| ○ Hearing | April 30, 2026 |
| **Trial Schedule** | |
| • Joint Pretrial Conference | October 6, 2026 |
| • Jury Trial (15 days) | November 2, 2026 |

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: July 10, 2024

P. Casey Pitts
United States District Judge