UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| _____ , | Case No. _____ |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| _____ , | |
| Defendant(s). | |

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
|---|---|
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____<br>APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____<br>UNITED STATES DISTRICT/MAGISTRATE JUDGE

Case 5:23-cv-03527-PCP   Document 108   Filed 04/09/25   Page 3 of 3
Case 2:23-cv-01477-DAD-CSK   Document 38-1   Filed 07/02/24   Page 2 of 2

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Emma Ritter Gordon, Bar # 404000, was duly admitted to practice in this Court on 12/14/2023, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 06/28/2024
         *(Location)*              *(Date)*

Kate M. Fogarty
*CLERK*

Kern O Adami
*DEPUTY CLERK*