# EXHIBIT 1

Case 5:23-cv-03527-PCP   Document 108-1   Filed 04/09/25   Page 2 of 2
Case 2:23-cv-01477-DAD-CSK   Document 38-1   Filed 07/02/24   Page 2 of 2

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Emma Ritter Gordon, Bar # 404000, was duly admitted to practice in this Court on 12/14/2023, and is in good standing as a member of the Bar of this Court.

Dated at  St. Paul, Minnesota  on  06/28/2024
            *(Location)*                      *(Date)*

Kate M. Fogarty
*CLERK*

Kern O. Adami
*DEPUTY CLERK*