UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY L. SMITH, et al., individually and on behalf of all others similarly situated ,

    Plaintiff(s),

  v.

GOOGLE, LLC, ,

    Defendant(s).

Case No. 5:23-cv-03527-PCP

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Emma Ritter Gordon, an active member in good standing of the bar of District of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Neal J. Deckant, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 322946.

| | |
|---|---|
| 100 Washington Ave. S., #2200, Minneapolis, MN 55401 | 1990 North California Blvd., Suite 940 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 612-596-4094 | 925-300-4455 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| erittergordon@locklaw.com | ndeckant@bursor.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0404000.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2025

Emma Ritter Gordon
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Emma Ritter Gordon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 9, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Emma Ritter Gordon, Bar # 404000, was duly admitted to practice in this Court on 12/14/2023, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 06/28/2024
*(Location)*                                    *(Date)*

Kate M. Fogarty
*CLERK*

Kern O Adami
*DEPUTY CLERK*

# EXHIBIT 1

Case 5:23-cv-03527-PCP   Document 109   Filed 04/09/25   Page 5 of 5
Case 2:23-cv-01477-DAD-CSK   Document 38-1   Filed 07/02/24   Page 2 of 2

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, __Kate M. Fogarty__, Clerk of this Court, certify that __Emma Ritter Gordon__, Bar # __404000__, was duly admitted to practice in this Court on __12/14/2023__, and is in good standing as a member of the Bar of this Court.

Dated at __St. Paul, Minnesota__ on __06/28/2024__
         *(Location)*                      *(Date)*

Kate M. Fogarty
*CLERK*

/s/ Kerri O. Adami
*DEPUTY CLERK*