1  **FOSTER YARBOROUGH PLLC**

2  Patrick Yarborough, Esq. (pro hac vice)
3  917 Franklin Street, Suite 220
   Houston, TX 77002
   Telephone: (713) 331-5254
4  patrick@fosteryarborough.com

5  *Co-Counsel Listed in Signature Block*

6  *Attorneys for Plaintiffs*

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.,* individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Master File Case No. 3:22-cv-07557<br><br>**NOTICE OF SUBPOENA TO DAC GROUP** |

PLAINTIFFS' NOTICE OF SUBPOENA; CASE NO. 5:23-CV-03527-PCP

1  PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 45, Plaintiffs in this action intend to serve the attached subpoena, in the form attached hereto as Exhibit 1 hereto, on DAC Group via its New York registered agent, C T Corporation System, 28 Liberty Street, New York, NY, 10005, this week or as soon thereafter as service may be effectuated.

Dated: June 1, 2025           By:   */s/ Patrick Yarborough*
                                    Patrick Yarborough

**FOSTER YARBOROUGH PLLC**

Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
patrick@fosteryarborough.com

**SMITH KRIVOSHEY, PC**

Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**BURSOR & FISHER, P.A.**

Neal Deckant (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**

Lori G. Feldman (*pro hac vice*)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
         eservice@4-justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
E-mail: rapeterson@locklaw.com
      kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**

Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**EMERSON FIRM, PLLC**

John G. Emerson (pro hac vice)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*