UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY SMITH, et al.,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 5:23-cv-03527-PCP

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) GOOGLE LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Cooley LLP - Benedict Hur, Simona Agnolucci, Eduardo Santacana, Joshua D. Anderson, Yuhan Alice Chi, Anika Holland

Name(s) of counsel withdrawing from representation and firm name:
Wilkie Farr & Gallagher LLP - Naiara Toker and Alexis Dorner. Additionally, the counsel listed above are no longer associated with Willkie Farr & Gallagher LLP..

Date: June 18, 2025

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: June 20, 2025

UNITED STATES DISTRICT/MAGISTRATE JUDGE