| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal Deckant (State Bar No. 322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ndeckant@bursor.com<br><br>*Attorneys for Plaintiffs* | **COOLEY LLP**<br>Benedict Y. Hur (SBN: 224018)<br>bhur@cooley.com<br>Simona Agnolucci (SBN: 246943)<br>sagnolucci@cooley.com<br>Eduardo E. Santacana (SBN: 281668)<br>esantacana@cooley.com<br>Joshua Anderson (SBN: 312836)<br>joshua.anderson@cooley.com<br>Yuhan Alice Chi (SBN: 324072)<br>achi@cooley.com<br>Naiara Toker (SBN: 346145)<br>ntoker@cooley.com<br>Anika Holland (SBN: 336071)<br>anika.holland@cooley.com<br>Julia Irwin (SBN: 352861)<br>jirwin@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-200**0**<br><br>*Attorneys for Google, LLC* |

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE, LLC.,<br><br>    Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFF TERESA WRIGHT'S CLAIMS AGAINST GOOGLE, LLC**<br><br>Action Filed: September 14, 2023 |

Plaintiff Teresa Wright ("Wright") and Defendant Google, LLC ("Google") (collectively the "Parties"), hereby stipulate as follows:

**WHEREAS**, Wright is a named plaintiff in this action;

**WHEREAS**, Google has served an Answer in this action;

**WHEREAS**, as a result of personal matters, Wright no longer is able to serve as a named plaintiff in this action and respectfully requests to have her claims dismissed, with prejudice;

**WHEREAS**, the Parties have met and conferred concerning such voluntary dismissal and, following such meet and confer, Google has consented to such dismissal with prejudice;

**WHEREAS**, neither Wright, nor Plaintiffs' counsel, has received any consideration in exchange for this stipulation of dismissal.

**THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1. Plaintiff Wright is dismissed as a named plaintiff in the above-captioned action, and her claims are dismissed with prejudice; and

2. Each party shall bear its own costs and fees, including attorneys' fees, relating to this dismissal.

| | |
|---|---|
| Dated: September 11, 2025 | By: */s/ Neal Deckant*<br>**BURSOR & FISHER, P.A.**<br>Neal Deckant (State Bar No. 322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: jsmith@bursor.com<br><br>**SMITH KRIVOSHEY, P.C**.<br>Joel D. Smith (State Bar No. 244902)<br>867 Boylston Street, 5th Floor<br>Boston, MA 02216<br>Telephone: 617-377-7404<br>Email: joel@skclassactions.com<br><br>**GEORGE FELDMAN MCDONALD, PLLC**<br>Lori G. Feldman (*pro hac vice*)<br>Michael Liskow (State Bar No. 243899)<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, NY 10520<br>Telephone: (917) 983-9321<br>E-mail: lfeldman@4-justice.com<br>mliskow@4-justice.com<br>eservice@4-justice.com<br><br>**GEORGE FELDMAN MCDONALD, PLLC**<br>Rebecca A. Peterson (241858)<br>1650 W 82nd Street, Suite 880<br>Bloomington, MN 55431<br>Telephone: (612) 778-9595<br>Fax: (888) 421-4173<br>Email: RPeterson@4-Justice.com<br>eService@4-Justice.com<br><br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>Kate M. Baxter-Kauf (*pro hac vice*)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>kmbaxter-kauf@locklaw.com |

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

Dated: September 11, 2025

**COOLEY LLP**
By: */s/ Joshua Anderson*

Benedict Y. Hur (SBN: 224018)
bhur@cooley.com
Simona Agnolucci (SBN: 246943)
sagnolucci@cooley.com
Eduardo E. Santacana (SBN: 281668)
esantacana@cooley.com
Joshua Anderson (SBN: 312836)
joshua.anderson@cooley.com
Yuhan Alice Chi (SBN: 324072)
achi@cooley.com
Naiara Toker (SBN: 346145)
ntoker@cooley.com
Anika Holland (SBN: 336071)
anika.holland@cooley.com
Julia Irwin (SBN: 352861)
jirwin@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:  (415) 693-2000

*Attorneys for Google, LLC*

---

STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF WRIGHT'S CLAIMS
CASE NO. 5:23-cv-03527-PCP

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 11, 2025         By: */s/ Neal Deckant*
                                          Neal Deckant

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
Hon. P. Casey Pitts
U.S. District Judge