| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal Deckant (State Bar No. 322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ndeckant@bursor.com<br><br>*Attorneys for Plaintiffs* | **COOLEY LLP**<br>Benedict Y. Hur (SBN: 224018)<br>bhur@cooley.com<br>Simona Agnolucci (SBN: 246943)<br>sagnolucci@cooley.com<br>Eduardo E. Santacana (SBN: 281668)<br>esantacana@cooley.com<br>Joshua Anderson (SBN: 312836)<br>joshua.anderson@cooley.com<br>Yuhan Alice Chi (SBN: 324072)<br>achi@cooley.com<br>Naiara Toker (SBN: 346145)<br>ntoker@cooley.com<br>Anika Holland (SBN: 336071)<br>anika.holland@cooley.com<br>Julia Irwin (SBN: 352861)<br>jirwin@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br><br>*Attorneys for Google, LLC* |

*Additional Attorneys on Signature Page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC.,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFF TERESA WRIGHT'S CLAIMS AGAINST GOOGLE, LLC**<br><br>Action Filed: September 14, 2023 |

Plaintiff Teresa Wright ("Wright") and Defendant Google, LLC ("Google") (collectively the "Parties"), hereby stipulate as follows:

**WHEREAS**, Wright is a named plaintiff in this action;

**WHEREAS**, Google has served an Answer in this action;

**WHEREAS**, as a result of personal matters, Wright no longer is able to serve as a named plaintiff in this action and respectfully requests to have her claims dismissed, with prejudice;

**WHEREAS**, the Parties have met and conferred concerning such voluntary dismissal and, following such meet and confer, Google has consented to such dismissal with prejudice;

**WHEREAS**, neither Wright, nor Plaintiffs' counsel, has received any consideration in exchange for this stipulation of dismissal.

**THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1. Plaintiff Wright is dismissed as a named plaintiff in the above-captioned action, and her claims are dismissed with prejudice; and

2. Each party shall bear its own costs and fees, including attorneys' fees, relating to this dismissal.

| | | |
|---|---|---|
| 1 | Dated: September 11, 2025 | By: */s/ Neal Deckant* |
| | | **BURSOR & FISHER, P.A.** |
| 2 | | Neal Deckant (State Bar No. 322946) |
| | | 1990 North California Blvd., Suite 940 |
| 3 | | Walnut Creek, CA 94596 |
| | | Telephone: (925) 300-4455 |
| 4 | | Facsimile: (925) 407-2700 |
| 5 | | E-mail: jsmith@bursor.com |

**SMITH KRIVOSHEY, P.C**.
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
eservice@4-justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (241858)
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Fax: (888) 421-4173
Email: RPeterson@4-Justice.com
eService@4-Justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com

|    |    |    |
|----|----|----|
| 1  |    | **THE HODA LAW FIRM, PLLC** |
| 2  |    | Marshal J. Hoda, Esq. (*pro hac vice*) |
|    |    | 12333 Sowden Road, Suite B |
| 3  |    | Houston, TX 77080 |
|    |    | Telephone: (832) 848-0036 |
| 4  |    | Email: marshal@thehodalawfirm.com |
| 5  |    | **FOSTER YARBOROUGH PLLC** |
| 6  |    | Patrick Yarborough, Esq. (*pro hac vice*) |
|    |    | 917 Franklin Street, Suite 220 |
| 7  |    | Houston, TX 77002 |
|    |    | Telephone: (713) 331-5254 |
| 8  |    | Email: patrick@fosteryarborough.com |
| 9  |    | **EMERSON FIRM, PLLC** |
| 10 |    | John G. Emerson (*pro hac vice*) |
|    |    | 2500 Wilcrest, Suite 300 |
| 11 |    | Houston, TX 77042 |
|    |    | Telephone: (800) 551-8649 |
| 12 |    | Email: jemerson@emersonfirm.com |
| 13 |    |    |
|    |    | *Attorneys for Plaintiffs* |
| 14 | Dated: September 11, 2025 | **COOLEY LLP** |
| 15 |    | By: */s/ Joshua Anderson* |
| 16 |    | Benedict Y. Hur (SBN: 224018) |
|    |    | bhur@cooley.com |
| 17 |    | Simona Agnolucci (SBN: 246943) |
|    |    | sagnolucci@cooley.com |
| 18 |    | Eduardo E. Santacana (SBN: 281668) |
| 19 |    | esantacana@cooley.com |
|    |    | Joshua Anderson (SBN: 312836) |
| 20 |    | joshua.anderson@cooley.com |
|    |    | Yuhan Alice Chi (SBN: 324072) |
| 21 |    | achi@cooley.com |
| 22 |    | Naiara Toker (SBN: 346145) |
|    |    | ntoker@cooley.com |
| 23 |    | Anika Holland (SBN: 336071) |
|    |    | anika.holland@cooley.com |
| 24 |    | Julia Irwin (SBN: 352861) |
| 25 |    | jirwin@cooley.com |
|    |    | 3 Embarcadero Center, 20th Floor |
| 26 |    | San Francisco, CA 94111 |
|    |    | Telephone:  (415) 693-2000 |
| 27 |    |    |
| 28 |    | *Attorneys for Google, LLC* |

STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF WRIGHT'S CLAIMS
CASE NO. 5:23-cv-03527-PCP

### CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 11, 2025          By: */s/ Neal Deckant*
                                        Neal Deckant

<b><s>[PROPOSED]</s> ORDER</b>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 11, 2025

_____
Hon. P. Casey Pitts
U.S. District Judge