COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SMITH et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-BLF)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES**<br><br>**[L.R. 6-2]** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

Pursuant to Local Civil Rule 6-2, Plaintiffs and Defendant Google LLC ("Google") stipulate as follows:

**WHEREAS**, on September 17, 2025, the Court issued a discovery order resolving several discovery disputes; setting a December 17, 2025 deadline for Google to complete production of certain documents; and setting a schedule for resolving the parties' dispute regarding the production of an anonymized sample of class event data. *See* ECF No. 126.

**WHEREAS**, the Court ordered (1) the parties to meet and confer, either in person or by video conference, as to the types of data to be included, the relevant time frame, the size of the sample, and a date for completion of production by November 21, 2025; (2) the parties to submit the issue in dispute to the Court no later than 12 p.m. on November 26, 2025, if the parties are unable to reach agreement on a sampling protocol by that date; and (3) that the Court would hold a hearing by video conference on Tuesday, December 2, 2025 at 10 a.m. to address any open issues.

**WHEREAS**, the parties have met and conferred first on November 18, and again on November 21, 2025, to address the sampling protocol issues discussed in the Court's discovery order.

**WHEREAS**, the parties have worked cooperatively and have made substantial progress on discussing the parameters of any data sampling.

**WHEREAS**, due to the complexities involved, the quantity of data, further investigation is necessary to determine the nature and quantity of data that will be sufficient and proportional for the needs of the case;

**WHEREAS**, the upcoming holiday and the reduced availability of relevant employees and counsel for both parties impedes the ability for counsel to meaningfully determine whether and to

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

what extent a dispute may exist.

**WHEREAS**, the parties agree that further time is needed to allow the parties to work towards reaching an agreement and, failing agreement, to ensure only a concrete, narrow, and ripe dispute is presented to the Court on the basis of a full factual record.

**WHEREAS**, the parties agree that they need approximately 14 additional days to attempt to reach a meaningful resolution on the sampling protocol issues.

**WHEREAS**, the parties have conferred and agreed to the below proposed modified schedule, subject to Court approval.

**WHEREAS**, there have been no other requests to alter the discovery dispute deadlines. Outside of the discovery dispute, the parties have stipulated to modify certain deadlines three times over the course of the case. The parties previously stipulated to extend the briefing schedule for Google's motion to compel arbitration, *see* ECF No. 54, as well as Google's time to respond to Plaintiffs' Consolidated Class Action Complaint, *see* ECF No. 85. On February 24, 2025, the parties also stipulated to modify case deadlines. *See* ECF No. 107.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to the Court's approval, that the discovery dispute schedule regarding the production of class event data is now as follows:

| Event | Current Date | Revised Date |
| --- | --- | --- |
| First Meet and Confer, in Person or by Videoconference | November 21, 2025 | No change |
| Submission of Issues in Dispute to Court, if Unable to Reach Agreement | November 26, 2025, at 12:00 p.m. | December 10, 2025, at 12:00 p.m. |
| Court Hearing by Videoconference to Address Open Issues | December 2, 2025 at 10:00 a.m. | December 15, 2025, at 10:00 a.m., or at the Court's earliest convenience. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

Respectfully submitted,

Dated: November 21, 2025            COOLEY LLP

By: /s/ *Benedict Hur*
    Benedict Hur
    Simona Agnolucci
    Eduardo E. Santacana
    Joshua Anderson
    Naira Toker
    Anika Holland
    Julia Irwin

Attorneys for Defendant
GOOGLE, LLC

Dated: November 21, 2025            GEORGE FELDMAN MCDONALD, PLLC

By: /s/ *Michael Liskow*
    Lori G. Feldman
    Michael Liskow
    102 Half Moon Bay Drive
    Croton-on-Hudson, NY 10520
    Telephone: (917) 983-9321
    lfeldman@4-justice.com
    mliskow@4-justice.com
    service@4-justice.com

    Joel D. Smith, Cal. Bar No. 244902
    SMITH KRISHOVEY, PC
    166 Geary Street
    #1500-1507
    San Francisco, CA 94108
    Telephone: (415) 839-7000
    Facsimile: (925) 407-2700
    joel@skclassactions.com

*Attorneys for Plaintiff and the Proposed Class*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 21, 2025        By: */s/ Benedict Hur*
                                    Benedict Hur

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The following deadlines in this action are modified or added as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| First Meet and Confer, in Person or by Videoconference | November 21, 2025 | No change |
| Submission of Issues in Dispute to Court, if Unable to Reach Agreement | November 26, 2025, at 12:00 p.m. | December 10, 2025, at 12:00 p.m. |
| Court Hearing by Videoconference to Address Open Issues | December 2, 2025 at 10:00 a.m. | December 15, 2025, at 10:00 a.m., or at the Court's earliest convenience. |

Dated: _____          _____
                                  Honorable Susan van Keulen
                                  UNITED STATES DISTRICT JUDGE

327636270