1  COOLEY LLP
   BENEDICT HUR (224018)
2  (bhur@cooley.com)
   SIMONA AGNOLUCCI (246943)
3  (sagnolucci@cooley.com)
   EDUARDO SANTACANA (281668)
4  (esantacana@cooley.com)
   JOSHUA ANDERSON (312836)
5  (joshua.anderson@cooley.com)
   ANIKA HOLLAND (336071)
6  (anika.holland@cooley.com)
   NAIARA TOKER (346145)
7  (ntoker@cooley.com)
   JULIA M. IRWIN (352861)
8  (JIrwin@cooley.com)
   3 Embarcadero Center, 20th Floor
9  San Francisco, California 94111-4004
   Telephone:   +1 415 693 2000
10 Facsimile:   +1 415 693 2222

11 Attorneys for Defendant
   GOOGLE, LLC
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16

17 MARY SMITH et al., individually and on        Case No. 5:23-cv-03527-PCP
   behalf of all others similarly situated,      (Consol. w/ 5:23-cv-04191-BLF)
18
                Plaintiffs,                       **JOINT STIPULATION AND**
19                                                **[PROPOSED] ORDER AS**
         v.                                       **MODIFIED TO MODIFY** CASE
20                                                **BRIEFING** DEADLINES
   GOOGLE, LLC,
21                                                **[L.R. 6-2]**
                Defendant.
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

Pursuant to Local Civil Rule 6-2, Plaintiffs and Defendant Google LLC ("Google") stipulate as follows:

**WHEREAS**, on September 17, 2025, the Court issued a discovery order resolving several discovery disputes; setting a December 17, 2025 deadline for Google to complete production of certain documents; and setting a schedule for resolving the parties' dispute regarding the production of an anonymized sample of class event data.  *See* ECF No. 126.

**WHEREAS**, the Court ordered (1) the parties to meet and confer, either in person or by video conference, as to the types of data to be included, the relevant time frame, the size of the sample, and a date for completion of production by November 21, 2025; (2) the parties to submit the issue in dispute to the Court no later than 12 p.m. on November 26, 2025, if the parties are unable to reach agreement on a sampling protocol by that date; and (3) that the Court would hold a hearing by video conference on Tuesday, December 2, 2025 at 10 a.m. to address any open issues.

**WHEREAS**, the parties have met and conferred first on November 18, and again on November 21, 2025, to address the sampling protocol issues discussed in the Court's discovery order.

**WHEREAS**, the parties have worked cooperatively and have made substantial progress on discussing the parameters of any data sampling.

**WHEREAS**, due to the complexities involved, the quantity of data, further investigation is necessary to determine the nature and quantity of data that will be sufficient and proportional for the needs of the case;

**WHEREAS**, the upcoming holiday and the reduced availability of relevant employees and counsel for both parties impedes the ability for counsel to meaningfully determine whether and to

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

what extent a dispute may exist.

**WHEREAS**, the parties agree that further time is needed to allow the parties to work towards reaching an agreement and, failing agreement, to ensure only a concrete, narrow, and ripe dispute is presented to the Court on the basis of a full factual record.

**WHEREAS**, the parties agree that they need approximately 14 additional days to attempt to reach a meaningful resolution on the sampling protocol issues.

**WHEREAS**, the parties have conferred and agreed to the below proposed modified schedule, subject to Court approval.

**WHEREAS**, there have been no other requests to alter the discovery dispute deadlines. Outside of the discovery dispute, the parties have stipulated to modify certain deadlines three times over the course of the case. The parties previously stipulated to extend the briefing schedule for Google's motion to compel arbitration, *see* ECF No. 54, as well as Google's time to respond to Plaintiffs' Consolidated Class Action Complaint, *see* ECF No. 85. On February 24, 2025, the parties also stipulated to modify case deadlines. *See* ECF No. 107.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to the Court's approval, that the discovery dispute schedule regarding the production of class event data is now as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| First Meet and Confer, in Person or by Videoconference | November 21, 2025 | No change |
| Submission of Issues in Dispute to Court, if Unable to Reach Agreement | November 26, 2025, at 12:00 p.m. | December 10, 2025, at 12:00 p.m. |
| Court Hearing by Videoconference to Address Open Issues | December 2, 2025 at 10:00 a.m. | December 16, 2025, at 10:00 a.m. via videoconference, ~~or at the Court's earliest convenience.~~ |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

Respectfully submitted,

Dated: November 21, 2025              COOLEY LLP


                                     By: /s/ Benedict Hur
                                         Benedict Hur
                                         Simona Agnolucci
                                         Eduardo E. Santacana
                                         Joshua Anderson
                                         Naira Toker
                                         Anika Holland
                                         Julia Irwin

                                     Attorneys for Defendant
                                     GOOGLE, LLC

Dated: November 21, 2025              GEORGE FELDMAN MCDONALD, PLLC


                                     By: /s/ Michael Liskow
                                         Lori G. Feldman
                                         Michael Liskow
                                         102 Half Moon Bay Drive
                                         Croton-on-Hudson, NY 10520
                                         Telephone: (917) 983-9321
                                         lfeldman@4-justice.com
                                         mliskow@4-justice.com
                                         service@4-justice.com

                                         Joel D. Smith, Cal. Bar No. 244902
                                         SMITH KRISHOVEY, PC
                                         166 Geary Street
                                         #1500-1507
                                         San Francisco, CA 94108
                                         Telephone: (415) 839-7000
                                         Facsimile: (925) 407-2700
                                         joel@skclassactions.com

                                     *Attorneys for Plaintiff and the Proposed
                                     Class*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The following deadlines in this action are modified or added as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| First Meet and Confer, in Person or by Videoconference | November 21, 2025 | No change |
| Submission of Issues in Dispute to Court, if Unable to Reach Agreement | November 26, 2025, at 12:00 p.m. | December 10, 2025, at 12:00 p.m. |
| Court Hearing by Videoconference to Address Open Issues | December 2, 2025 at 10:00 a.m. | December 16, 2025, at 10:00 a.m. via videoconference, ~~or at the Court's earliest convenience.~~ |

Dated:  November 26, 2025

_____
Honorable Susan van Keulen
UNITED STATES DISTRICT JUDGE

327636270

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6