| | |
|---|---|
| **BURSOR & FISHER, P.A.** | **COOLEY LLP** |
| Neal Deckant (State Bar No. 322946) | Benedict Y. Hur (SBN: 224018) |
| 1990 North California Blvd., Suite 940 | bhur@cooley.com |
| Walnut Creek, CA 94596 | Simona Agnolucci (SBN: 246943) |
| Telephone: (925) 300-4455 | sagnolucci@cooley.com |
| Facsimile: (925) 407-2700 | Eduardo E. Santacana (SBN: 281668) |
| E-mail: ndeckant@bursor.com | esantacana@cooley.com |
| | Joshua Anderson (SBN: 312836) |
| *Attorneys for Plaintiffs* | joshua.anderson@cooley.com |
| | Yuhan Alice Chi (SBN: 324072) |
| | achi@cooley.com |
| | Naiara Toker (SBN: 346145) |
| | ntoker@cooley.com |
| | Anika Holland (SBN: 336071) |
| | anika.holland@cooley.com |
| | Julia Irwin (SBN: 352861) |
| | jirwin@cooley.com |
| | 3 Embarcadero Center, 20th Floor |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 693-2000 |

*Attorneys for Google, LLC*

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC.,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFFS TYISHA SHEPPEARD'S, MALISSA ADAMS' AND MONICA TOWNSEND'S CLAIMS AGAINST GOOGLE, LLC**<br><br>Action Filed: September 14, 2023 |

STIPULATION TO DISMISS WITH PREJUDICE CERTAIN PLAINTIFFS' CLAIMS
CASE NO. 5:23-cv-03527-PCP

Plaintiffs Tyisha Sheppeard ("Sheppeard"), Malissa Adams ("Adams") and Monica Townsend ("Townsend"), and Defendant Google, LLC ("Google") (collectively with Sheppeard, Adams and Townsend, the "Parties"), hereby stipulate as follows:

**WHEREAS**, Sheppeard, Adams and Townsend are named plaintiffs in this action;

**WHEREAS**, Google has served an Answer in this action;

**WHEREAS**, as a result of personal matters, Sheppeard is no longer able to serve as a named plaintiff in this action and respectfully requests to have her claims dismissed, with prejudice;

**WHEREAS**, as a result of personal matters, Adams is no longer able to serve as a named plaintiff in this action and respectfully requests to have her claims dismissed, with prejudice;

**WHEREAS**, as a result of personal matters, including currently being incarcerated, Townsend is no longer able to serve as a named plaintiff in this action and respectfully requests to have her claims dismissed, with prejudice;

**WHEREAS**, the Parties have met and conferred concerning such voluntary dismissal and, following such meet and confer, Google has consented to such dismissals with prejudice;

**WHEREAS**, neither Sheppeard, Adams, Townsend, nor their counsel, have received any consideration in exchange for this stipulation of dismissal.

**THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1. Plaintiffs Sheppeard, Adams and Townsend are dismissed as named plaintiffs in the above-captioned action, and their claims are dismissed with prejudice; and

2. Each party shall bear its own costs and fees, including attorneys' fees, relating to this dismissal.

| | | |
|---|---|---|
| 1 | Dated: December 17, 2025 | **GEORGE FELDMAN MCDONALD, PLLC** |
| 2 | | By: */s/ Michael Liskow* |
| 3 | | Lori G. Feldman (*pro hac vice*) |
| | | Michael Liskow (State Bar No. 243899) |
| 4 | | 102 Half Moon Bay Drive |
| | | Croton-on-Hudson, NY 10520 |
| 5 | | Telephone: (917) 983-9321 |
| 6 | | E-mail: lfeldman@4-justice.com |
| | | mliskow@4-justice.com |
| 7 | | eservice@4-justice.com |
| 8 | | **GEORGE FELDMAN MCDONALD, PLLC** |
| 9 | | Rebecca A. Peterson (241858) |
| 10 | | 1650 W 82nd Street, Suite 880 |
| | | Bloomington, MN 55431 |
| 11 | | Telephone: (612) 778-9595 |
| 12 | | Fax: (888) 421-4173 |
| | | Email: RPeterson@4-Justice.com |
| 13 | | eService@4-Justice.com |
| 14 | | **SMITH KRIVOSHEY, P.C**. |
| 15 | | Joel D. Smith (State Bar No. 244902) |
| | | 867 Boylston Street, 5th Floor |
| 16 | | Boston, MA 02216 |
| | | Telephone: 617-377-7404 |
| 17 | | Email: joel@skclassactions.com |
| 18 | | |
| | | **BURSOR & FISHER, P.A.** |
| 19 | | Neal Deckant (State Bar No. 322946) |
| 20 | | 1990 North California Blvd., Suite 940 |
| | | Walnut Creek, CA 94596 |
| 21 | | Telephone: (925) 300-4455 |
| | | Facsimile: (925) 407-2700 |
| 22 | | E-mail: ndeckant@bursor.com |
| 23 | | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** |
| | | Kate M. Baxter-Kauf (*pro hac vice*) |
| 24 | | 100 Washington Avenue South, Suite 2200 |
| | | Minneapolis, MN 55401 |
| 25 | | Telephone: (612) 339-6900 |
| 26 | | Facsimile: (612) 339-0981 |
| | | kmbaxter-kauf@locklaw.com |
| 27 | | |
| 28 | | |

STIPULATION TO DISMISS WITH PREJUDICE CERTAIN PLAINTIFFS' CLAIMS
CASE NO. 5:23-cv-03527-PCP

|  |  |
|---|---|
|  | **THE HODA LAW FIRM, PLLC**<br>Marshal J. Hoda, Esq. (*pro hac vice*)<br>12333 Sowden Road, Suite B<br>Houston, TX 77080<br>Telephone: (832) 848-0036<br>Email: marshal@thehodalawfirm.com<br><br>**FOSTER YARBOROUGH PLLC**<br>Patrick Yarborough, Esq. (*pro hac vice*)<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>Telephone: (713) 331-5254<br>Email: patrick@fosteryarborough.com<br><br>**EMERSON FIRM, PLLC**<br>John G. Emerson (*pro hac vice*)<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>Telephone: (800) 551-8649<br>Email: jemerson@emersonfirm.com<br><br>*Attorneys for Plaintiffs* |
| Dated: December 17, 2025 | **COOLEY LLP**<br>By: */s/Joshua Anderson*<br>    Joshua Anderson<br><br>Benedict Y. Hur (SBN: 224018)<br>bhur@cooley.com<br>Simona Agnolucci (SBN: 246943)<br>sagnolucci@cooley.com<br>Eduardo E. Santacana (SBN: 281668)<br>esantacana@cooley.com<br>Joshua Anderson (SBN: 312836)<br>joshua.anderson@cooley.com<br>Naiara Toker (SBN: 346145)<br>ntoker@cooley.com<br>Anika Holland (SBN: 336071)<br>anika.holland@cooley.com<br>Julia Irwin (SBN: 352861)<br>jirwin@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 693-2000<br><br>*Attorneys for Google, LLC* |

STIPULATION TO DISMISS WITH PREJUDICE CERTAIN PLAINTIFFS' CLAIMS
CASE NO. 5:23-cv-03527-PCP

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 17, 2025                    By: */s/ Michael Liskow*
                                                 Michael Liskow

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
Hon. P. Casey Pitts
U.S. District Judge