| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal Deckant (State Bar No. 322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ndeckant@bursor.com<br><br>*Attorneys for Plaintiffs* | **COOLEY LLP**<br>Benedict Y. Hur (SBN: 224018)<br>bhur@cooley.com<br>Simona Agnolucci (SBN: 246943)<br>sagnolucci@cooley.com<br>Eduardo E. Santacana (SBN: 281668)<br>esantacana@cooley.com<br>Joshua Anderson (SBN: 312836)<br>joshua.anderson@cooley.com<br>Yuhan Alice Chi (SBN: 324072)<br>achi@cooley.com<br>Naiara Toker (SBN: 346145)<br>ntoker@cooley.com<br>Anika Holland (SBN: 336071)<br>anika.holland@cooley.com<br>Julia Irwin (SBN: 352861)<br>jirwin@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br><br>*Attorneys for Google, LLC* |

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br>GOOGLE, LLC.,<br>                    Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFFS TYISHA SHEPPEARD'S, MALISSA ADAMS' AND MONICA TOWNSEND'S CLAIMS AGAINST GOOGLE, LLC**<br><br>Action Filed: September 14, 2023 |

Plaintiffs Tyisha Sheppeard ("Sheppeard"), Malissa Adams ("Adams") and Monica Townsend ("Townsend"), and Defendant Google, LLC ("Google") (collectively with Sheppeard, Adams and Townsend, the "Parties"), hereby stipulate as follows:

**WHEREAS**, Sheppeard, Adams and Townsend are named plaintiffs in this action;

**WHEREAS**, Google has served an Answer in this action;

**WHEREAS**, as a result of personal matters, Sheppeard is no longer able to serve as a named plaintiff in this action and respectfully requests to have her claims dismissed, with prejudice;

**WHEREAS**, as a result of personal matters, Adams is no longer able to serve as a named plaintiff in this action and respectfully requests to have her claims dismissed, with prejudice;

**WHEREAS**, as a result of personal matters, including currently being incarcerated, Townsend is no longer able to serve as a named plaintiff in this action and respectfully requests to have her claims dismissed, with prejudice;

**WHEREAS**, the Parties have met and conferred concerning such voluntary dismissal and, following such meet and confer, Google has consented to such dismissals with prejudice;

**WHEREAS**, neither Sheppeard, Adams, Townsend, nor their counsel, have received any consideration in exchange for this stipulation of dismissal.

**THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1. Plaintiffs Sheppeard, Adams and Townsend are dismissed as named plaintiffs in the above-captioned action, and their claims are dismissed with prejudice; and

2. Each party shall bear its own costs and fees, including attorneys' fees, relating to this dismissal.

Dated: December 17, 2025

**GEORGE FELDMAN MCDONALD, PLLC**
By: */s/ Michael Liskow*
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
eservice@4-justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (241858)
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Fax: (888) 421-4173
Email: RPeterson@4-Justice.com
eService@4-Justice.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

Dated: December 17, 2025

**COOLEY LLP**
By: */s/Joshua Anderson*
    Joshua Anderson

Benedict Y. Hur (SBN: 224018)
bhur@cooley.com
Simona Agnolucci (SBN: 246943)
sagnolucci@cooley.com
Eduardo E. Santacana (SBN: 281668)
esantacana@cooley.com
Joshua Anderson (SBN: 312836)
joshua.anderson@cooley.com
Naiara Toker (SBN: 346145)
ntoker@cooley.com
Anika Holland (SBN: 336071)
anika.holland@cooley.com
Julia Irwin (SBN: 352861)
jirwin@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Attorneys for Google, LLC*

STIPULATION TO DISMISS WITH PREJUDICE CERTAIN PLAINTIFFS' CLAIMS
CASE NO. 5:23-cv-03527-PCP

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 17, 2025                    By: */s/ Michael Liskow*
                                                                  Michael Liskow

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 18, 2025

_____
Hon. P. Casey Pitts
U.S. District Judge