**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow, Cal. Bar No. 243899
Rebecca A. Peterson, Cal Bar No. 241858
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
lfeldman@4-justice.com
mliskow@4-justice.com
rpeterson@4-justice.com

**SMITH KRISHOVEY, PC**
Joel D. Smith, Cal. Bar No. 244902
166 Geary Street
#1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (925) 407-2700
joel@skclassactions.com

*Co-Counsel for Plaintiffs*

**COOLEY LLP**
Benedict Y. Hur (SBN: 224018)
bhur@cooley.com
Simona Agnolucci (SBN: 246943)
sagnolucci@cooley.com
Eduardo E. Santacana (SBN: 281668)
esantacana@cooley.com
Joshua Anderson (SBN: 312836)
joshua.anderson@cooley.com
Yuhan Alice Chi (SBN: 324072)
achi@cooley.com
Naiara Toker (SBN: 346145)
ntoker@cooley.com
Anika Holland (SBN: 336071)
anika.holland@cooley.com
Julia Irwin (SBN: 352861)
jirwin@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br>(Consolidated with 5:23-cv-04191-PCP)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES**<br><br>**[L.R. 6-2]** |

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

Pursuant to Local Civil Rule 6-2, Plaintiffs and Defendant Google LLC ("Google") stipulate as follows:

WHEREAS, on July 10, 2024, the Court set deadlines for, *inter alia*, Plaintiffs' motion for class certification, the parties' dispositive motions, associated expert reports and related briefing, as well as trial. *See* ECF No. 94.

WHEREAS, on February 24, 2025, the Court approved the parties' stipulation to extend the case deadlines. *See* ECF No. 107.

WHEREAS, on November 17, 2025, the Court issued a discovery order resolving several discovery disputes; setting a December 17, 2025 deadline for Google to complete production of certain documents; and setting a schedule for resolving the parties' disputes regarding Google's production of an anonymized sample of class event data. *See* ECF No. 126.

WHEREAS, on November 26, 2025, the Court approved the parties' stipulation to extend the discovery dispute schedule, with a submission of issues in dispute due to the Court on December 10, 2025, and a hearing set for December 16, 2025, at 10:00 a.m. via videoconference. *See* ECF No. 128.

WHEREAS, on December 16, 2025, the Court vacated the discovery hearing after being informed that the parties had resolved their issues regarding Google's production of the class event data sample. *See* ECF No. 131. As part of the resolution of these issues Google informed Plaintiffs that it anticipated completing its production of the sample by the end of February 2026.

WHEREAS, both parties agree that further time is needed for discovery in this highly complex and technical class action before briefing begins on class certification, in light of the issues posed by, among others, Google's anticipated production of the sample at the end of February 2026, after which Plaintiffs will require sufficient time to process and analyze the data and follow up, as

1

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

needed, including through depositions. Moreover, much of the other discovery recently produced by Google, or to be produced by Google in response to Plaintiffs' pending discovery requests, implicates complex technical considerations which prolongs the time needed for Plaintiffs to analyze such discovery and seek additional discovery if required.

WHEREAS, Plaintiffs also anticipate soon moving for leave to amend their operative complaint to conform the complaint to the facts, include additional claims identified through discovery, and potentially add additional plaintiffs.[1] Therefore there is good cause for the requested modification of the case deadlines.

WHEREAS, in light of the time necessary to resolve such issues (and others) and complete class certification discovery, the parties agree that both sides require more time to complete document productions, depositions, and expert analysis necessary for class certification briefing.

WHEREAS, the parties have conferred and agreed to the below proposed modified briefing schedule and extensions of subsequent case deadlines, subject to Court approval. The parties have further clarified the case schedule by explicitly adding deadlines for briefing any motions to exclude experts at the class certification stage.

WHEREAS, there has been one prior request to alter the class certification briefing schedule or other case deadlines sought to be modified by this stipulation, approved by the Court on February 24, 2025. *See* ECF No. 107. The parties also previously stipulated to extend the briefing schedule for Google's motion to compel arbitration, *see* ECF No. 54, as well as Google's time to respond to Plaintiffs' Consolidated Class Action Complaint. *See* ECF No. 85.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, subject

---

[1] Because Plaintiffs have not provided Google with a proposed First Amended Complaint as of this filing, Google does not view any potential amendment as a proper basis to justify the parties' extension request.

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

to the Court's approval, that the new class certification briefing schedule is as follows:

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| ADR Deadline | December 5, 2025 | March 6, 2026 |
| Motion for Class Cert. & Class Expert Reports | January 21, 2026 | May 14, 2026 |
| Opp to Class Cert and Class Expert Reports (including any Motions to Exclude Plaintiffs' class experts) | February 23, 2026 | July 2, 2026 |
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | March 23, 2026 | August 6, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts or Replies in Support of Motions to Exclude Plaintiffs' class experts | N/A | September 3, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts | N/A | September 22, 2026 |
| Class Cert Hearing | April 23, 2026 | October 15, 2026 |
| Fact Discovery Cutoff | July 22, 2026 | January 5, 2026 |
| Plaintiffs' Expert Reports | September 21, 2026 | February 24, 2027 |
| Google Expert Reports | October 19, 2026 | April 15, 2027 |
| Expert Discovery Cutoff | November 16, 2026 | May 13, 2027 |
| Filing of Dispositive/ *Daubert* Motion(s) | December 18, 2026 | June 10, 2027 |
| Opp. to Dispositive/ *Daubert* Motion(s) | January 22, 2027 | July 8, 2027 |

| | | |
|---|---|---|
| Reply ISO Dispositive/ *Daubert* Motion(s) | February 19, 2027 | July 22, 2027 |
| Hearing on Dispositive/ *Daubert* Motion(s) | March 18, 2027 | August 5, 2027 |
| Joint Pretrial Conference | August 24, 2027 | October 5, 2027 |
| Jury Trial (15 days) | September 27, 2027 | December 6, 2027 |

4

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

| | | |
|---|---|---|
| 1 | Dated: December 29, 2025 | Respectfully submitted, |
| 2 | | **GEORGE FELDMAN MCDONALD, PLLC** |
| 3 | | By: */s/ Michael Liskow* |
| 4 | | Lori G. Feldman |
| | | Michael Liskow (State Bar No. 243899) |
| 5 | | 745 Fifth Avenue, Suite 500 |
| 6 | | New York, NY 10151 |
| | | Telephone: (917) 983-9321 |
| 7 | | lfeldman@4-justice.com |
| | | mliskow@4-justice.com |
| 8 | | service@4-justice.com |
| 9 | | Joel D. Smith, Cal. Bar No. 244902 |
| 10 | | **SMITH KRISHOVEY, PC** |
| | | 166 Geary Street |
| 11 | | #1500-1507 |
| | | San Francisco, CA 94108 |
| 12 | | Telephone: (415) 839-7000 |
| | | Facsimile: (925) 407-2700 |
| 13 | | joel@skclassactions.com |
| 14 | Dated: December 29, 2025 | *Attorneys for Plaintiff and the Proposed Class* |
| 15 | | **COOLEY LLP** |
| 16 | | |
| 17 | | By: */s/ Joshua Anderson* |
| | | Benedict Y. Hur |
| 18 | | Simona Agnolucci |
| | | Eduardo E. Santacana |
| 19 | | Joshua Anderson |
| | | Yuhan Alice Chi |
| 20 | | Naiara Toker |
| 21 | | Anika Holland |
| | | Alexis Dorner |
| 22 | | |
| | | *Attorneys for Defendant Google LLC* |

5

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 29, 2025                    By: */s/ Michael Liskow*
                                                 Michael Liskow

                                                 *Attorneys for Plaintiffs and the Proposed Class*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The following deadlines in this action are modified or added as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| ADR Deadline | December 5, 2025 | March 6, 2026 |
| Motion for Class Cert. & Class Expert Reports | January 21, 2026 | May 14, 2026 |
| Opp to Class Cert and Class Expert Reports (including any Motions to Exclude Plaintiffs' class experts) | February 23, 2026 | July 2, 2026 |
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | March 23, 2026 | August 6, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts or Replies in Support of Motions to Exclude Plaintiffs' class experts | N/A | September 3, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts | N/A | September 22, 2026 |
| Class Cert Hearing | April 23, 2026 | October 15, 2026 |
| Fact Discovery Cutoff | July 22, 2026 | January 5, 2026 |
| Plaintiffs' Expert Reports | September 21, 2026 | February 24, 2027 |
| Google Expert Reports | October 19, 2026 | April 15, 2027 |
| Expert Discovery Cutoff | November 16, 2026 | May 13, 2027 |
| Filing of Dispositive/ *Daubert* Motion(s) | December 18, 2026 | June 10, 2027 |
| Opp. to Dispositive/ *Daubert* Motion(s) | January 22, 2027 | July 8, 2027 |
| Reply ISO Dispositive/ *Daubert* Motion(s) | February 19, 2027 | July 22, 2027 |

| | | |
|---|---|---|
| Hearing on Dispositive/ *Daubert* Motion(s) | March 18, 2027 | August 5, 2027 |
| Joint Pretrial Conference | August 24, 2027 | October 5, 2027 |
| Jury Trial (15 days) | September 27, 2027 | December 6, 2027 |

Dated: _____          _____
                                                                 Honorable P. Casey Pitts
                                                                 United States District Court Judge

8
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP