| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal Deckant (State Bar No. 322946)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ndeckant@bursor.com<br><br>*Attorneys for Plaintiffs*<br><br>*Additional Attorneys on Signature Page* | **GEORGE FELDMAN MCDONALD, PLLC**<br>Lori G. Feldman *(pro hac vice)*<br>Michael Liskow (State Bar No. 243899)<br>200 Park Avenue, Suite 1700<br>New York, New York 10166<br>Telephone: (646) 354-6534<br>E-mail: lfeldman@4-justice.com<br>         mliskow@4-justice.com<br>         e-service@4-justice.com |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>GOOGLE, LLC.,<br><br>                    Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Rule Local Rules 7-11 and 79-5, and the protective order issued in the case (Dkt. No. 95), Plaintiffs hereby move the Court for an order allowing them to file under seal portions of documents derived from information designated by Defendant Google, LLC ("Google") as either Confidential or Highly Confidential – Attorney's Eyes Only, and submitted by Plaintiffs in support of their Motion for Leave to Amend Complaint. Plaintiffs state that the "compelling reasons" standard applies. *See Zheng-Lawson v. Toyota Motor Corp.*, 2019 WL 3413253, at *2-3 (N.D. Cal. July 29, 2019). Plaintiffs submit this request only to comply with their obligations under Local Rule 79-5 and the protective order issued in the case, and Plaintiffs take no position at this time on the propriety of Google's confidentiality designations, or whether they meet the compelling reasons test for retaining confidentiality.

Plaintiffs propose that the following portions of the following documents should be sealed:

| Document | Portions of Document to be Sealed |
|---|---|
| Plaintiffs' Motion for Leave to Amend Complaint ("Motion") | Page 4: lines 23-26<br>Page 5: lines 1-3 |
| Ex. A to Motion | Page 8: lines 10-28<br>Page 9: lines 1-4, 17-22<br>Page 11: lines 7-10<br>Page 13: lines 3-4<br>Page 22: lines 11-22 |
| Ex. B to Motion | Page 8: lines 10-28<br>Page 9: lines 1-4, 17-22<br>Page 11: lines 7-10<br>Page 13: lines 3-4<br>Page 22: lines 11-22 |
| Liskow Declaration in Support of Motion | Page 1: lines 23-28<br>Page 2: lines 1-2 |

Dated: January 23, 2026

**GEORGE FELDMAN MCDONALD, PLLC**

By:   /s/ *Michael Liskow*
      Michael Liskow

Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
E-mail: lfeldman@4-justice.com
      mliskow@4-justice.com

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**SMITH KRIVOSHEY, P.C**.
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (State Bar No. 241858)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Facsimile: (888) 421-4173
E-mail: rpeterson@4-Justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*