**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>GOOGLE, LLC.,<br><br>　　　　　　　　　　　　　　Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following portions of the following documents are hereby sealed:

| Document | Portions of Document to be Sealed |
|---|---|
| Plaintiffs' Motion for Leave to Amend Complaint ("Motion") | Page 4: lines 23-26<br>Page 5: lines 1-3 |
| Ex. A to Motion | Page 8: lines 10-28<br>Page 9: lines 1-4, 17-22<br>Page 11: lines 7-10<br>Page 13: lines 3-4<br>Page 22: lines 11-22 |
| Ex. B to Motion | Page 8: lines 10-28<br>Page 9: lines 1-4, 17-22<br>Page 11: lines 7-10<br>Page 13: lines 3-4<br>Page 22: lines 11-22 |
| Liskow Declaration in Support of Motion | Page 1: lines 23-28<br>Page 2: lines 1-2 |

Dated: _____

                                                  P. CASEY PITTS
                                       United States District Judge