**GEORGE FELDMAN MCDONALD, PLLC**
Michael Liskow (State Bar No. 243899)
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
E-mail: mliskow@4-justice.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE, LLC.,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**DECLARATION OF MICHAEL LISKOW IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

I, Michael Liskow declare as follows:

1. I am a member of George Feldman McDonald PLLC, one of the firms representing Plaintiff Mak Construction Inc. ("Plaintiff") in this action. I am an attorney duly licensed to practice before the courts of the State of California.

2. I make this declaration in support of Plaintiff's Motion for Leave to Amend Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to them.

3. Plaintiffs have served on Google 72 Requests for Production, seven Interrogatories and 11 Requests for Admission. Google has responded to each of Plaintiffs' discovery requests and has produced approximately 9,800 documents.

4. The parties are currently meeting and conferring concerning Google's forthcoming production of a sample of "class event data" it collected from the Tax Preparers using Google Analytics.

5. Google has served, on each Plaintiff, five Interrogatories, between 40 and 50 Requests for Production and between 64 and 155 Requests for Admission. This includes, on January 7, 2026, between 30 and 48 new Requests for Admission to each Plaintiff, and ten additional Requests for Production to Plaintiff Goldberg.

6. Neither party has noticed or conducted any depositions at this time.

7. Plaintiffs' proposed amendments are grounded, in part, on discovery recently produced by Google, ███████████████

██████████████████████████████████████████████
████.

8. Plaintiffs first notified Google of their intent to amend the CAC on October 29, 2025, in Plaintiffs' first draft of what ultimately became the parties' Stipulation and [Proposed] Order to Modify Case Deadlines. *See* Dkt. 134.

9. On January 6, 2026, Plaintiffs' counsel sought Google's position on the instant motion by email, attaching the proposed FAC. On January 13, 2026, Google's counsel responded that Google was unable to agree to the proposed amendments.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on January 23, 2026.

                                                  */s/ Michael Liskow*
                                                  Michael Liskow