COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SMITH et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-BLF)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES RE MOTION FOR LEAVE TO AMEND**<br><br>**[L.R. 6-2]** |

Pursuant to Local Civil Rule 6-2, Plaintiffs and Defendant Google LLC ("Google") stipulate as follows:

**WHEREAS**, on January 23, 2026, Plaintiffs filed their Notice of Motion and Motion for Leave to Amend Complaint ("Motion for Leave to Amend"). *See* ECF No. 137.

**WHEREAS**, the current deadline for Google's opposition to the Motion for Leave to Amend is February 6, 2026, and Plaintiff's deadline for their reply in support of the Motion for Leave to Amend is February 20, 2026.

**WHEREAS**, the parties agree that they each need a short, one week extension for briefing due to the complexities of the issues.

**WHEREAS**, the parties have conferred and agreed to the below proposed modified schedule, subject to Court approval.

**WHEREAS**, the requested extensions do not alter the hearing date, currently set at 10:00 a.m. on March, 26, 2026.

**WHEREAS**, there have been no other requests to alter the deadlines regarding Plaintiffs' Motion for Leave to Amend. Outside of this motion, the parties have stipulated to modify certain deadlines four times over the course of the case. The parties last stipulated to modify case deadlines on December 29, 2025. *See* ECF No. 134. The parties previously stipulated to modify the briefing schedule for Google's motion to compel arbitration, *see* ECF No. 54, as well as Google's time to respond to Plaintiffs' Consolidated Class Action Complaint, *see* ECF No. 85. On February 24, 2025, the parties also stipulated to modify case deadlines. *See* ECF No. 107.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to the Court's approval, that the schedule regarding the Motion for Leave to Amend briefing is now as follows:

| Event | Current Date | Revised Date |
| --- | --- | --- |
| Google's Opposition to Plaintiff's Motion to Amend | February 6, 2026 | February 13, 2026 |
| Plaintiffs' Reply In Support of Motion to Amend | February 20, 2026 | February 27, 2026 |

|     |                            |                                                   |
| --- | -------------------------- | ------------------------------------------------- |
| 1   |                            | Respectfully submitted,                           |
| 2   | Dated: January 30, 2026    | COOLEY LLP                                        |

Dated: January 30, 2026                COOLEY LLP

By: */s/ Joshua Anderson*
    Benedict Hur
    Simona Agnolucci
    Eduardo E. Santacana
    Joshua Anderson
    Anika Holland
    Naira Toker
    Julia Irwin

Attorneys for Defendant
GOOGLE, LLC

Dated: January 30, 2026                GEORGE FELDMAN MCDONALD, PLLC

By: */s/ Michael Liskow*
    Lori G. Feldman
    Michael Liskow
    102 Half Moon Bay Drive
    Croton-on-Hudson, NY 10520
    Telephone: (917) 983-9321
    lfeldman@4-justice.com
    mliskow@4-justice.com
    service@4-justice.com

    Joel D. Smith, Cal. Bar No. 244902
    SMITH KRISHOVEY, PC
    166 Geary Street
    #1500-1507
    San Francisco, CA 94108
    Telephone: (415) 839-7000
    Facsimile: (925) 407-2700
    joel@skclassactions.com

*Attorneys for Plaintiff and the Proposed Class*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 30, 2026                     By:  */s/ Joshua Anderson*
                                                 Joshua Anderson

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The following deadlines in this action are modified or added as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Google's Opposition to Plaintiff's Motion to Amend | February 6, 2026 | February 13, 2026 |
| Plaintiffs' Reply In Support of Motion to Amend | February 20, 2026 | February 27, 2026 |

Dated:  February 2, 2026

Honorable P. Casey Pitts
UNITED STATES DISTRICT JUDGE