COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SMITH et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-BLF)<br><br>**DECLARATION OF JOSHUA ANDERSON IN SUPPORT OF DEFENDANT GOOGLE, LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date:     March 26, 2026<br>Time:    10:00 a.m.<br>Dept:     Ctrm. 8 – 4th Floor<br>Judge:   Honorable P. Casey Pitts<br><br>Date Action Filed: 7/14/2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ANDERSON DECLARATION IN SUPPORT OF
GOOGLE'S OPPOSITION
CASE NO. 5:23-CV-03527-PCP

I, Joshua Anderson, declare as follows:

1. I am over 18 years of age and competent to make this Declaration. I am an attorney admitted to practice law in the State of California and before this Court. I am an attorney at the law firm Cooley LLP, and counsel for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion for Leave to Amend the Complaint. I have personal knowledge of the facts set forth below, and if called to testify, could and would testify competently thereto.

2. On or about August 8, 2024, Plaintiffs served their requests for production ("RFPs") on Google. Certain of these RFPs sought documents concerning mobile application data, including RFPs 9, 12, 16, 27, 38, and 39.

3. On or about September 19, 2024, Google served its responses and objections to Plaintiffs' RFPs. Google objected to the requests seeking information about mobile application data on the grounds, among others, that the operative complaint did not allege that any class members or named plaintiffs used mobile apps when filing their taxes with TaxAct, TaxSlayer, or H&R Block (the "Tax Websites").

4. Following service of Google's responses and objections, the parties engaged in numerous meet-and-confer discussions and exchanged correspondence throughout the fall of 2024 and into January 2025 regarding, among other things, Plaintiffs' requests for documents concerning mobile apps and Google Analytics for Firebase ("GA4F"). In a letter dated January 25, 2025, Plaintiffs acknowledged that the parties "appear to be at an impasse" on the issue of mobile app and GA4F discovery.

5. The parties continued to exchange letters on the issue of mobile app and GA4F discovery in February and March 2025. In a letter dated March 5, 2025, Google maintained its position that mobile applications and GA4F are not relevant to this litigation.

6. Plaintiffs did not notify Google of their intent to file a discovery dispute letter on this issue until September 15, 2025. The parties subsequently filed the joint discovery dispute letter with the Court in October 2025.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ANDERSON DECLARATION IN SUPPORT OF
GOOGLE'S OPPOSITION
CASE NO. 5:23-CV-03527-PCP

7. On or about February 10, 2026, my colleague emailed Plaintiffs' counsel to propose a compromise: Google would not oppose the addition of the four new California plaintiffs if Plaintiffs agreed to provide complete responses to Google's discovery requests within 30 days of receipt. Google's requests would be identical to the RFPs, RFAs, and ROGs already served on the other named plaintiffs.

8. On or about February 11, 2026, Plaintiffs' counsel responded to my colleague and stated: "Plaintiffs can agree to provide written responses within 30 days of receipt but cannot agree to substantially complete the production of documents within the same time. Instead, Plaintiffs propose that they complete substantial production within 30 days of service of the RFPs, or by April 3, 2026, whichever comes later. Plaintiffs will also make rolling productions of documents as they become available."

9. Later on February 11, 2026, my colleague accepted Plaintiffs' terms, and the parties reached an agreement on the issue of adding additional named plaintiffs to the complaint.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 13, 2026, at San Francisco, California.

/s/ Joshua Anderson
Joshua Anderson

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

ANDERSON DECLARATION IN SUPPORT OF
GOOGLE'S OPPOSITION
CASE NO. 5:23-CV-03527-PCP