# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISON

| | |
|---|---|
| MARY SMITH, et al., individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC<br><br>              Defendant. | Case No.: 5:23-cv-03527-PCP (Consol. w/ 5:23-cv-04191-BLF)<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS AND E-MAIL DESIGNATION** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Rebecca A. Peterson, effective February 20, 2026, counsel of record for the Plaintiffs in the above-captioned matter, is no longer affiliated with George Feldman McDonald, PLLC. Attorney Rebecca A. Peterson has joined the law firm of Hecht Partners LLP, located at 1650 W. 82nd Street, Suite 880, Bloomington, MN 55431 and is now affiliated with that firm.

**Rebecca A. Peterson's new address, telephone and e-mail are:**

Rebecca A. Peterson
**Hecht Partners LLP**
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
Main Phone: (212) 851-6821
E-mail Addresses: rpeterson@hechtpartners.com
e-servicecapg@hechtpartners.com

Dated February 20, 2026

NOTICE OF CHANGE OF FIRM AFFILIATION

*/s/ Rebecca A. Peterson*
**Rebecca A. Peterson**
Hecht Partners LLP
MN Bar No. 392663
CA Bar No. 241858
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
E-mail Addresses: rpeterson@hechtpartners.com
e-servicecapg@hechtpartners.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated February 20, 2026.

*/s/ Rebecca A. Peterson*
**Rebecca A. Peterson**
Hecht Partners LLP
MN Bar No. 392663
CA Bar No. 241858
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
Email Addresses: rpeterson@hechtpartners.com
e-servicecapg@hechtpartners.com

NOTICE OF CHANGE OF FIRM AFFILIATION