**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

**HECHT PARTNERS LLP**
Lori G. Feldman *(pro hac vice)*
Michael Liskow (State Bar No. 243899)
125 Park Ave., 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
E-mail: lfeldman@hechtpartners.com
         mliskow@ hechtpartners.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>GOOGLE, LLC.,<br><br>             Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Rule Local Rules 7-11 and 79-5, and the protective order issued in the case (Dkt. No. 95), Plaintiffs hereby move the Court for an order allowing them to file under seal portions of documents derived from information designated by Defendant Google, LLC ("Google") as either Confidential or Highly Confidential – Attorney's Eyes Only, and submitted by Plaintiffs in support of their Reply in Support of Motion for Leave to Amend Complaint. Plaintiffs state that the "compelling reasons" standard applies. *See Zheng-Lawson v. Toyota Motor Corp.*, 2019 WL 3413253, at *2-3 (N.D. Cal. July 29, 2019). Plaintiffs submit this request only to comply with their obligations under Local Rule 79-5 and the protective order issued in the case, and Plaintiffs take no position at this time on the propriety of Google's confidentiality designations, or whether they meet the compelling reasons test for retaining confidentiality.

Plaintiffs propose that the following portions of the following documents should be sealed:

| Document | Portions of Document to be Sealed |
|---|---|
| Plaintiffs' Reply in Support of Motion for Leave to Amend Complaint ("Reply") | Page 2: lines 10-13<br>Page 4: lines 6-7, 21-22<br>Page 5: lines 1-2, 8-10, 13<br>Page 6: lines 6-9 |
| Liskow Declaration in Support of Reply | Page 1: lines 14-20 |

| | |
|---|---|
| Dated: February 27, 2026 | Respectfully submitted, |
| | **HECHT PARTNERS LLP** |
| | By: /s/ *Michael Liskow* |
| | Lori G. Feldman, *Admitted Pro Hac Vice* |
| | Michael Liskow (State Bar No. 243899) |
| | 125 Park Ave., 25th Floor |
| | New York, NY 10017 |
| | Phone: (212) 851-6821 |
| | Fax: (888) 421-4173 |
| | E-mail: lfeldman@hechtpartners.com |
| |         mliskow@hechtpartners.com |
| | **BURSOR & FISHER, P.A.** |
| | Neal J. Deckant (State Bar No. 322946) |
| | 1990 North California Blvd., Suite 940 |
| | Walnut Creek, CA 94596 |
| | Telephone: (925) 300-4455 |
| | Facsimile: (925) 407-2700 |
| | Email: ndeckant@bursor.com |
| | **HECHT PARTNERS LLP** |
| | Rebecca A. Peterson (State Bar No. 241858) |
| | 1650 West 82nd Street, Suite 880 |
| | Bloomington, MN 55431 |
| | Telephone: (612) 778-9595 |
| | Facsimile: (888) 421-4173 |
| | E-mail: rpeterson@hechtpartners.com |
| | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** |
| | Kate M. Baxter-Kauf, *Admitted Pro Hac Vice* |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| | Telephone: (612) 339-6900 |
| | Facsimile: (612) 339-0981 |
| | Email: kmbaxter-kauf@locklaw.com |
| | **THE HODA LAW FIRM, PLLC** |
| | Marshal J. Hoda, *Admitted Pro Hac Vice* |
| | 12333 Sowden Road, Suite B, PMB 51811 |
| | Houston, TX 77080 |
| | Telephone: (832) 848-0036 |
| | E-mail: marshal@thehodalawfirm.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, *Admitted Pro Hac Vice*
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson, *Admitted Pro Hac Vice*
2500 Wilcrest Drive, Suite 300
Houston, TX 77042-2754
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
Email: jemerson@emersonfirm.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404
joel@skclassactions.com

*Attorneys for Plaintiffs*