1  **BURSOR & FISHER, P.A.**
   Neal Deckant (State Bar No. 322946)
2  1990 North California Blvd., 9th Floor
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
4  E-mail: ndeckant@bursor.com

5  *Attorneys for Plaintiffs*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10 | MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-03527-PCP |
11 | | **DECLARATION OF NEAL J. DECKANT IN SUPPORT OF MOTION TO SEAL** |
12 | Plaintiffs, | |
   | v. | The Honorable P. Casey Pitts |
13 | GOOGLE, LLC., | Courtroom 8, 4th Floor |
14 | | |
15 | Defendant. | |

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Neal J. Deckant declare as follows:

1.  I am an attorney at law licensed to practice in the State of California. I am also a member of the bar of this Court and a partner at Bursor & Fisher, P.A., counsel of record for Plaintiffs. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2.  Defendant Google, LLC ("Google") produced certain documents containing information that it designated as either Confidential or Highly Confidential – Attorney's Eyes Only. Some information from the aforementioned documents is referred to in Plaintiffs' concurrently filed Reply in Support of Motion for Class Certification, and supporting documents identified herein.

3.  Plaintiffs submit this request only to comply with their obligations under Local Rule 79-5 and the protective order issued in the case, and Plaintiffs take no position at this time on the propriety of Google's confidentiality designations, or whether they meet the compelling reasons test for retaining confidentiality.

4.  Plaintiffs wish to file the following portions of the following documents under seal:

| Document | Portions of Document to be Sealed |
|---|---|
| Plaintiffs' Reply in Support of Motion for Leave to Amend Complaint ("Reply") | Page 2: lines 10-13<br>Page 4: lines 6-7, 21-22<br>Page 5: lines 1-2, 8-10, 13<br>Page 6: lines 6-9 |
| Liskow Declaration in Support of Reply | Page 1: lines 14-20 |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 27, 2026.

                                        */s/ Neal J. Deckant*
                                        Neal J. Deckant