# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>GOOGLE, LLC.,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following portions of the following documents are hereby sealed:

| Document | Portions of Document to be Sealed |
|---|---|
| Plaintiffs' Reply in Support of Motion for Leave to Amend Complaint ("Reply") | Page 2: lines 10-13<br>Page 4: lines 6-7, 21-22<br>Page 5: lines 1-2, 8-10, 13<br>Page 6: lines 6-9 |
| Liskow Declaration in Support of Reply | Page 1: lines 14-20 |

Dated: _____

_____
P. CASEY PITTS
United States District Judge