| | |
|---|---|
| 1 | **HECHT PARTNERS LLP** |
| 2 | Michael Liskow (State Bar No. 243899) |
|   | 125 Park Ave., 25th Floor |
| 3 | New York, NY 10017 |
|   | Phone: (212) 851-6821 |
| 4 | Fax: (888) 421-4173 |
|   | E-mail: mliskow@ hechtpartners.com |
| 5 | |
| 6 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-03527-PCP |
| Plaintiffs, | **REPLY DECLARATION OF MICHAEL LISKOW IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |
| v. | |
| GOOGLE, LLC., | The Honorable P. Casey Pitts |
| Defendant. | Courtroom 8, 4th Floor |

I, Michael Liskow declare as follows:

1. I am a member of George Feldman McDonald PLLC, one of the firms representing Plaintiffs in this action. I am an attorney duly licensed to practice before the courts of the State of California.

2. I make this declaration in further support of Plaintiff's Motion for Leave to Amend Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to them.

3. Starting in the fall of 2024, Plaintiffs made numerous efforts to resolve the issue of application-related discovery. Plaintiffs finally notified Google on September 19, 2025 that the parties were definitively at an impasse, and provided Google with Plaintiffs' portion of the Joint Discovery Dispute Letter encompassing this and other discovery disputes. After further negotiations to attempt to narrow the scope of the outstanding discovery issues, the parties submitted their Joint Statement Regarding Discovery Dispute on October 7, 2025.

4. Google first produced ▮▮▮▮▮▮▮▮▮▮ on December 23, 2025.

5. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 27, 2026.

                                                  /s/ Michael Liskow
                                                    Michael Liskow