**HECHT PARTNERS LLP**
Lori G. Feldman (*pro hac vice*)
Michael Liskow, Cal. Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

**SMITH KRISHOVEY, PC**
Joel D. Smith, Cal. Bar No. 244902
166 Geary Street
#1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (925) 407-2700
joel@skclassactions.com

*Co-Counsel for Plaintiffs*

**COOLEY LLP**
Benedict Y. Hur (SBN: 224018)
bhur@cooley.com
Simona Agnolucci (SBN: 246943)
sagnolucci@cooley.com
Eduardo E. Santacana (SBN: 281668)
esantacana@cooley.com
Joshua Anderson (SBN: 312836)
joshua.anderson@cooley.com
Naiara Toker (SBN: 346145)
ntoker@cooley.com
Anika Holland (SBN: 336071)
anika.holland@cooley.com
Julia Irwin (SBN: 352861)
jirwin@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.,* individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>GOOGLE, LLC,<br><br>    Defendant. | Case No. 5:23-cv-03527-PCP<br>(Consolidated with 5:23-cv-04191-PCP)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES**<br><br>**[L.R. 6-2]** |

Pursuant to Local Civil Rule 6-2, Plaintiffs and Defendant Google LLC ("Google") stipulate as follows:

WHEREAS, on July 10, 2024, the Court set deadlines for, *inter alia*, Plaintiffs' motion for class certification, the parties' dispositive motions, associated expert reports and related briefing, as well as trial. *See* ECF No. 94.

WHEREAS, on February 24, 2025, the Court approved the parties' stipulation to extend the case deadlines. *See* ECF No. 107.

WHEREAS, on December 29, 2025, the Court approved the parties' second stipulation to extend the case deadlines. *See* ECF No. 135.

WHEREAS, despite the parties having continued to diligently pursue discovery, both parties agree that further time is needed for discovery in this highly complex and technical class action before briefing begins on class certification for the following reasons. Despite the parties having already produced extensive documents, with Google having currently produced over 600GB of Sample Data, the parties are still in the process of completing their discovery productions. For example, Google is currently working to assess whether certain class sample data needs to be reproduced, and the parties are working to resolve disagreements concerning other potential sources of class sample data without involvement of the Court. Once Google's production is complete Plaintiffs also require sufficient time to process and analyze, with the assistance of their experts, the highly technical discovery. Plaintiffs will then need to conduct necessary depositions, including a 30(b)(6) deposition of Google. The parties also note that the Court's resolution of Plaintiffs' pending Motion for Leave to Amend the operative complaint, *see* ECF No. 137, may affect the remaining discovery necessary to be completed prior to class certification, including by informing

1
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

the appropriate scope of topics to be examined in Plaintiffs' 30(b)(6) deposition of Google.[1]

Therefore, there is good cause for the requested modification of the case deadlines.

WHEREAS, in light of the time necessary to resolve such issues (and others) and complete class certification discovery, the parties agree that both sides require more time to complete document productions, depositions, and expert analysis necessary for class certification briefing.

WHEREAS, the parties have conferred and agreed to the below proposed modified briefing schedule and extensions of subsequent case deadlines, subject to Court approval. The parties' proposed modified schedule generally moves out class certification-related deadlines by 49 days while reducing certain time periods between deadlines to avoid significantly moving out later case deadlines.

WHEREAS, there have been two prior requests to alter the class certification briefing schedule and other case deadlines sought to be modified by this stipulation, approved by the Court on February 24, 2025, *see* ECF No. 107, and December 29, 2025. *See* ECF No. 135. The parties also previously stipulated to extend the briefing schedule for Google's motion to compel arbitration, *see* ECF No. 54, to extend Google's time to respond to Plaintiffs' Consolidated Class Action Complaint, *see* ECF No. 85, to extend the deadline for resolving certain discovery disputes, *see* ECF No. 127; and to extend the briefing schedule for Plaintiffs' Motion to Amend the Complaint, *see* ECF No. 138.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the Court's approval, that the new schedule for class certification briefing and subsequent case deadlines is as follows:

---

[1] This stipulation does not account for any further modifications of the case schedule that may be necessary should the Court grant Plaintiffs' pending motion for leave to amend their complaint in whole or in part.

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Motion for Class Cert. & Class Expert Reports | May 14, 2026 | July 2, 2026 |
| Opp to Class Cert and Class Expert Reports (including any Motions to Exclude Plaintiffs' class experts) | July 2, 2026 | August 20, 2026 |
| Reply to Class Cert and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | August 6, 2026 | September 24, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts or Replies in Support of Motions to Exclude Plaintiffs' class experts | September 3, 2026 | October 15, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts | September 22, 2026 | October 27, 2026 |
| Class Cert Hearing | October 15, 2026 | November 12, 2026 |
| Fact Discovery Cutoff | January 5, 2027 | January 26, 2027 |
| Plaintiffs' Expert Reports | February 24, 2027 | March 3, 2027 |
| Google Expert Reports | April 15, 2027 | April 15, 2027 |
| Expert Discovery Cutoff | May 13, 2027 | May 13, 2027 |
| Filing of Dispositive/ *Daubert* Motion(s) | June 10, 2027 | June 10, 2027 |
| Opp. to Dispositive/ *Daubert* Motion(s) | July 8, 2027 | July 8, 2027 |
| Reply ISO Dispositive/ *Daubert* Motion(s) | July 22, 2027 | July 22, 2027 |

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

| Hearing on Dispositive/ *Daubert* Motion(s) | August 5, 2027 | August 5, 2027 |
|---|---|---|
| Trial Setting Conference | October 5, 2027 | October 5, 2027 |

Dated: April 13, 2026                    Respectfully submitted,

**HECHT PARTNERS LLP**

By: */s/ Michael Liskow*
Lori G. Feldman
Michael Liskow (State Bar No. 243899)
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

Joel D. Smith, Cal. Bar No. 244902
**SMITH KRISHOVEY, PC**
166 Geary Street
#1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (925) 407-2700
joel@skclassactions.com

*Attorneys for Plaintiff and the Proposed Class*

Dated: April 13, 2026                    **COOLEY LLP**

By: */s/ Joshua Anderson*
Benedict Y. Hur
Simona Agnolucci
Eduardo E. Santacana
Joshua Anderson
Naiara Toker
Anika Holland
Alexis Dorner

*Attorneys for Defendant Google LLC*

4

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 13, 2026

By: */s/ Michael Liskow*
Michael Liskow

*Attorneys for Plaintiffs and the Proposed Class*

5
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

## ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The following deadlines in this action are modified or added as follows:

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Motion for Class Cert. & Class Expert Reports | May 14, 2026 | July 2, 2026 |
| Opp to Class Cert and Class Expert Reports (including any Motions to Exclude Plaintiffs' class experts) | July 2, 2026 | August 20, 2026 |
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | August 6, 2026 | September 24, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts or Replies in Support of Motions to Exclude Plaintiffs' class experts | September 3, 2026 | October 15, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts | September 22, 2026 | October 27, 2026 |
| Class Cert Hearing | October 15, 2026 | November 12, 2026 |
| Fact Discovery Cutoff | January 5, 2027 | January 26, 2027 |
| Plaintiffs' Expert Reports | February 24, 2027 | March 3, 2027 |
| Google Expert Reports | April 15, 2027 | April 15, 2027 |
| Expert Discovery Cutoff | May 13, 2027 | May 13, 2027 |
| Filing of Dispositive/ *Daubert* Motion(s) | June 10, 2027 | June 10, 2027 |
| Opp. to Dispositive/ *Daubert* Motion(s) | July 8, 2027 | July 8, 2027 |

STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

| Reply ISO Dispositive/ *Daubert* Motion(s) | July 22, 2027 | July 22, 2027 |
| Hearing on Dispositive/ *Daubert* Motion(s) | August 5, 2027 | August 5, 2027 |
| Trial Setting Conference | October 5, 2027 | October 5, 2027 |

Dated:    April 17, 2026

_____
Honorable P. Casey Pitts
United States District Court Judge

7

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP