**HECHT PARTNERS LLP**
Michael Liskow (State Bar No. 243899)
125 Park Ave., 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
E-mail: mliskow@ hechtpartners.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br>   v.<br><br>GOOGLE, LLC.,<br><br>                         Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**REPLY DECLARATION OF MICHAEL LISKOW IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

I, Michael Liskow declare as follows:

1.      I am a member of George Feldman McDonald PLLC, one of the firms representing Plaintiffs in this action. I am an attorney duly licensed to practice before the courts of the State of California.

2.      I make this declaration in further support of Plaintiff's Motion for Leave to Amend Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to them.

3.      Starting in the fall of 2024, Plaintiffs made numerous efforts to resolve the issue of application-related discovery. Plaintiffs finally notified Google on September 19, 2025 that the parties were definitively at an impasse, and provided Google with Plaintiffs' portion of the Joint Discovery Dispute Letter encompassing this and other discovery disputes. After further negotiations to attempt to narrow the scope of the outstanding discovery issues, the parties submitted their Joint Statement Regarding Discovery Dispute on October 7, 2025.

4.      Google first produced event data for current plaintiffs on December 23, 2025.

5.      Of the 9,807 documents produced by Google in this case as of the date of this declaration, 2,264 documents include the terms "Firebase" and/or "GA4F."

6.      Google has provided Plaintiffs with "sample templates" of the Class Event Data sample that Google has agreed to produce. The sample templates reflect that the databases containing the Class Event Data include fields corresponding to pen register data, including, *inter alia*, browser and device information, URLs of webpages visited, and geolocation data.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 27, 2026.

*/s/ Michael Liskow*
Michael Liskow