COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SMITH et al., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GOOGLE, LLC,<br><br>                    Defendant. | Case No. 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-BLF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES AS MODIFIED**<br><br>**[L.R. 6-2]** |

The Court recently granted the parties' stipulated request for an extension of case deadlines. *See* Dkt. 151. The parties continue to work expeditiously to complete necessary discovery before the deadline for Plaintiffs' motion for class certification. Since the Court entered the previously stipulated schedule, however, the parties learned that a third-party witness, former Google employee Steve Ganem, is only available to be deposed pursuant to Plaintiffs' subpoena within days of the deadline to seek class certification. To accommodate that third-party's schedule, and to ensure Plaintiffs have adequate time to obtain, analyze and incorporate Mr. Ganem's testimony into their motion for class certification, the parties respectfully request a brief extension of the deadline for Plaintiffs' motion for class certification, as well as the parties' subsequent class certification-related deadlines.

Accordingly, pursuant to Civil Local Rule 6-2, Defendant Google, LLC ("Google") and Plaintiffs (collectively, "the Parties") stipulate as follows:

1.      WHEREAS, on July 10, 2024, the Court set deadlines for, *inter alia*, Plaintiffs' motion for class certification, the Parties' dispositive motions, associated expert reports and related briefing, as well as trial.  See ECF No. 94.

2.      WHEREAS, on February 24, 2025, the Court approved the Parties' stipulation to extend the case deadlines.  See ECF No. 107.

3.      WHEREAS, on December 29, 2025, the Court approved the Parties' second stipulation to extend the case deadlines. See ECF No. 135.

4.      WHEREAS, on April 17, 2026, the Court approved the Parties' third stipulation to extend the case deadlines. See ECF No. 151.

5.      WHEREAS, the Parties have continued to diligently pursue discovery, including conducting depositions. However, due to scheduling conflicts for counsel and for non-party witness Steve Ganem, Plaintiffs' deposition of Mr. Ganem will be set to take place on July 1, 2026, just one day before Plaintiffs' current deadline to file their Motion for Class Certification and Class Expert Reports deadlines on July 2, 2026. In order to allow sufficient time between Mr. Ganem's

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

deposition and Plaintiffs' class certification deadline, and considering the intervening Fourth of July holiday weekend, the Parties agree to a short extension of all class certification-related deadlines.  Therefore, there is good cause for the requested modification of the case deadlines.

6.    WHEREAS, the Parties have conferred and agreed to the below proposed modified briefing schedule and extensions of subsequent case deadlines, subject to Court approval. The Parties' proposed modified schedule moves out class certification-related deadlines by only six to eight days. The schedule does not move any other case deadlines.

7.    WHEREAS, there have been three prior requests to alter the class certification briefing schedule and other case deadlines sought to be modified by this stipulation, approved by the Court on February 24, 2025, *see* ECF No. 107, December 29, 2025, *see* ECF No. 135, and April 17, 2026. *See* ECF No. 151. The Parties also previously stipulated to extend the briefing schedule for Google's motion to compel arbitration, *see* ECF No. 54, to extend Google's time to respond to Plaintiffs' Consolidated Class Action Complaint, *see* ECF No. 85, to extend the deadline for resolving certain discovery disputes, *see* ECF No. 127; and to extend the briefing schedule for Plaintiffs' Motion to Amend the Complaint. *See* ECF No. 138.

8.    Accordingly, IT IS HEREBY STIPULATED AND AGREED between the Parties, subject to the Court's approval, that the new schedule for class certification briefing and subsequent case deadlines is as follows:

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Motion for Class Cert. & Class Expert Reports | July 2, 2026 | July 8, 2026 |
| Opp to Class Cert and Class Expert Reports (including any Motions to Exclude Plaintiffs' class experts) | August 20, 2026 | August 26, 2026 |
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | September 24, 2026 | September 30, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts or Replies in Support of Motions to Exclude Plaintiffs' class experts | October 15, 2026 | October 21, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts | October 27, 2026 | November 3, 2026 |

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

| | | 19 |
|---|---|---|
| Class Cert Hearing | November 12, 2026 | November ~~20~~, 2026 |

IT IS SO STIPULATED.

Dated:  May 4, 2026                                  COOLEY LLP


By:  */s/ Benedict Hur*
Benedict Hur
Simona Agnolucci
Eduardo E. Santacana
Joshua Anderson
Anika Holland
Naiara Toker
Julia Irwin

Attorneys for Defendant
GOOGLE, LLC


Dated:  May 4, 2026                                  GEORGE FELDMAN MCDONALD, PLLC


By:  */s/ Michael Liskow*
Lori G. Feldman
Michael Liskow
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com
mliskow@4-justice.com
service@4-justice.com

Joel D. Smith, Cal. Bar No. 244902
SMITH KRISHOVEY, PC
166 Geary Street
#1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (925) 407-2700
joel@skclassactions.com

Attorneys for Plaintiff and the Proposed Class

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 4, 2026                    COOLEY LLP


                                       By:  */s/ Benedict Hur*
                                           Benedict Hur

                                       Attorneys for Defendant,
                                       GOOGLE LLC

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The following deadlines are modified or added as follows:

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Motion for Class Cert. & Class Expert Reports | July 2, 2026 | July 8, 2026 |
| Opp to Class Cert and Class Expert Reports (including any Motions to Exclude Plaintiffs' class experts) | August 20, 2026 | August 26, 2026 |
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | September 24, 2026 | September 30, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts or Replies in Support of Motions to Exclude Plaintiffs' class experts | October 15, 2026 | October 21, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts | October 27, 2026 | November 3, 2026 |
| Class Cert Hearing | November 12, 2026 | November ~~20~~ 19, 2026 |

Dated: _May 5, 2026_

_____
The Honorable P. Casey Pitts
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP