**HECHT PARTNERS LLP**
Lori G. Feldman (*pro hac vice*)
Michael Liskow, Cal. Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

**SMITH KRISHOVEY, PC**
Joel D. Smith, Cal. Bar No. 244902
166 Geary Street
#1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (925) 407-2700
joel@skclassactions.com

*Attorneys for Plaintiff and
the Proposed Class*

**COOLEY LLP**
Benedict Y. Hur (SBN: 224018)
bhur@cooley.com
Simona Agnolucci (SBN: 246943)
sagnolucci@cooley.com
Eduardo E. Santacana (SBN: 281668)
esantacana@cooley.com
Joshua Anderson (SBN: 312836)
joshua.anderson@cooley.com
Naiara Toker (SBN: 346145)
ntoker@cooley.com
Anika Holland (SBN: 336071)
anika.holland@cooley.com
Julia Irwin (SBN: 352861)
jirwin@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SMITH et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE, LLC,<br><br>    Defendant. | Case No. 5:23-cv-03527-PCP (Consol. w/ 5:23-cv-04191-BLF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES**<br><br>**[L.R. 6-2]** |

Defendant Google, LLC ("Google") and Plaintiffs (collectively, "Parties") submit the following stipulation and order pursuant to Civil Local Rule 6-2.

The Court recently granted the Parties' stipulated request for an extension of case deadlines. *See* Dkt. 162. The Parties continue to work expeditiously to complete certain discovery before the deadline for Plaintiffs' motion for class certification. Since the Court entered the previously stipulated schedule, Google has located additional data associated with certain of the Plaintiffs and is making good-faith efforts to produce this data no later than July 10, 2026. Accordingly, the Parties respectfully request a brief one-week extension of the deadline for Plaintiffs' motion for class certification, as well as for other class motion briefing deadlines, but do not seek to modify the current class certification hearing deadline or any subsequent case deadlines.

Accordingly, the Parties stipulate as follows:

1.      WHEREAS, on July 10, 2024, the Court set deadlines for, *inter alia*, Plaintiffs' motion for class certification, the Parties' dispositive motions, associated expert reports and related briefing, as well as trial. *See* Dkt. 94.

2.      WHEREAS, on February 24, 2025, the Court approved the Parties' stipulation to extend the case deadlines. *See* Dkt. 107.

3.      WHEREAS, on December 29, 2025, the Court approved the Parties' second stipulation to extend the case deadlines. *See* Dkt. 135.

4.      WHEREAS, on April 17, 2026, the Court approved the Parties' third stipulation to extend the case deadlines. *See* Dkt. 151.

5.      WHEREAS, on May 5, 2026, the Court approved the Parties' fourth stipulation to extend the case deadlines. *See* Dkt. 162.

6.      WHEREAS, the Parties have continued to diligently pursue discovery, including Google's collection of event data requested by Plaintiffs.  Google recently located additional data

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

associated with certain Plaintiffs and is making good faith efforts to produce this data by July 10, 2026. In order to allow sufficient time for Google to produce this additional data and for Plaintiffs to analyze the production and complete its class certification motion, and considering the intervening Fourth of July holiday weekend, the Parties agree to a short one-week extension of the deadlines outlined below. Therefore, good cause exists.

7.      WHEREAS, the Parties have conferred and agreed to the below proposed modified briefing schedule, subject to Court approval. The Parties' proposed modified schedule modifies only the deadline for Plaintiffs' motion for class certification and for subsequent class motion briefing deadlines, but does not impact the class motion hearing date of November 19, 2026 or any other case deadlines.

8.      WHEREAS, Plaintiffs will not seek further extensions of the deadline for their motion for class certification, nor unilaterally seek a continuance of the currently scheduled hearing date for the motion for class certification.

9.      WHEREAS, there have been four prior requests to alter the class certification briefing schedule and other case deadlines sought to be modified by this stipulation, approved by the Court on February 24, 2025, *see* Dkt. 107, December 29, 2025, *see* Dkt. 135, April 17, 2026, *see* Dkt. 151, and May 5, 2026. *See* Dkt. 162. The Parties also previously stipulated to extend the briefing schedule for Google's motion to compel arbitration, *see* Dkt. 54, to extend Google's time to respond to Plaintiffs' Consolidated Class Action Complaint, *see* Dkt. 85, to extend the deadline for resolving certain discovery disputes, *see* Dkt. 127; and to extend the briefing schedule for Plaintiffs' Motion to Amend the Complaint. *See* Dkt. 138.

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

| Event | Current Date | Proposed Revised Date |
|-------|-------------|----------------------|
| Motion for Class Cert. & Class Expert Reports | July 8, 2026 | July 15, 2026 |
| Opp to Class Cert and Class Expert Reports (including any Motions to Exclude Plaintiffs' class experts) | August 26, 2026 | September 2, 2026 |
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | September 30, 2026 | October 7, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts or Replies in Support of Motions to Exclude Plaintiffs' class experts | October 15, 2026 | October 22, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts | October 27, 2026 | November 3, 2026 |
| Class Cert Hearing | November 19, 2026 | No Change |

IT IS SO STIPULATED.

Dated: July 1, 2026

HECHT PARTNERS LLP

By: */s/ Michael Liskow*
Lori G. Feldman
Michael Liskow
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

Joel D. Smith, Cal. Bar No. 244902
SMITH KRISHOVEY, PC
166 Geary Street
#1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (925) 407-2700
joel@skclassactions.com

*Attorneys for Plaintiff and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

Dated: July 1, 2026

COOLEY LLP

By:  */s/ Joshua Anderson*
Benedict Hur
Simona Agnolucci
Eduardo E. Santacana
Joshua Anderson
Anika Holland
Naiara Toker
Julia Irwin

Attorneys for Defendant

GOOGLE, LLC

5

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 1, 2026                                    HECHT PARTNERS LLP


                                                By:  */s/ Michael Liskow*
                                                     Michael Liskow

                                                Attorneys for Plaintiffs and the
                                                Proposed Class

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The following deadlines are modified or added as follows:

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Motion for Class Cert. & Class Expert Reports | July 8, 2026 | July 15, 2026 |
| Opp to Class Cert and Class Expert Reports (including any Motions to Exclude Plaintiffs' class experts) | August 26, 2026 | September 2, 2026 |
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | September 30, 2026 | October 7, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts or Replies in Support of Motions to Exclude Plaintiffs' class experts | October 15, 2026 | October 22, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts | October 27, 2026 | November 3, 2026 |
| Class Cert Hearing | November 19, 2026 | No Change |

Dated: ___July 1, 2026___

_____
The Honorable P. Casey Pitts
United States District Court Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER TO
MODIFY CASE DEADLINES
CASE NO. 5:23-CV-03527-PCP