COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SMITH et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE, LLC,<br><br>    Defendant. | Case No. 5:23-cv-03527-PCP (Consol. w/ 5:23-cv-04191-BLF)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL**<br><br>Dept:      Ctrm. 8 – 4th Floor<br>Judge:     Honorable P. Casey Pitts<br>Trial Date: TBD<br><br><br>Date Action Filed: July 14, 2023 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Mary Smith, et al. ("Plaintiffs") and Defendant Google LLC ("Google," and collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on May 5, 2026, the Court set deadlines for, *inter alia*, Plaintiffs' motion for class certification, the Parties' dispositive motions, associated expert reports and related briefing ("Class Certification Briefing") (*see* Dkt. 162);

WHEREAS, the Parties anticipate that the Class Certification Briefing will implicate and reference common material that Google has deemed protected;

WHEREAS, pursuant to Civil Local Rule 79-5(b) and Section 6(b) of the Court's Civil and Discovery Referral Matters Standing Order, the Parties would be required "to file a motion to seal a document at the same time" as each document is submitted, including administrative motions to seal, supporting evidence declarations, and proposed orders;

WHEREAS, the Parties agree that a single combined administrative motion to seal covering all sealing requests ("Omnibus Sealing Motion") arising from the Class Certification Briefing would be the most efficient way for the Court to handle these sealing issues (*see, e.g.*, *Doe I v. Google LLC*, No. 3:23-cv-2431-VC (SVK), Dkt. 269 (Sept. 30, 2026)), and that, upon order of this Court, such Omnibus Sealing Motion shall supersede any interim sealing motions that would ordinarily accompany the joint statements of discovery disputes;

WHEREAS, in light of the forthcoming Omnibus Sealing Motion, the Parties would file public, redacted versions of briefing and exhibits in connection with the Class Certification Briefing without accompanying interim motions to seal. The Parties would also file and submit sealed, unredacted materials to the Court by email at the time of the filing;

WHEREAS, no later than 21 days after the filing deadline for Replies in Support of Motions to Exclude, the Parties would file an Omnibus Sealing Motion in accordance with Civil Local Rule 79-5 encompassing all requests to seal associated with the Class Certification Briefing;

WHEREAS, the filing of an Omnibus Sealing Motion instead of interim motions to seal would not affect the case schedule.

STIPULATION AND [PROPOSED] ORDER FOR
OMNIBUS MOTION TO SEAL
CASE NO. 5:23-CV-03527-PCP

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, subject to the approval of the Court, that the Parties shall file redacted versions of their Class Certification Briefing without accompanying motions to seal. The Parties shall file an Omnibus Sealing Motion that encompasses all requests to seal associated with the Class Certification Briefing no later than 21 days after the filing deadline for Replies in Support of Motions to Exclude.

A Proposed Order is submitted concurrently herewith.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER FOR
OMNIBUS MOTION TO SEAL
CASE NO. 5:23-CV-03527-PCP

Dated: July 1, 2026

By: */s/ Michael Liskow*
    Michael Liskow

**HECHT PARTNERS LLP**
LORI G. FELDMAN, *Admitted Pro Hac Vice*
(lfeldman@hechtpartners.com)
MICHAEL LISKOW (243899)
(mliskow@hechtpartners.com)
125 Park Ave., 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173

**BURSOR & FISHER, P.A.**
NEAL J. DECKANT (322946)
(ndeckant@bursor.com)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

**HECHT PARTNERS LLP**
REBECCA A. PETERSON (241858)
(rpeterson@hechtpartners.com)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Facsimile: (888) 421-4173

**LOCKRIDGE GRINDAL NAUEN P.LL.P.**
KATE M. BAXTER-KAUF, *Admitted PHV*
(kmbaxter-kauf@locklaw.com)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

**THE HODA LAW FIRM, PLLC**
MARSHAL J. HODA, *Admitted Pro Hac Vice*
(marshal@thehodalawfirm.com)
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036

**FOSTER YARBOROUGH PLLC**
PATRICK YARBOROUGH, *Admitted PHV*
(patrick@fosteryarborough.com)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

**EMERSON FIRM, PLLC**
JOHN G. EMERSON, *Admitted Pro Hac Vice*
(jemerson@emersonfirm.com)
2500 Wilcrest Drive, Suite 300
Houston, TX 77042-2754
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

**SMITH KRIVOSHEY, P.C.**
JOEL D. SMITH (244902)
(joel@skclassactions.com)
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404

*Attorneys for Plaintiffs*

Dated: July 1, 2026

By: */s/ Benedict Hur*
    Benedict Hur

**COOLEY LLP**
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorneys for Defendant Google LLC*

5

STIPULATION AND [PROPOSED] ORDER FOR
OMNIBUS MOTION TO SEAL
CASE NO. 5:23-CV-03527-PCP

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 1, 2026

By: */s/ Benedict Hur*
Benedict Hur


*Attorney for Defendant Google LLC*

STIPULATION AND [PROPOSED] ORDER FOR
OMNIBUS MOTION TO SEAL
CASE NO. 5:23-CV-03527-PCP

# [PROPOSED] ORDER

**Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Mary Smith, et al. ("Plaintiffs") and Defendant Google LLC ("Google", and collectively, the "Parties") shall file redacted versions of their Class Certification Briefing without accompanying motions to seal. The Parties shall file an Omnibus Sealing Motion that encompasses all requests to seal associated with the Class Certification Briefing no later than 21 days after the filing deadline for Replies in Support of Motions to Exclude.

**IT IS SO ORDERED.**

Dated: _____ July 6 ___, 2026       _____

The Honorable P. Casey Pitts
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR
OMNIBUS MOTION TO SEAL
CASE NO. 5:23-CV-03527-PCP