**EMERSON FIRM, PLLC**
John G. Emerson *(pro hac vice)*
(State Bar of Texas No. 06602600)
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
E-mail: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC.,

Defendant.

Case No. 5:23-cv-03527-PCP

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF CECELIA YEAGER**

COMES NOW, all Counsel of Record for Plaintiffs, and respectfully move this Court for an order granting them leave to withdraw as Counsel of Record for Plaintiff Cecelia Yeager, only. In support of this Motion, counsel would show the Court the following:

Counsel seeks to withdraw due to Plaintiff Cecelia Yeager's failure to communicate and cooperate. Counsel have been unable to reach her by repeated text messages, emails, and phone calls and she has not responded to repeated requests for her cooperation in prosecuting the action.

There are currently no pending deadlines or scheduled hearings that will be prejudiced by this withdrawal.

**Plaintiff's Last Known Contact Information**

Plaintiff Cecelia Yeager's last known contact information is as follows:

Name: Cecelia Yeager

Address: 4016 Nugget Dr., Modesto, CA 95355

Phone: (209) 622-5081

Email: cecelia.yeager78@gmail.com

Pursuant to Civil Local Rule 11-5, counsel have notified the Plaintiff, Cecelia Yeager, in writing by email, text messages, by telephone, and by Certified Mail and regular U.S. mail on May 28, 2026, of counsel's intent to withdraw. The client has also been informed of all pending deadlines, court dates, and the necessity to either secure new counsel or proceed *pro se*. A copy of the email and U.S. mail letters are attached hereto as **Exhibit A**.

Consistent with Civil Local Rule 11-5(b), because Ms. Yeager's withdrawal is not accompanied by the simultaneous appearance of substitute counsel or a written agreement to appear *pro se*, the Court should condition any order granting withdrawal on the requirement that papers may continue to be served on the undersigned counsel for forwarding purposes, unless and until Ms.

Yeager appears by other counsel or proceeds *pro se*. Counsel will notify Ms. Yeager of this condition as required by Civil Local Rule 11-5(b).

All other named Plaintiffs remain in this case and continue to pursue their claims against Defendant.

**Request for Order to Show Cause Regarding Dismissal of Plaintiff Yeager**

Defendant does not oppose this motion, provided the Court issues an order to show cause why Ms. Yeager's claims should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b), and this Court's inherent authority.

As set forth above, Ms. Yeager has been non-responsive to all efforts to contact her and has not otherwise pursued the prosecution of her claims. Her continued intent to pursue this litigation is unknown. Should the Court grant withdrawal, and should Ms. Yeager fail to respond within the time set by an Order to Show Cause, dismissal would be the appropriate resolution. *See NFlash, Inc. v. ComNet Tech. Group*, No. 24-CV-03634-PCP, 2025 WL 964686, at *1 (N.D. Cal. Mar. 31, 2025) (dismissing action after pursuant to the Court's inherent after the plaintiff failed to respond to an order to show cause).

An Order to Show Cause provides Ms. Yeager a final opportunity to demonstrate her intent to continue as a plaintiff, either by retaining replacement counsel or appearing *pro se*. It is Google's position that Ms. Yeager's prolonged non-responsiveness and inability to be located weigh in favor of issuing an Order to Show Cause concurrent with any order granting withdrawal, so that her status in this litigation may be resolved efficiently and without undue prejudice to the remaining Plaintiffs or Google.

**WHEREFORE**, undersigned counsel respectfully requests that this Court:

1. Enter an Order granting this Motion and permitting all Plaintiffs' counsel to withdraw as Counsel of Record for Plaintiff Cecelia Yeager; and

2. Pursuant to Civil Local Rule 11-5(b), require that papers in this action continue to be served on withdrawing counsel for forwarding purposes, unless and until Plaintiff Cecelia Yeager appears through substitute counsel, files a notice of intent to proceed *pro se*, or is dismissed; and

3. Issue an Order to Show Cause directing Plaintiff Cecelia Yeager to appear or otherwise respond within 21 days of service of such Order, showing cause why her claims in this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Dated:  July 24, 2026

Respectfully submitted,

**EMERSON FIRM, PLLC**

By:  /s/ John G. Emerson    .
John G. Emerson, *Admitted Pro Hac Vice*
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
Email: jemerson@emersonfirm.com


**BURSOR & FISHER, P.A.**
Neal J. Deckant, Cal. Bar No. 322946
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**HECHT PARTNERS LLP**
Lori G. Feldman (pro hac vice)
Michael Liskow, Cal. Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf, *Admitted Pro Hac Vice*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Email: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, *Admitted Pro Hac Vice*
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
E-mail: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, *Admitted Pro Hac Vice*
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarbrough.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith, Cal. Bar. No. 244902
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404
Email: joel@skclassactions.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, John G. Emerson, HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw as Counsel for Plaintiff Cecelia Yeager was served via the Court's electronic filing system upon all Counsel of Record and sent via certified mail to Plaintiff Cecelia Yeager at the last known address listed above on this 24th of July, 2026.

_/s/ John G. Emerson_____

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF CECELIA YEAGER; CASE NO. 5:23-CV-03527