EXHIBIT A

LETTER & EMAIL TO CECELIA YEAGER

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF CECELIA YEAGER; CASE NO.
5:23-CV-03527



# EMERSON FIRM, PLLC

**Attorneys at Law**

May 28, 2026

Ms. Cecelia Yeager
4016 Nugget Dr.
Modesto, CA 95355

VIA FIRST CLASS U.S. Mail and
**CERTIFIED MAIL #9589 0710 5270 2957 1209 13**

*RE: Google, LLC*

Dear Ms. Yeager:

I and other plaintiffs' counsel have attempted to contact you repeatedly to obtain your assistance and information regarding the prosecution of the above-mentioned action. We have had no response to our phone calls, emails, and text messages to you. Therefore, we must file the attached motion to withdraw as your counsel. If the Court grants our motion, you will be proceeding as a pro se litigant (representing yourself). You may want to seek the assistance of other counsel to represent you.

Attached is a copy of the Motion to Withdraw which we intend to file along with a copy of the current schedule of the case.

Sincerely,

John G. Emerson

JGE:ta
Enclosures: stated

6234 Shadow Crest Street, Houston, TX 77074
Toll-Free (800) 551-8549 * Phone (501) 286-4622 * Fax (501) 286-4659
www.eclassaction.com

**Tanya Autry**

| | |
|---|---|
| From: | John Emerson |
| Sent: | Wednesday, May 27, 2026 1:50 PM |
| To: | Cecilia Yeager |
| Cc: | Marshal Hoda; Tanya Autry |
| Subject: | Google - Motion to Withdraw as your counsel |

| | |
|---|---|
| Importance: | High |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Cecilia, we have not heard back from you after repeated phone calls, voicemails, text messages, and emails about responding to discovery in this case.

Therefor, we have no alternative but to file a motion to withdraw as your counsel. You can hire other counsel to represent you or you can prosecute your case on your own as a pro se plaintiff.

If you have any questions, please call me on my cell number at 832-244-7357.

Thanks, John



**John G. Emerson**·

**Emerson Firm, PLLC**

6234 Shadow Crest St.
Houston, TX 77074
Tel. 800.551.8649
Fx. 501.286.4659

www.eClassActionsLawyer.com

· Licensed in Texas, Washington, and Arkansas
  Rated AV Preeminent since 1996



**EMERSON FIRM, PLLC – A NATIONAL COMPLEX TRIAL PRACTICE**

 Before printing, please think about the environment.