# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC.,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF CECELIA YEAGER AND ISSUING ORDER TO SHOW CAUSE** |

Pursuant to Civil Local Rule 11-5, this Court [Grants / Denies] all Plaintiff's Counsel for Plaintiff, Cecelia Yeager, leave to withdraw as Counsel of Record in the above-styled matter.

IT IS FURTHER ORDERED that, pursuant to Civil Local Rule 11-5(b), papers in this action shall continue to be served on withdrawing Counsel of Record for forwarding purposes, unless and until Plaintiff Cecelia Yeager appears through substitute counsel, files a notice of intent to proceed *pro se*, or is dismissed as a party.

IT IS FURTHER ORDERED directing Plaintiff Cecelia Yeager to SHOW CAUSE within 21 days of the date of this Order why her claims in this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Ms. Yeager may respond to this Order to Show Cause by: (1) having new counsel file a notice of appearance on her behalf; or (2) filing a written statement with the Court confirming her intent to proceed *pro se* and to actively prosecute her claims in this action.

IT IS FURTHER ORDERED that if Plaintiff Cecelia Yeager fails to respond to this Order to Show Cause within the time provided above, her claims in this action may be dismissed without further notice pursuant to Fed. R. Civ. P. 41(b).


Dated: _____

_____
The Honorable P. Casey Pitts
United States District Judge
Northern District of California