UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY L. SMITH, et al.,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

Case No. 23-cv-03527-PCP

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 171

Counsel for plaintiff Cecilia Yeager moves to withdraw from representing Yeager due to her failure to respond to counsel's repeated text messages, emails, and phone calls or otherwise cooperate in litigation of this case. The Court sets the motion for hearing on August 27, 2026, at 10:00 AM in Courtroom 8 of the Court's San José courthouse. Counsel for any party may move to appear remotely at the hearing in accordance with the Court's standing order.

Given Yeager's persistent refusal to respond to case-related communications or to participate in the prosecution of this action, Yeager is ORDERED TO SHOW CAUSE by no later than August 27, 2026 why her claims should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Yeager may respond to this Order by taking any of the following actions: (1) having new counsel enter an appearance on her behalf; (2) filing a written statement confirming her intent to proceed *pro se* and to actively litigate this case; or (3) appearing at the hearing on the motion to withdraw. Failure to take responsive action by August 27, 2026 may result in the dismissal of Yeager's claims.

Counsel for Yeager is ordered to serve a copy of this Order on Yeager by email and certified mail to her last known electronic and physical addresses. Counsel shall file proof of service by no later than August 7, 2026.

**IT IS SO ORDERED.**

Dated: July 27, 2026

_____
P. Casey Pitts
United States District Judge