**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
(State Bar of Texas No. 06602600)
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
E-mail: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC.,<br><br>               Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**CERTIFICATE OF SERVICE OF ORDER TO SHOW CAUSE UPON PLAINTIFF CECELIA YEAGER** |

Comes Now, John G. Emerson, as Proof of Service of the Order to Show Cause Upon Plaintiff Cecelia Yeager and states the following:

I caused a copy of the Order to Show Cause to be served upon Plaintiff Cecelia Yeager on July 27, 2026 to her last known address at 4016 Nugget Dr., Modesto, CA 95355 by:

a.) enclosing a copy in a sealed envelope by Certified Mail #9589071052702957120906 which was delivered on July 31, 2026 at 11:48 a.m.;

b.) enclosing a copy in a sealed envelope by postage pre-paid regular U.S. mail;

c.) and attaching an exact copy by email to cecelia.yeager78@gmail.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 3, 2026                    Respectfully submitted,

**EMERSON FIRM, PLLC**

By: _/s/ John G. Emerson_ .
John G. Emerson, *Admitted Pro Hac Vice*
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
Email: jemerson@emersonfirm.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant, Cal. Bar No. 322946
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**HECHT PARTNERS LLP**
Lori G. Feldman (pro hac vice)
Michael Liskow, Cal. Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
lfeldman@hechtpartners.com

mliskow@hechtpartners.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf, *Admitted Pro Hac Vice*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, *Admitted Pro Hac Vice*
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
E-mail: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, *Admitted Pro Hac Vice*
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarbrough.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith, Cal. Bar. No. 244902
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404
Email: joel@skclassactions.com

*Attorneys for Plaintiffs*



# EMERSON FIRM, PLLC

### Attorneys at Law

July 27, 2026

Ms. Cecelia Yeager
4016 Nugget Dr.
Modesto, CA 95355

VIA FIRST CLASS U.S. Mail and
CERTIFIED MAIL #95890710527029571209066

RE: *Google, LLC*

Dear Ms. Yeager:

Please find attached the Order to Show Cause from Judge Pitts. Please read the order and respond however you wish.

Sincerely,

John G. Emerson

JGE:ta
Enclosures: stated

6234 Shadow Crest Street, Houston, TX 77074
Toll-Free (800) 551-8549 * Phone (501) 286-4622 * Fax (501) 286-4659
www.eclassaction.com

ALERT: WILDFIRES IN THE PACIFIC NORTHWEST AND FLOODING IN THE NORTHEAST REGION...

# USPS Tracking®

Remove ✕

Tracking Number:

## 9589071052702957120906

Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 11:48 am on July 31, 2026 in MODESTO, CA 95355.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
MODESTO, CA 95355
July 31, 2026 11:48 AM

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
July 30, 2026 2:51 AM

**Departed Post Office**
AUSTIN, AR 72007
July 28, 2026 8:45 AM

**Arrived at USPS Facility**
LITTLE ROCK AR DISTRIBUTION CENTER
July 28, 2026 8:13 AM

Feedback





UNITED STATES POSTAL SERVICE.

AUSTIN
3385 HIGHWAY 367 N
AUSTIN, AR 72007-9998
www.usps.com

07/27/2026                                04:10 PM

TRACKING NUMBERS
9589 0710 5270 2957 1209 44
9589 0710 5270 2957 1209 06
9589 0710 5270 2957 1209 20

First-Class Mail®     1               $0.82
Letter
    Modesto, CA 95355
    Weight: 0 lb 0.90 oz
    Estimated Delivery Date
        Mon 08/03/2026
Certified Mail®                        $5.55
    Tracking #:
        9589 0710 5270 2957 1209 06
Total                                  $6.37

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Modesto, CA 95355

| Certified Mail Fee | $5.55 | |
| --- | --- | --- |

0507
01

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$   $0.82

Total Postage and Fees
$   $6.37                         07/27/2026

Sent To    Ms. Cecelia Yeager
Street an  4016 Nugget Dr.
           Modesto, CA 95355
City, Sta

Google

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

## Tanya Autry

| | |
|---|---|
| **From:** | John Emerson |
| **Sent:** | Monday, July 27, 2026 1:09 PM |
| **To:** | Cecilia Yeager |
| **Cc:** | Tanya Autry |
| **Subject:** | Google - Order to Show Cause |
| **Attachments:** | Google - Order to Show Cause, 7-27-26.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | 00JOHN FOLLOW UP |

Cynthia: Please find attached the Order to Show Cause from Judge Pitts. Please read the order and respond however you wish.

Sincerely, John



John G. Emerson⁎
**Emerson Firm, PLLC**
6234 Shadow Crest St.
Houston, TX 77074
Tel. 800.551.8649
Fx. 501.286.4659

www.eClassActionsLawyer.com

⁎ **Licensed in Texas, Washington, and Arkansas**
 **Rated AV Preeminent since 1996**



**NCJI**
**NATIONAL CIVIL**
**JUSTICE INSTITUTE**

**SUPPORTING FELLOW**

**EMERSON FIRM, PLLC – A NATIONAL COMPLEX TRIAL PRACTICE**

 Before printing, please think about the environment.

***Privilege and Confidentiality Notice***

1

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, et al., | Case No. 23-cv-03527-PCP |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| | Re: Dkt. No. 171 |
| GOOGLE, LLC, | |
| Defendant. | |

Counsel for plaintiff Cecilia Yeager moves to withdraw from representing Yeager due to her failure to respond to counsel's repeated text messages, emails, and phone calls or otherwise cooperate in litigation of this case. The Court sets the motion for hearing on August 27, 2026, at 10:00 AM in Courtroom 8 of the Court's San José courthouse. Counsel for any party may move to appear remotely at the hearing in accordance with the Court's standing order.

Given Yeager's persistent refusal to respond to case-related communications or to participate in the prosecution of this action, Yeager is ORDERED TO SHOW CAUSE by no later than August 27, 2026 why her claims should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Yeager may respond to this Order by taking any of the following actions: (1) having new counsel enter an appearance on her behalf; (2) filing a written statement confirming her intent to proceed *pro se* and to actively litigate this case; or (3) appearing at the hearing on the motion to withdraw. Failure to take responsive action by August 27, 2026 may result in the dismissal of Yeager's claims.

Counsel for Yeager is ordered to serve a copy of this Order on Yeager by email and certified mail to her last known electronic and physical addresses. Counsel shall file proof of service by no later than August 7, 2026.

**IT IS SO ORDERED.**

Dated: July 27, 2026

_____
P. Casey Pitts
United States District Judge

United States District Court
Northern District of California

2