**EMERSON FIRM, PLLC**
John G. Emerson *(pro hac vice)*
(State Bar of Texas No. 06602600)
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
E-mail: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br><br>**JOINT STIPULATION AND ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT ORDER TO SHOW CAUSE HEARING PURSUANT TO STANDING ORDER** |

JOINT STIPULATION & ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT ORDER TO SHOW CAUSE
HEARING FOR PLAINTIFF CECELIA YEAGER; CASE NO. 5:23-CV-03527

Comes Now, Counsel for Plaintiffs and Defendant and hereby jointly request permission for all Counsel to appear remotely at the Order to Show Cause (OSC) hearing currently scheduled for August 27, 2026, at 10:00 AM.

This request is made in accordance with the Court's Standing Order Re: Remote Appearances / Civil Standing Order. Good cause exists because appearing remotely will facilitate the efficient participation of all counsel without prejudice or delay to the proceedings.

Dated:  August 4, 2026

Respectfully submitted,

**EMERSON FIRM, PLLC**

By:  */s/ John G. Emerson*
John G. Emerson, *Admitted Pro Hac Vice*
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
Email: jemerson@emersonfirm.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant, Cal. Bar No. 322946
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**HECHT PARTNERS LLP**
Lori G. Feldman (pro hac vice)
Michael Liskow, Cal. Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf, *Admitted Pro Hac Vice*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: kmbaxter-kauf@locklaw.com

JOINT STIPULATION & ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT ORDER TO SHOW CAUSE
HEARING FOR PLAINTIFF CECELIA YEAGER; CASE NO. 5:23-CV-03527

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, *Admitted Pro Hac Vice*
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
E-mail: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, *Admitted Pro Hac Vice*
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarbrough.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith, Cal. Bar. No. 244902
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404
Email: joel@skclassactions.com

*Attorneys for Plaintiff*

Dated: August 4, 2026

**COOLEY LLP**

BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

*Attorneys for Defendant Google LLC*

JOINT STIPULATION & ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT ORDER TO SHOW CAUSE
HEARING; CASE NO. 5:23-CV-03527

## CERTIFICATE OF SERVICE

I, John G. Emerson, HEREBY CERTIFY that a true and correct copy of the foregoing Joint Stipulation & Administrative Motion to Appear Remotely at the Order to Show Cause Hearing was served via the Court's electronic filing system upon all Counsel of Record and sent via certified mail to Plaintiff Cecelia Yeager at the last known address listed above on August 4, 2026.

_/s/ John G. Emerson_