**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
(State Bar of Texas No. 06602600)
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
E-mail: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, LLC, <br><br> Defendant. | Case No. 5:23-cv-03527-PCP <br><br> ~~[PROPOSED]~~ **ORDER RE JOINT STIPULATION AND ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT ORDER TO SHOW CAUSE HEARING PURSUANT TO STANDING ORDER** |

Good cause appearing, the joint administrative motion of the parties to appear remotely at the Order to Show Cause hearing on August 27, 2026, at 10:00 AM is **GRANTED/DENIED**.

IT IS SO ORDERED.

Dated: _____August 5, 2026_____    _____
The Honorable P. Casey Pitts
United States District Judge
Northern District of California