Appendix A



| | TaxSlayer 2012 | TaxSlayer Current | TaxAct 2018 | TaxAct Current |
|---|---|---|---|---|
| (1) Technologies Used | We employ or our third party advertising partner employs a software technology called clear gifs (a.k.a. Web Beacons/Web Bugs), that help us better manage content on our site by informing us what content is effective.<br><br>Anderson Decl. Ex. R at 1 ("Clear Gifs (Web Beacons/Web Bugs)") | We (or our vendors) may use cookies, pixels, web beacons, and similar technologies (collectively "Cookies"), to collect or receive information when you interact with our Platform, in order to deliver and improve our products and services to you, and to support and manage our tax return preparation software business. A Cookie may be sent to a browser by a website you visit to help that website remember, often through a unique identifier, information about your visit..<br><br>Anderson Decl. Ex. V at 14 ("Opt out of Cookies") | No comparable language. | We or our vendors may use tracking technologies, such as cookies, web beacons, software development kits (SDKs), and pixels (collectively, "Cookies"), to collect certain information when you interact with the Services.<br><br>Anderson Decl. Ex. Q at 5 ("Cookies, Tracking Technologies, and Interest-Based Advertising") |
| (2) Description of Technology | Clear gifs are tiny graphics with a unique identifier, similar in function to cookies, and are used to track the online movements of Web users. In contrast to cookies, which are stored on a user's computer hard drive, clear gifs are embedded invisibly on Web pages and are about the size of the period at the end of this sentence.<br><br>Anderson Decl. Ex. R at 1 ("Clear Gifs (Web Beacons/Web Bugs)") | No comparable language. | Cookies are small data files stored on your hard drive or in device memory that help us improve our Services and your experience, enhance security, see which areas and features of our Services are popular and count visits. Web beacons are electronic images that may be used in our Services or emails and help deliver cookies, count visits and understand usage of our Services.<br><br>Anderson Decl. Ex. O at 2 ("Automatically Collected Information") | No comparable language. |
| (3) Disclosure of Data Collection | The information we gather, in addition to your tax return, includes: Credit Card....Technical Assistance...and Tell a Friend.<br><br>Anderson Decl. Ex. R at 1 ("Information Gathering")<br><br>We use technology to collect anonymous, non-Personal Information that indicates how our site is used by visitors. We use this information to improve our site,<br>for example by enhancing pages or features that are visited frequently[.] ... We use clear gifs in our HTML-based emails to let us know which emails the recipients have opened. We use cookies to understand how our site visitors link to our site and what pages they view during their visit. Cookies also allow us to<br>personalize your shopping experience, advertise to you on other web sites and speed the check-out process.<br><br>Anderson Decl. Ex. R at 1 ("Other Types of Information We Gather, How it is Used and Our Use of Gifs and Cookies") | We collect information from you directly, the devices that you use to interact with us, and third-party analytics providers.<br><br>Anderson Decl. Ex. V at 2 ("Information We Collect")<br><br>You may provide the following information to us directly when you enter and use our Platform, contact us for support, or purchase products and services: Contact information...Account information...Payment information...Information contained in communications to us...[and] Information you provide to us to prepare or file a tax return using our Platform, which information may include your Social Security Number, date of birth, income, employment status, marital status, claimed deductions, credits, and other information necessary to accurately complete your tax return...Banking information... Information that you make available to us via a social media platform...Information you submit to inquire about or apply for a job with us...Information you provide when you provide customer testimonials or feedback...[and] Any other information you submit to us.<br><br>Anderson Decl. Ex. V at 3 ("Information You Give to Us") | We collect personal information that you provide when you register for and use the Services: ... ,contact information ... If you decide to prepare or file a tax return using the Services, we collect all the information you provide, including your Name, Social Security Number, and information about your employment, income,deductions, and any other information included in your return. We refer to this informaon as "Tax Return Information." If you upload a form or other file from your desktop or mobile device, we collect and store those files. [...] If you pay using credit card, we will collect financial information[.] ... [W]e collect information about the questions or concerns you submit.<br><br>Anderson Decl. Ex. O at 1-2 ("Information You Provide")<br><br>TaxAct collects information about your browser or device as it interacts with the Services. This information includes your IP address and device identification information. We log information about your use of the Services, including the type of browser you use, access times, pages viewed, your IP address and the page you visited before navigating to our Services. We also collect information about the computer or mobile device you use to access our Services, including the hardware model, operating system version, and mobile network information.<br><br>Anderson Decl. Ex. O at 2 ("Automatically Collected Information") | We may collect the following categories of personal information when you interact with us, our affiliates, vendors, partners, and co-sponsors, including when you use or access the Services: Contact Information...Tax Return Information...[including] Name; Social Security number; Driver's license number; Employment information; Spouse and dependent information; Income; Deductions; or Any other information included in your return...Uploaded Documents...Information Provided From Third Parties That You Utilize Within Our Services...Financial Information...Professional Preparer Information...Communications...Marketing Communications...Referrals...Publicly Available Information...[and] Automatically Collected Information[, including] Computer or Device Information you use to access our Services, including: IP address; hardware model; operating system version; mobile network information; location information; or other information that identifies your computer or device. User Interaction Information...including: type of browser; loading and access times; pages viewed and features accessed; the page visited before navigating to our Services; whether you have started or completed use of an offering; or other events that occur while engaging with our Services [and] Geolocation Data[.]<br><br>Anderson Decl. Ex. Q at 2-3 ("Personal Information We Collect") |
| (4) Disclosure of Third-Party Data Sharing | [O]n occasion we may share this information with our affiliates or other third party companies to provide them with an indication of the amount of interest in our site for advertising purposes and to help us plan for technical improvements.<br><br>Anderson Decl. Ex. R at 1 ("Other Types of Information We Gather, How it is Used and Our Use of Gifs and Cookies") | In some cases, with your consent, we may share certain limited information such as your e-mail address or phone number in an anonymized (hashed) format, or other personal information, with our online metrics and advertising partners. Without consent, you may still see general advertisements or offers for our products and services promoted online, but they will not be personalized based on any activity on our website.<br><br>[W]e may share your hashed email or hashed phone number to online analytics and advertising partners with your consent[.]<br><br>Anderson Decl. Ex. V at 9 ("Disclosure of Information") | We partner with third parties to either display advertising on our website or to manage our advertising on other sites. Our third party partners may use technologies such as cookies to gather information about your activities on this website and other sites in order to provide you advertising based upon your browsing activities and interests.<br><br>Anderson Decl. Ex. O at 4 ("Interest-Based Ads") | We, and our vendors, may collect personal information directly from you (such as when you register for and use the Services), automatically when you access the Services, and through online tracking technologies[.]<br><br>Anderson Decl. Ex. Q at 1 ("Personal Information We Collect") |
| (5) Types of Data Shared with Third Parties | No comparable language. | Identifiers: Names, addresses, unique personal identifiers, IP addresses, SSNs - Sold or Shared to "Third Parties": We may share IP addresses, hashed e-mail addresses, and/or certain unique identifiers with businesses that provide marketing and analytics services, and many of these businesses may be "Service Providers."<br><br>Information about your online activity such as search and browsing history and whether you viewed or clicked on a particular site, app, or ad - Sold or Shared to "Third Parties": We may share this information with businesses that provide marketing and analytics services for us, and many of these businesses may be "Service Providers."<br><br>Geolocation data: City and state location of your device - Sold or Shared to "Third Parties": We may use this data for targeted messaging and remarketing purposes, to show you ads for our products and services.<br><br>Inferences drawn from other Personal Information - Sold or Shared to "Third Parties": We may use this data for targeted messaging and remarketing purposes, to show you ads for our products and services.<br><br>Anderson Decl. Ex. V at 23-31 ("What Information We Collect") | No comparable language. | The following categories of personal information may be sold or shared for marketing and advertising purposes to third parties, including our affiliates, advertisers and marketing partners, data analytics providers, and social media networks:<br><br>Identifiers;<br><br>Internet or similar network activity information;<br><br>Commercial Information; and<br><br>Inferences drawn from other Personal Information.<br><br>Anderson Decl. Ex. Q at 11 ("Personal Information Sold to Third Parties or Shared for Targeted Advertising") |
| (6) Purpose of Third-Party Technology | We use cookies to understand how our site visitors link to our site and what pages they view during their visit. Cookies also allow us to personalize your shopping experience, advertise to you on other web sites and speed the check-out process<br><br>We use this information to improve our site, for example by enhancing pages or features that are visited frequently[.]<br><br>Anderson Decl. Ex. R at 1 ("Other Types of Information We Gather, How it is Used and Our Use of Gifs and Cookies") | With your consent or as otherwise permitted by law, to send marketing messages about our tax preparation services and products; to provide notification of new or related products and services, enhancements, and promotions; and to personalize advertisements that you see on our services and third-party online platforms and measure the effectiveness of our advertising.<br><br>Anderson Decl. Ex. V at 6 ("How We Use Your Information")<br><br>We partner with companies that assist us in advertising our services, including partners that use cookies and similar technologies to collect information to help us monitor our website usage trends and performance; optimize our delivery of tax return preparation services through the Site; and personalize, retarget, deliver, and measure the effectiveness of TaxSlayer advertising online.<br><br>Anderson Decl. Ex. V at 9 ("Disclosure of Information") | Our third party partners may use technologies such as cookies to gather information about your activities on this website and other sites in order to provide you advertising based upon your browsing activities and interests.<br><br>Anderson Decl. Ex. O at 4 ("Interest-Based Ads") | See below. |
| (7) Partners Disclosed | The companies used for retargeting advertising and/or marketing analysis include Clarity, ClickEquations, DoubleClick, Google, Invite Media, Omniture, and Right Media.<br><br>Anderson Decl. Ex. R at 1-2 ("Other Types of Information We Gather, How it is Used and Our Use of Gifs and Cookies") | Our marketing partners can vary from time to time but typically include Commission Junction LLC (CJ), Google LLC (including YouTube), Innovid, LLC (TV Squared), Iterable, Inc., LiveRamp Holdings, Inc., Meta Platforms, Inc., Microsoft Corporation (Bing), Spotify USA Inc., Taboola.com Ltd, and TikTok Inc. Our online metrics partners typically include Carry Technologies, Inc. (Hightouch), Content Square, Inc. (Heap, Inc.), Google LLC, Medallia Inc., and Episerver, Inc. (Optimizely).<br><br>Anderson Decl. Ex. V at 9 ("Disclosure of Information") | No comparable language. | We use certain web analytics services, such as Google Analytics, to help us understand and analyze how visitors use our Services. We use this information to implement Google advertising features such as dynamic remarketing, interest based advertising, audience targeting, behavioral reporting, demographics and interests reporting, user segment analysis, device reporting, display advertising, video ads reporting, and impression reporting.<br><br>Third-party ad technology companies and advertisers, including Meta and TikTok, may use, store, or access Cookies to collect or receive information from our Services and elsewhere on the internet and use that information to provide advertising services to us, including, interest-based advertising or advertisements targeted to your interests....<br><br>We or our vendors may collect personal information about your online activities over time and across different devices and online websites when you access the Services. We and our vendors may link the information collected by tracking technologies to other information collected about you.<br><br>Anderson Decl. Ex. Q at 5 ("Cookies, Tracking Technologies, and Interest-Based Advertising") |
| (8) Opt-outs | No comparable language. | **You can click on the "Your Privacy Choices(/optout/)" link in the website footer to opt-out of all third-party cookies and similar technologies that are not required for website functionality.** If you opt out of cookies entirely, no information will be shared with any of listed partners that use cookies.<br><br>Anderson Decl. Ex. V at 6 ("How We Use Your Information") | If you wish to not have this information used for the purpose of serving you interest-based ads, you may opt out of interest-based ads by companies participating in the Digital Advertising Alliance by clicking here. Please note this does not opt you out of being served ads. You will continue to receive ads but they will not be targeted to your interests .<br><br>Anderson Decl. Ex. O at 4 ("Interest-Based Ads") | You may opt out of interest-based ads from companies participating in the National Advertising Initiative consumer opt out link (https://thenai.org/how-to-opt-out/) or the Digital Advertising Alliance's consumer opt out link (youradchoices.com/). Please note this does not opt you out of being served ads and opting out via one browser, device, or app may not necessarily opt you out of collection from all browsers, devices, or apps. Even if you opt out of interest-based ads you will still receive non-personalized, contextual ads.<br><br>Certain web browsers allow users to opt out of tracking by websites and online services by enabling a signal such as Do Not Track ("DNT"). To learn more about DNT signals, visit allaboutdnt.com. If you choose to enable an opt out request preference signal you will only be opted out of online sales or sharing of your information and will need to turn it on for each browser you use.<br><br>You may elect to opt out of certain processing of your personal information through Cookies by clicking the "Do Not Sell or Share My Personal Information" link in the footer of any of the Services' pages and toggling your preferences. You can use mobile device settings to limit mobile tracking technologies and associated activities. For instance, you can adjust or reset the advertising identifiers on your mobile device in the device settings.<br><br>Anderson Decl. Ex. Q at 6-7 ("Your Cookie Choices") |
| (9) Third-Party Policies | No comparable language. | No comparable language. | No comparable language. | *[Links to privacy disclosures for: Facebook, Google, LinkedIn, Microsoft, Optimizely, Pinterest, Reddit, Trade Desk, Yahoo, Yelp and YouTube]*<br><br>Anderson Decl. Ex. Q at 6 ("Your Cookie Choices") |