COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY SMITH et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

Case No. 5:23-cv-03527-PCP
(Consol. w/ 5:23-cv-04191-BLF)

**DECLARATION OF JOSHUA ANDERSON IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Date: November 19, 2026
Time: 10:00 a.m.
Dept: Ctrm. 8 – 4th Floor
Judge: Honorable P. Casey Pitts

Date Action Filed: 7/14/2023

I, Joshua Anderson, declare as follows:

1. I am over 18 years of age and competent to make this Declaration. I am an attorney admitted to practice law in the State of California and before this Court. I am an attorney at the law firm Cooley LLP, and counsel for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth below and if called to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Rebuttal Report of Dr. John Black, Ph.D., dated September 2, 2026, submitted by Google in this action.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of Dr. On Amir, Ph.D, dated September 1, 2026, submitted by Google in this action.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript of the deposition of Jonathan Hochman Ph.D., taken on August 5, 2026.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Chris Roks, taken on June 12, 2026.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Tracylynn Patterson, taken on April 28, 2026.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Joseph Sebastian Nino, taken on May 28, 2026.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Tiffany Layton, taken on April 20, 2026.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jamila Armstrong, taken on May 29, 2026.

10. Attached hereto as **Exhibit I** is a true and correct copy of Exhibit 60 to the deposition of Plaintiff Tracylyn Patterson, a true and correct copy of the Google Privacy Policy effective in 2021.

11. Attached hereto as **Exhibit J** is a true and correct copy of Exhibit 61 to the deposition of Plaintiff Tracylyn Patterson, a true and correct copy of TaxSlayer's Privacy Policy effective January 14, 2021.

12. Attached hereto as **Exhibit K** is a true and correct copy of Exhibit 37 to the deposition of Plaintiff Tracylyn Patterson, a copy of the *Pennsylvania v. Heck* dockets.

13. Attached hereto as **Exhibit L** is a true and correct copy of Exhibit 38 to the deposition of Plaintiff Tracylyn Patterson, a copy of the *United States v. Heck* Transcript of Sentencing in Case No. 6:20-cr-00149-CEM-CJK.

14. Attached hereto as **Exhibit M** is a true and correct copy of Exhibit 20 to the deposition of Chris Roks, a copy of Defendant Google, LLC's Supplemental Responses to Plaintiffs' Interrogatories, Set One.

15. Attached hereto as **Exhibit N** is a true and correct copy of Exhibit 25 to the deposition of Chris Roks, a reformatted copy of GOOG-SMITH-00121525.

16. Attached hereto as **Exhibit O** is a true and correct copy of the TaxAct privacy policy version dated June 5, 2018, TaxAct_Google_000716 .

17. Attached hereto as **Exhibit P** is a true and correct copy of the TaxAct privacy policy version dated December 10, 2020, TaxAct_Google_000692.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the TaxAct privacy policy dated July 1, 2026, which was downloaded on August 25, 2026 and was publicly accessible at that time at: https://www.taxact.com/privacy-notice.

19. Attached hereto as **Exhibit R** is a true and correct copy of the TaxSlayer privacy policy version dated July 18, 2012, TS_Google_0000001.

20. Attached hereto as **Exhibit S** is a true and correct copy of the TaxSlayer privacy policy version dated November 15, 2019, TS_Google_0000046.

21. Attached hereto as **Exhibit T** is a true and correct copy of the TaxSlayer privacy policy version dated October 3, 2023, TS_Google_0000137.

22. Attached hereto as **Exhibit U** is a true and correct copy of Plaintiffs' Consolidated Responses and Objections to Google Interrogatories, Set 2.

23. Attached hereto as **Exhibit V** is a true and correct copy of the TaxSlayer privacy policy dated December 29, 2025, which was downloaded on August 25, 2026 and was publicly accessible at that time at: https://www/taxslayer.com/policies/privacy/.

24. Attached hereto as **Exhibit W** is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Cary Goldberg, taken on April 29, 2026.

25. Attached hereto as **Exhibit X** is a true and correct copy Plaintiff Joseph Nino's Amended Responses & Objections to Google's First Set of Interrogatories, served on July 10, 2026.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 2, 2026 at San Francisco, California.

*/s/Joshua Anderson*
Joshua Anderson

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Benedict Hur, attest that concurrence in the filing of this document has been obtained from the signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2026, at San Francisco, California.

*/s/ Benedict Hur*
Benedict Hur