# EXHIBIT A

## (FILED UNDER SEAL)