# EXHIBIT B

## (FILED UNDER SEAL)