# EXHIBIT C

## (FILED UNDER SEAL)