# EXHIBIT D

## (FILED UNDER SEAL)