# EXHIBIT E

## (FILED UNDER SEAL)