# EXHIBIT G

## (FILED UNDER SEAL)