# EXHIBIT H

## (FILED UNDER SEAL)