# EXHIBIT J

To speed refunds, the IRS is urging taxpayers to e-file as early as possible. Get started!

# TaxSlayer's Privacy Policy

## YOUR PRIVACY IS A PRIORITY TO US

At TaxSlayer.com (https://web.archive.org/web/20210206013136/https://www.taxslayer.com/) (collectively 'We', 'Us', 'Our' or 'TaxSlayer'), we are committed to safeguarding customer information on our site www.taxslayer.com (https://web.archive.org/web/20210206013136/https://www.taxslayer.com/). Since your privacy is a priority to us, TaxSlayer will not share nonpublic information about you with third parties outside of the TaxSlayer corporate family without your consent, except as explained in our Privacy Policy. Moreover, we never sell your information, period.

Protecting your privacy is important to TaxSlayer. We want you to understand what information we may gather and how we may share it. This Privacy Policy explains TaxSlayer's collection, use, retention and security of information about you. It also describes your choices regarding use, access and correction of your personal information. TaxSlayer is a U.S. based company offering products related to the preparation of U.S. federal and state tax returns. TaxSlayer does not market to nor target subjects of the European Union. Though GDPR does not apply, TaxSlayer meets and exceeds all rules and regulations relating to data protection and security promulgated by the Internal Revenue Service and its Security Summit (https://www.irs.gov/privacy-disclosure/security-summit (https://web.archive.org/web/20210206013136/https://www.irs.gov/privacy-disclosure/security-summit) for more information).

## WHAT INFORMATION WE COLLECT

We may collect your personal information as an individual for various purposes, such as the following:

Exhibit
61
04/28/2026
Patterson



TS_Google_0000053

## Access and use of websites and online services

To speed refunds, the IRS is urging taxpayers to e-file as early as possible. Get started!

When entering one of our websites, or using an online service, we may record information necessary to provide you with access, for the operation of the website and for us to comply with security and legal requirements in relation to operating our site, such as usernames, passwords, IP addresses and browser settings. If you prepare and/or file a tax return using the Services on TaxSlayer.com (https://web.archive.org/web/20210206013136/https://www.taxslayer.com/), we collect additional information such as physical address, social security number, income, employment status, claimed deductions, and other information necessary to accurately complete your tax return. We also may collect information about your activities during your visit in order to personalize your website experience, such as recording your preferences and settings and to collect statistics to help us improve and further develop our websites, products, services, and appropriate offers.

## Responding to your request for information, order, or support

When you contact us (online or by phone or email) in connection with a request for information, help with ordering or paying for a product or service, or to provide you with assistance or support relating to your tax return preparation and filing, we collect information necessary to fulfill your request, to grant you access to the product or service, to provide you with support and to be able to contact you. For instance, we collect your name and contact information, details about your request, details about the services you have ordered or attempted to order, etc. As notified, we may record such information for administrative purposes, defending our rights, and in connection with our relationship with you.

## Purchasing products or services

If you purchase our products or services, payment information such as credit card number and expiration date is collected to complete the transaction. Additional banking information such as account and routing numbers may be collected depending on whether a tax refund is anticipated or depending on the choice of receipt of a tax refund.

## Additional information collected

Most information we collect about you comes from our direct interactions with you. However, when you use our site, products, services, and apps, we may collect information regarding the type of device, system and performance information, operating system used, and mobile network information. Analytics software may record information such as how often you use the

sites or application, the events that occur on the sites or within the application, aggregated usage, performance data, and where the sites or application originated. Typically, we do not link the information we store within the analytics software to any personally identifiable information you submit on the sites or within the mobile app.

To speed refunds, the IRS is urging taxpayers to e-file as early as possible. Get started!

## HOW AND WHY WE COLLECT INFORMATION

In addition to the information you input directly, certain technologies such as: cookies, tags, or similar technologies are utilized by TaxSlayer and our partners, affiliates, or analytics or service providers. As part of the information collected, we may record page views, mouse clicks, movements and scrolling activity. A device user may control the ability of access of some of these technologies at the individual browser level, however, this limitation may disable or limit some of the features offered. The primary technologies used by TaxSlayer are: Adobe®, Hotjar®, Heap®, and Google®. For an updated and complete list of our providers please contact us at support@taxslayer.com (https://web.archive.org/web/20210206013136/mailto:support@taxslayer.com).

We use the information collected to develop, improve, enhance, and secure our websites, products, and services. Specifically, the technologies listed above, and possibly others, are used in administering the websites and application, analyzing trends, evaluate functionality of our websites and application on your device, tracking users' movements around the site and to gather demographic information about our user base as a whole. We may receive reports based on the use of these technologies by these service providers on an individual as well as aggregated basis. Additionally, we use cookies for settings preferences, e.g., language preference. From time to time, we may send push notifications to update you about any alerts, offers, or promotions.

## USE OF INFORMATION

Section 301-7216 of the Internal Revenue Code specifically governs the use and disclosure of Tax Return Information. Some states may also have additional laws and regulations related to use and disclosure of the same information. We use your Tax Return Information only in accordance with those applicable laws and regulations to prepare and assist in preparing your tax return, to provide services associated with preparing your tax return, and to provide you with other products and services you specifically request or consent to. We use the information you provide (discussed above) to complete purchases of products and services you request. As permitted by law, we may also use the information you provide to address questions submitted to our customer or technical support systems, to send updates or security

alerts, marketing messages, or to provide notification of new products, services, enhancements, and promotions. We may use your information to show you relevant information and offer you other related products and services.

To speed refunds, the IRS is urging taxpayers to e-file as early as possible. Get started!

Lastly, we also use the information we collect to monitor and investigate fraud, identity theft, and other illegal activity and to personalize and improve our Services.

## DISCLOSURE OF INFORMATION

The privacy and security of your information is important to us. We do not sell or rent your information. As indicated below, we may share your information to support the products and services you request, or provide your information to third parties, upon your specific consent, for products and services that may benefit you.

We disclose Tax Return Information only in accordance with your requests, such as when filing a tax return with the IRS or state revenue authority. TaxSlayer may be required to preserve and disclose personal and Tax Return information, and any part thereof, without your consent as provided by law, such as, to respond to lawful requests by authorities, including to meet national security or law enforcement requirements, a subpoena or court order, judicial process or bankruptcy proceedings, or regulatory authorities to protect against fraud and in compliance with the IRS Security Summit. Additionally, your information may be disclosed in connection with an actual sale, merger, acquisition, dissolution or transfer of all or a portion of our business or relevant operating unit. We reserve the right to transfer your information as part of the transaction. In such an event, you will be notified via email and/or a prominent notice on our website of any change in ownership, incompatible new uses of your personal information, and choices you may have regarding your personal information.

We may share information about you and the products and services you have purchased from us, to members of the TaxSlayer Corporate family and our parent company of Rhodes Financial Services all of whom follow our Privacy Policy. In some cases, your information may be disclosed to our service providers to complete a product purchase, to fulfill a service you request, or to market one of our products or services. While this may require us to share information, these service providers are strictly prohibited from using your information other than to act on our behalf.

## HOW WE PROTECT YOUR INFORMATION

TaxSlayer understands the importance of protecting customer information and we have a team dedicated to keeping your information secure. TaxSlayer meets and exceeds all rules and regulations relating to data protection and security for the tax industry promulgated by the

Internal Revenue Service and its Security Summit (https://www.irs.gov/privacy-disclosure/security-summit (https://web.archive.org/web/20210206013136/https://www.irs.gov/privacy-disclosure/security-summit) for more information). TaxSlayer's web-based and mobile applications secure information by utilizing a variety of security related technologies including, but not limited to, multi-factor authentication, firewalls, intrusion detection systems, encryption, access controls and alerts. TaxSlayer incorporates the use of SSL encryption facilitated by an Extended Validation SSL Certificate issued by a recognized trusted certificate authority to protect your sensitive data as it is entered into the system. We maintain Payment Card Industry (PCI) compliance to ensure your payment information is safe. Additionally, our systems are routinely subject to automated vulnerability testing purposely exceeding the requirements of PCI compliance. This practice allows quicker identification and remediation of risks to the privacy of taxpayer data. Internal audits are performed continuously throughout the year to ensure compliance with regulatory standards and TaxSlayer's Information Security Policy.

To speed refunds, the IRS is urging taxpayers to e-file as early as possible. Get started

# YOUR RIGHTS AND USER CONTROLS

You have control over your personal data and how it's collected, used, and shared. Though TaxSlayer may be required to retain your Tax Return information for up to three tax years to comply with our legal obligations, you have the right to access any information held by TaxSlayer that you either input directly or information collected as described above.

## Access to personal information

Upon request, TaxSlayer will provide you with certain personal information you specifically request by contacting customer support at support@taxslayer.com (https://web.archive.org/web/20210206013136/mailto:support@taxslayer.com) or via a request sent to our address provided below. Your information will be provided in a machine readable format. However, any tax returns will be available only in a non-fileable format.

## Change or correct personal information

You may view, manage, delete and/or make changes to your personal information by visiting your account online at www.taxslayer.com (https://web.archive.org/web/20210206013136/https://www.taxslayer.com/) and selecting "Edit Account Information" in the My Account dashboard. Or, by emailing our customer support at support@taxslayer.com (https://web.archive.org/web/20210206013136/mailto:support@taxslayer.com) or via mail at the contact information listed below.

### Opt-out of technologies

To speed refunds, the IRS is urging taxpayers to e-file as early as possible. Get started!

You may choose to opt-out of certain technologies used on TaxSlayer's website. However, the choice to opt-out of certain technologies may affect, alter, or eliminate the functionality of certain features of or the products and services offered by TaxSlayer. To review and access opt-out procedures for the primary technologies: Adobe®, Hotjar®, Heap®, and Google® click **[here]** (/web/20210206013136/https://www.taxslayer.com/policies/optouttech).

## CONTACT US

If you have questions or concerns regarding this Privacy Policy, you may contact customer support at support@taxslayer.com (https://web.archive.org/web/20210206013136/mailto:support@taxslayer.com).

You can also write us at:
TaxSlayer.com Privacy
945 Broad St
Augusta, GA 30901

If you have an unresolved privacy or data use concern that we have not addressed satisfactorily, please contact our U.S.-based third party dispute resolution provider (free of charge) at https://feedback-form.truste.com/watchdog/request (https://web.archive.org/web/20210206013136/https://feedback-form.truste.com/watchdog/request).

## PRIVACY POLICY CHANGES

This Privacy Policy applies to products and services of TaxSlayer. We reserve the right to change this Privacy Policy and any of the policies described above, at any time. Any material changes to our policy will be immediately posted and made available to consumers on our website. Notification of changes may be made by email or by means of a notice on the Website.

TRUSTe Certified Privacy Powered by TrustArc
(//web.archive.org/web/20210206013136/https://privacy.truste.com/privacy-seal/validation?rid=dce28ac8-972b-4dec-9bd1-6db40aea0e72)
Effective 1/14/2021

(https://web.archive.org/web/20210

**Site Map**
**(/web/20210206013136/https://www.taxslayer.com/supportcenter/sitemap)**

To speed refunds, the IRS is urging taxpayers to e-file as early as possible. Get started!

(https://web.archive.org/web/20210206

(https://web.archive.org/web/202102

| **Details and Disclosures**

(https://web.archive.org/web/20210206013

**WHY TAXSLAYER?**

**OUR COMPANY**

**TOOLS**

**SUPPORT**

**OUR PRODUCTS**

(/web/20210206013136/https://www.taxslayer.com/)

Copyright © 2021 TaxSlayer LLC

945 Broad St, Augusta, GA 30901

706-922-6741

SecureTrust Trusted Commerce CLICK TO VALIDATE