# EXHIBIT K

# Magisterial District Judge 03-2-12

## DOCKET

Docket Number: MJ-03212-NT-0000510-1996

**Non-Traffic Docket**

Commonwealth of Pennsylvania
v.
Tracylyn Heck



## CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Richard H. Yetter III | Issue Date: | |
| OTN: | | File Date: | 08/06/1996 |
| Arresting Agency: | | Arrest Date: | |
| Document No.: | H93321 | Incident No.: | |
| Disposition: | Guilty | Disposition Date: | 08/29/1996 |
| County: | Northampton | Township: | Easton City |
| Case Status: | Inactive | | |

## STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Inactive | 08/29/1996 | Case Balance Due |
| | 08/29/1996 | Case Disposed/Penalty Imposed |
| | 08/29/1996 | Awaiting Sentencing |
| | 08/14/1996 | Awaiting Summary Trial |
| | 08/14/1996 | Awaiting Summary Trial |
| | 08/06/1996 | Awaiting Plea |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Trial | 08/27/1996 | 9:30 am | Courtroom: MDJ-03-2-12 | The Honorable Michael J. Koury Jr. | Continued |
| Summary Trial | 08/29/1996 | 3:15 pm | Courtroom: MDJ-03-2-12 | The Honorable Michael J. Koury Jr. | Scheduled |

## DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Heck, Tracylyn | Sex: | |
| Date of Birth: | | Race: | |

Address(es):

**Other**
Easton, PA 18042

## CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Affiant | Fox, Thomas |
| Defendant | Heck, Tracylyn |

## CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 18 § 4105 §§ A2 | S | Bad Checks | 05/26/1996 | Guilty |

**Exhibit 37**
04/28/2026
Patterson



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of th
Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or de
on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which
Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (1
may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 03-2-12

## DOCKET

Docket Number: MJ-03212-NT-0000510-1996

**Non-Traffic Docket**

Commonwealth of Pennsylvania
v.
Tracylyn Heck



### DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| **Guilty** | 08/29/1996 | Yes |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1 Bad Checks | Guilty |

### ATTORNEY INFORMATION

**Private**

Name: Att Michael Bowen, Esq.

Representing: Heck, Tracylyn

Counsel Status: Active

Supreme Court No.:

Phone No.: 610-867-9537

Address: 528 N. New Street
Bethlehem, PA 18016

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 08/29/1996 | Guilty | Magisterial District Judge Sherwood R. Grigg | Tracylyn Heck, Defendant |
| 08/08/1996 | Certified Summons Accepted | Magisterial District Court 03-2-12 | Tracylyn Heck, Defendant |
| 08/06/1996 | Summons Issued | Magisterial District Court 03-2-12 | Tracylyn Heck, Defendant |
| 08/06/1996 | Certified Summons Issued | Magisterial District Court 03-2-12 | Tracylyn Heck, Defendant |
| 08/06/1996 | Private Summary Complaint Filed | Magisterial District Court 03-2-12 | Tracylyn Heck, Defendant |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 03-2-12

## DOCKET

Docket Number: MJ-03212-NT-0000510-1996

## Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Tracylyn Heck

Page 3 of 3

### PAYMENT PLAN SUMMARY

| Payment Plan No. | Payment Plan Freq. | Next Due Date | Active | Next Due Amt. | Overdue Amt. |
|---|---|---|---|---|---|
| 03212-1996-P0000072 | Monthly | 07/22/1998 | Yes | $20.00 | $491.00 |

Responsible Participant
Heck, Tracylyn

Payment Plan History:

| Payment Dt. | Applied Dt. | Transaction Type | Payor | Participant Role | Amount |
|---|---|---|---|---|---|
| 02/26/1997 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $10.00 |
| 02/28/1997 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $20.00 |
| 12/08/1997 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.75 |
| 04/18/1997 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.00 |
| 03/14/1997 1 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.00 |
| 12/11/1997 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $15.00 |
| 10/31/1997 1 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $20.00 |
| 11/15/1996 1 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $50.00 |
| 01/26/1998 1 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.00 |
| 03/26/1998 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.00 |
| 07/03/1997 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.00 |
| 03/31/1997 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.00 |
| 06/22/1998 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $35.00 |
| 03/21/1997 1 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.00 |
| 06/20/1997 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $30.00 |
| 09/11/1997 1 | 04/09/2011 | Payment | Heck, Tracylyn | Defendant | $20.00 |

### CASE FINANCIAL INFORMATION

Case Balance: $491.00 Next Payment Amt:

Last Payment Amt: Next Payment Due Date:

| | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| Restitution | $760.00 | $20.00 | $0.00 | ($358.68) | $421.32 |
| Judicial Computer Project | $1.50 | $0.00 | $0.00 | ($1.50) | $0.00 |
| Judicial Computer Project | $1.50 | $0.00 | $0.00 | ($1.50) | $0.00 |
| County Court Cost (Act 204 of 1976) | $20.12 | $0.00 | $0.00 | ($9.24) | $10.88 |
| State Court Costs (Act 204 of 1976) | $5.44 | $0.00 | $0.00 | ($2.50) | $2.94 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $5.44 | $0.00 | $0.00 | ($2.50) | $2.94 |
| Crime Victims Compensation (Act 96 of 1984) | $15.00 | $0.00 | $0.00 | ($6.90) | $8.10 |
| Crimes Commission Cost (Act 96 of 1984) | $15.00 | $0.00 | $0.00 | ($6.90) | $8.10 |
| Domestic Violence Compensation (Act 44 of 198 | $10.00 | $0.00 | $0.00 | ($4.60) | $5.40 |
| Postage - Case | $2.75 | $0.00 | $0.00 | ($1.26) | $1.49 |
| Title 18 - Payable to Municipality | $50.00 | $0.00 | $0.00 | ($23.00) | $27.00 |
| Constable Education Training Act | $5.00 | $0.00 | $0.00 | ($2.17) | $2.83 |
| Server Fee | $20.00 | $0.00 | $0.00 | ($20.00) | $0.00 |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Court 03-2-12
## Public Court Summary

**Heck, Tracylyn**
Easton, PA 18042

DOB:

Sex:
Eyes:
Hair:
Race:

**Court: MDJ-03-2-12**
**Inactive**

**MJ-03212-NT-0000510-1996**
Arrest Date:
Last Action: Summary Trial
Next Action:

OTN:
Disp. Event Date: 08/29/1996
Last Action Date: 08/29/1996
Next Action Date:

| Statute | Grade | Description | Disposition | Counts |
|---|---|---|---|---|
| 18 § 4105 §§ A2 | S | Bad Checks | Guilty | 1 |



Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these reports. Court summary report information should not be used in place of a criminal history background check , which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Magisterial District Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

**§ 4105. Bad checks.**

**(a) Offense defined.--**

(1) A person commits an offense if he issues or passes a check or similar sight order for the payment of money, knowing that it will not be honored by the drawee.

(2) A person commits an offense if he, knowing that it will not be honored by the drawee, issues or passes a check or similar sight order for the payment of money when the drawee is located within this Commonwealth. A violation of this paragraph shall occur without regard to whether the location of the issuance or passing of the check or similar sight order is within or outside of this Commonwealth. It shall be no defense to a violation of this section that some or all of the acts constituting the offense occurred outside of this Commonwealth.

**(b) Presumptions.--**For the purposes of this section as well as in any prosecution for theft committed by means of a bad check, the following shall apply:

(1) An issuer is presumed to know that the check or order (other than a post-dated check or order) would not be paid, if:

(i) payment was refused because the issuer had no such account with the drawee at the time the check or order was issued; or

(ii) payment was refused by the drawee for lack of funds, upon presentation within 30 days after issue, and the issuer failed to make good within ten days after receiving notice of that refusal.

Notice of refusal may be given to the issuer orally or in writing by any person. Proof that notice was sent by registered or certified mail, regardless of whether a receipt was requested or returned, to the address printed on the check or, if none, then to the issuer's last known address, shall raise a presumption that the notice was received.

(2) A check or order stamped "NSF" or "insufficient funds" shall raise a presumption that payment was refused by the drawee for lack of funds.

(3) A check or order stamped "account closed" or "no such account" or "counterfeit" shall raise a presumption that payment was refused by the drawee because the issuer had no such account with the drawee at the time the check or order was issued.

**(c) Grading.--**

(1) An offense under this section is:

(i) a summary offense if the check or order is less than $200;

(ii) a misdemeanor of the third degree if the check or order is $200 or more but less than $500;

(iii) a misdemeanor of the second degree if the check or order is $500 or more but less than $1,000;

(iv) a misdemeanor of the first degree if the check or order is $1,000 or more but is less than $75,000; or

(v) a felony of the third degree if the check or order is $75,000 or more.

(2) When the offense is a third or subsequent offense within a five-year period, regardless of the amount of the check or order and regardless of the grading of the prior offenses, an offense under this section is a misdemeanor of the first degree unless the amount of the check or order involved in the third or subsequent offense is $75,000 or more, then the offense is a felony of the third degree.

**(d) Venue.--**An offense under subsection (a) may be deemed to have been committed at either the place where the defendant issues or passes the bad check or similar sight order for the payment of

money or the place where the financial institution upon which the bad check or similar sight order for the payment of money was drawn is located.

**(e) Costs.**--Upon conviction under this section the sentence shall include an order for the issuer or passer to reimburse the payee or such other party as the circumstances may indicate for:

(1) The face amount of the check.

(2) Interest at the legal rate on the face amount of the check from the date of dishonor by the drawee.

(3) A service charge if written notice of the service charge was conspicuously displayed on the payee's premises when the check was issued. The service charge shall not exceed $50 unless the payee is charged fees in excess of $50 by financial institutions as a result of such bad check or similar sight order for the payment of money. If the payee is charged fees in excess of $50, then the service charge shall not exceed the actual amount of the fees.

(July 6, 1984, P.L.647, No.134, eff. 90 days; Dec. 20, 1996, P.L.1531, No.201, eff. 60 days; June 22, 2000, P.L.382, No.50, eff. 60 days; Dec. 18, 2007, P.L.462, No.70, eff. 60 days)

**2007 Amendment.** Act 70 amended subsec. (e).

**1996 Amendment.** Act 201 amended subsecs. (b) and (c).

**Cross References.** Section 4105 is referred to in section 6122 of Title 7 (Banks and Banking); sections 3573, 3575, 8304 of Title 42 (Judiciary and Judicial Procedure); section 2303 of Title 44 (Law and Justice).

# Magistrial District Judge 03-2-12

## DOCKET

Docket Number: MJ-03212-CR-0000189-2005

**Criminal Docket**

Commonwealth of Pennsylvania
v.
Tracy Heck

Page 1 of 2

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Richard H. Yetter III | Issue Date: | 06/22/2005 |
| OTN: | K 124764-3 | File Date: | 06/22/2005 |
| Arresting Agency: | | Arrest Date: | |
| Document No.: | | Incident No.: | |
| Disposition: | Fugitive | Disposition Date: | 09/20/2005 |
| County: | Northampton | Township: | Easton City |
| Case Status: | Closed | | |

## STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 09/20/2005 | Completed |
| | 06/22/2005 | Awaiting Preliminary Hearing |
| | 06/22/2005 | Awaiting Preliminary Hearing |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Preliminary Hearing | 07/14/2005 | 1:30 pm | Courtroom: MDJ-03-2-12 | The Honorable Michael J. Koury Jr. | Scheduled |

## DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Heck, Tracy | Sex: | |
| Date of Birth: | | Race: | |

Address(es):

**Other**

Northampton, PA 18067

| | |
|---|---|
| Advised Defendant of Right to Apply for Assignment of Counsel? | No |
| Public Defender Requested by the Defendant? | No |
| Application Provided for Appointment of Public Defender? | No |
| Has the Defendant Been Fingerprinted? | No |

## CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Defendant | Heck, Tracy |
| Affiant | R & R Provision, Easton |

## CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 18 § 4105 §§ A1* | | Bad Checks | 10/29/2004 | Fugitive |
| 2 | 18 § 4105 §§ A1* | | Bad Checks | 04/25/2005 | Fugitive |
| 3 | 18 § 4105 §§ A1* | | Bad Checks | 04/28/2005 | Fugitive |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 03-2-12

## DOCKET

Docket Number: MJ-03212-CR-0000189-2005

**Criminal Docket**

Commonwealth of Pennsylvania
v.
Tracy Heck



### DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| **Fugitive** | 09/20/2005 | No |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1 Bad Checks | Fugitive |
| 2 Bad Checks | Fugitive |
| 3 Bad Checks | Fugitive |

### ATTORNEY INFORMATION

**District Attorney**

Name: Northampton County District Attorney's Office

Representing: Commonwealth of Pennsylvania

Counsel Status: Active

Supreme Court No.:

Phone No.: 610-599-3020

Address: Northampton Cnty Gov Cntr
669 Washington St
Easton, PA 18042

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 09/20/2005 | Fugitive | Magisterial District Judge Sherwood R. Grigg | Tracy Heck, Defendant |
| 09/15/2005 | Fugitive Declaration Filed | Magisterial District Court 03-2-12 | Tracy Heck, Defendant |
| 07/18/2005 | Certified Summons Undeliverable | Magisterial District Court 03-2-12 | Tracy Heck, Defendant |
| 06/22/2005 | Summons Issued | Magisterial District Court 03-2-12 | Tracy Heck, Defendant |
| 06/22/2005 | Certified Summons Issued | Magisterial District Court 03-2-12 | Tracy Heck, Defendant |
| 06/22/2005 | Private Criminal Complaint Filed | Magisterial District Court 03-2-12 | Tracy Heck, Defendant |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# BECA - Brevard Electronic Court Ap[illegible] 05-2013-MM-053015-AXXX-XX

Logged in as: Public

Log Out

*Navigate to:* Participants Register of Actions Charges Citations Financials Payments Bonds Court Schedule
Judge History Warrants/Writs DL Suspensions Diversions Sentencing Probation Jail

New Search

## STATE VS PANKOW TRACYLYN
## Case Information

| Case Number | Case Type | Filing Date | Case Status | Status Date | Judge | Jurisdiction | Charging Agency |
|---|---|---|---|---|---|---|---|
| 05-2013-MM-053015-AXXX-XX | MISDEMEANOR | 12/12/2013 | ORIGINAL DISPOSED | 04/28/2014 | RHONDA E. BABB | UNINCORPORATED | BREVARD COUNTY SHERIFF |

Inactive Attorneys

### Participants
☐ Print

| Type | Name | Participant Id | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT (1) | PANKOW TRACYLYN | 3004912 | FL P520800735300 | WHITE | FEMALE | 01/30/1973 | 9 BRYAN AVE | | TITUSVILLE, FL 32796-2733 |
| PLAINTIFF (1) | STATE OF FLORIDA | 3684 | | | | | 2725 JUDGE FRAN JAMIESON WAY BLDG D | | VIERA, FL 32940-6605 |
| ATTORNEY FOR: P1 | BREVARD CO STATE ATTORNEY | 34 | | | | | 2725 JUDGE FRAN JAMIESON WAY BLDG D | | VIERA, FL 32940-6605 |

### Register Of Actions
Viewable Viewable On Request Pending Sealed Confidential
Purchase Copies
☐ Print

| View | Event Date | Document Number | Description | Page Count | Amount |
|---|---|---|---|---|---|
| | 12/12/2013 | 1 | COPY OF SUMMONS, CITATION, OR NOTICE TO APPEAR (NTA) | 2 | |

| | | | | | |
|---|---|---|---|---|---|
| | 12/12/2013 | | CAL:ARRAIGNMENT | | |
| | 12/12/2013 | | CR: NEW COURT DATE SCHEDULED | | |
| | 12/12/2013 | 2 | COURT MINUTES REGARDING ARRAIGNMENT | 1 | |
| | 12/12/2013 | 3 | NOTICE TO APPEAR (NTA) | 1 | |
| | 12/12/2013 | 4 | COPY OF SUMMONS, CITATION, OR NOTICE TO APPEAR (NTA) | 2 | |
| | 12/26/2013 | 5 | NOTICE OF APPEARANCE | 1 | |
| | 12/26/2013 | 6 | NOTICE OF DISCOVERY | 2 | |
| | 01/06/2014 | | CAL:SECOND APPEARANCE | | |
| | 01/06/2014 | | CR: SECOND APP CONT BY STATE | | |
| | 01/06/2014 | 7 | COURT MINUTES REGARDING SECOND APPEARANCE | 1 | |
| | 01/06/2014 | 8 | NOTICE TO APPEAR (NTA) | 1 | |
| | 01/28/2014 | | CAL:SECOND APPEARANCE | | |
| | 01/28/2014 | | CR: NEW COURT DATE SCHEDULED | | |
| | 01/28/2014 | 9 | COURT MINUTES REGARDING SECOND APPEARANCE | 1 | |
| | 01/28/2014 | 10 | NOTICE TO APPEAR (NTA) | 1 | |
| | 02/11/2014 | 11 | INFORMATION | 1 | |
| | 02/13/2014 | 12 | RESPONSE DEMAND FOR DISCOVERY AND NOTICE TO CLAIM ALIBI | 6 | |
| | 02/18/2014 | | CAL:DOCKET SOUNDING | | |
| | 02/18/2014 | | CR: NEW COURT DATE SCHEDULED | | |
| | 02/18/2014 | 13 | COURT MINUTES REGARDING DOCKET SOUNDING | 1 | |
| | 02/18/2014 | 14 | NOTICE TO APPEAR (NTA) | 1 | |
| | 02/18/2014 | 15 | PRE-TRIAL DIVERSION WAIVER OF SPEEDY TRIAL | 1 | |
| | 04/16/2014 | | CAL:HEARING | | |
| | 04/16/2014 | | CR: NEW COURT DATE SCHEDULED | | |
| | 04/16/2014 | 16 | COURT MINUTES REGARDING HEARING | 1 | |
| | 04/16/2014 | 17 | NOTICE TO APPEAR (NTA) | 1 | |
| | 04/28/2014 | 18 | PRE-TRIAL DIVERSION CONTRACT | 4 | |
| | 04/28/2014 | 19 | WAIVER OF SPEEDY TRIAL | 1 | |
| | 04/28/2014 | | DISPO: PRE-TRIAL DIVERSION - (Count 1) | | |
| | 04/28/2014 | | PLEA: NONE - (Count 1) | | |
| | 04/28/2014 | | COMMUNITY SERVICE ORDERED - (Count 1) | | |
| | 04/28/2014 | | FINCL RESPONSIBILITY CLASS ORD - (Count 1) | | |

| | | | | | |
|---|---|---|---|---|---|
| | 04/28/2014 | | ASM: RESTITUTION - (Count 1) | | 250.00 |
| | 04/28/2014 | | ASM: COI BREV SHERIFF COUNTY - (Count 1) | | 156.00 |
| | 04/28/2014 | | ASM: COP PROSECUTE COUNTY - (Count 1) | | 50.00 |
| | 04/28/2014 | | CRIM/TRAF/JUV ORIG DISPOSITION | | |
| | 09/04/2014 | | CAL:HEARING | | |
| | 09/04/2014 | | CR: NEW COURT DATE SCHEDULED | | |
| | 09/04/2014 | 20 | COURT MINUTES REGARDING HEARING | 1 | |
| | 09/04/2014 | 21 | NOTICE TO APPEAR (NTA) | 1 | |
| | 09/05/2014 | | ASM: CTY CRIM PARTIAL PMT FEE - (Count 1) | | 5.00 |
| | 10/03/2014 | | ASM: CTY CRIM PARTIAL PMT FEE - (Count 1) | | 5.00 |
| | 10/17/2014 | | ASM: RESTITUTION FEE COUNTY - (Count 1) | | 3.50 |
| | 11/10/2014 | 22 | NOTICE OF COMPLETION OF PRE-TRIAL DIVERSION | 1 | |
| | 11/10/2014 | | COMMUNITY SERVICE ORDERED - (Count 1) | | |
| | 11/10/2014 | | FINCL RESPONSIBILITY CLASS ORD - (Count 1) | | |
| | 11/21/2014 | 23 | NOTICE OF NOLLE PROSEQUI | 1 | |
| | 11/21/2014 | | DISPO: NOLLE PROSEQUI - (Count 1) | | |
| | 12/09/2014 | | CAL:HEARING | | |
| | 12/09/2014 | | CR: HEARING CANCELLED | | |
| | 09/18/2015 | | DSB: RESTITUTION | | 0.00 |
| | | | **Total Number of Document Pages** | **34** | |

## Initial Charges

☐ Print

| Arrest Number | Count | Offense Date | Florida Statute | Charge Description | Class | Degree |
|---|---|---|---|---|---|---|
| 1 | 1 | 10/23/2013 | 812.014.2E | PETIT THEFT PROP OVER 100 LESS THAN 300 | MISDEMEANOR | FIRST DEGREE |

## Prosecutor Charges

☐ Print

| Arrest Number | Count | Prosecutor Filing Date | Florida Statute | Charge Description | Class | Degree | Prosecutor Action | Prosecutor Action Date |
|---|---|---|---|---|---|---|---|---|
| | 1 | 11/21/2014 | 812.014.3.A | 09 19 PETIT THEFT LESS THAN 300 DOLLARS | MISDEMEANOR | SECOND DEGREE | NOLLE PROSEQUI | 11/21/2014 |

## Court Charges

☐ Print

| Arrest Number | Count | Offense Date | Florida Statute | Charge Description | Class | Degree | Disposition Date | Final Disposition | Citation Number |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 10/23/2013 | 812.014.3.A | 09 19 PETIT THEFT LESS | MISDEMEANOR | SECOND DEGREE | 04/28/2014 | PRE-TRIAL DIVERSION | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THAN 300 DOLLARS | | | | | |

05-2013-MM-053015-AXXX-XX

## Financials

Print

| Name | Receivable | Amount Assessed | Amount Waived | Amount Paid | Due Date | Balance |
|---|---|---|---|---|---|---|
| D 1 | COI BREV SHERIFF CO | $156.00 | $0.00 | $156.00 | 10/22/2014 | $0.00 |
| D 1 | RESTITUTION | $250.00 | $0.00 | $250.00 | 10/22/2014 | $0.00 |
| D 1 | COP PROSECUTE COUNTY | $50.00 | $0.00 | $50.00 | 10/22/2014 | $0.00 |
| D 1 | CTY CRIM PARTIAL PMT | $10.00 | $0.00 | $10.00 | | $0.00 |
| D 1 | RESTITUTION FEE COUN | $3.50 | $0.00 | $3.50 | | $0.00 |
| **TOTALS:** | | **$469.50** | **$0.00** | **$469.50** | | **$0.00** |
| **TOTAL AMOUNT ELIGIBLE FOR A CIVIL LIEN:** | | | | | | **$0.00** |

## Payments

Print

| Receipt | Party | Memo | Event Description | Receipt Date | Amount | Payment Type | Received From |
|---|---|---|---|---|---|---|---|
| W222449 | D 1 | PNP 10172014 | PMT: RESTITUTION | 10/17/2014 | $250.00 | REGULAR CASH | PANKOW TRACYLYN |
| W222449 | D 1 | PNP 10172014 | PMT: RESTITUTION FEE COUNTY | 10/17/2014 | $3.50 | REGULAR CASH | PANKOW TRACYLYN |
| W221569 | D 1 | PNP 10/03/2014 | PMT: COI BREV SHERIFF COUNTY | 10/03/2014 | $156.00 | REGULAR CASH | PANKOW TRACYLYN |
| W221569 | D 1 | PNP 10/03/2014 | PMT: CTY CRIM PARTIAL PMT FEE | 10/03/2014 | $5.00 | REGULAR CASH | PANKOW TRACYLYN |
| W219721 | D 1 | PNP 09/05/2014 | PMT: CTY CRIM PARTIAL PMT FEE | 09/05/2014 | $5.00 | REGULAR CASH | PANKOW TRACYLYN |
| W219721 | D 1 | PNP 09/05/2014 | PMT: COP PROSECUTE COUNTY | 09/05/2014 | $50.00 | REGULAR CASH | PANKOW TRACYLYN |
| **TOTAL PAID:** | | | | | **$469.50** | | |

## Past Court Schedule

Print

| Date | Time | Judge | Matter Type | Result |
|---|---|---|---|---|
| 12/12/2013 | 09:00 AM | RHONDA E. BABB | ARRAIGNMENT | CR: NEW COURT DATE SCHEDULED |
| 01/06/2014 | 09:00 AM | RHONDA E. BABB | SECOND APPEARANCE | CR: SECOND APP CONT BY STATE |
| 01/28/2014 | 09:00 AM | RHONDA E. BABB | SECOND APPEARANCE | CR: NEW COURT DATE SCHEDULED |
| 02/18/2014 | 09:00 AM | RHONDA E. BABB | DOCKET SOUNDING | CR: NEW COURT DATE SCHEDULED |

| | | | | |
|---|---|---|---|---|
| 04/16/2014 | 09:00 AM | RHONDA E. BABB | HEARING | CR: NEW COURT DATE |
| 09/04/2014 | 09:00 AM | RHONDA E. BABB | HEARING | CR: NEW COURT DATE SCHEDULED |
| 12/09/2014 | 09:00 AM | RHONDA E. BABB | HEARING | CR: HEARING CANCELLED |



## Judge History

Print

| | Date Assigned | Case Type | Judge | Description |
|---|---|---|---|---|
| 1 | 12/12/2013 | MISDEMEANOR | RHONDA E. BABB | INITIAL ASSIGNMENT |

## Diversion Summary

Print

| Count | Description | Hours Sentenced | Hours Served | Due Date | Completed Date |
|---|---|---|---|---|---|
| 1 | COMMUNITY SERVICE | 32 | 32 | 10/22/2014 | 11/10/2014 |
| 1 | FINANCIAL RESPONSIBILITY CLASS | 2 | 2 | 10/22/2014 | 11/10/2014 |

Print

Back to Top

New Search

Created, Hosted & Maintained by Brevard County Clerk of Courts

Version: 1.0.26 - Updated: 11/7/2024

IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA

STATE OF FLORIDA,
Plaintiff,
vs.

TRACYLYN PANKOW,
Defendant.
______________________________/

CASE NO.: 052013MM053015AXXXXX

**NOLLE PROSEQUI**

The State of Florida, by and through the undersigned Assistant State Attorney, hereby enters a Nolle Prosequi as to only the criminal charges in this cause filed under the case number listed above.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by **E-MAIL** to Brevard County Jail and JAY H. FOWLER, ESQUIRE, Attorney for Defendant, at JFOWLER@FOWLERFIRM.COM this 20th day of November, 2014.

.

PHIL ARCHER
STATE ATTORNEY

/s/ Candice Powell
VERIFY authenticity
with eSign Desktop

BY:

CANDICE POWELL
ASSISTANT STATE ATTORNEY
FLORIDA BAR NO. 109948
2725 JUDGE FRAN JAMIESON WAY, BLDG D
VIERA, FL 32940
(321) 617-7510 EXT: 56346
Eservice: BrevMisd&Traffic@sa18.org