# EXHIBIT M

## (FILED UNDER SEAL)