# EXHIBIT N

## (FILED UNDER SEAL)