# EXHIBIT P

TaxAct

Security Center | Privacy Policy

# TaxAct Privacy Statement

*Last Updated: December 10, 2020*

www.taxact.com and www.taxactprofessional.com are websites of TaxAct, Inc., a subsidiary of Blucora, Inc.

**Our postal address:**
1425 60th Street NE
Cedar Rapids, IA 52402

**Other ways to reach us:**
319-373-3600
privacypolicy@taxact.com

We at TaxAct, Inc. ("TaxAct") respect your privacy and the confidentiality of your personal information. This Privacy Policy explains what information TaxAct collects, how we use and disclose that information, and how users can exercise their rights with respect to their information. This Privacy Policy applies to all TaxAct websites, services, and applications that link to it ("Services").

We may change this Privacy Policy from time to time. If we make changes, we will notify you by revising the date at the top of the policy and, in some cases, we may provide you with additional notice (such as sending you an email notification). We encourage you to review the Privacy Policy whenever you access the Services or otherwise interact with us to stay informed about our information practices. If you have an unresolved privacy or data use concern that you feel we have not

addressed satisfactorily, please contact our U.S. based third party dispute resolution provider (free of charge) at https://feedback-form.truste.com/watchdog/request.

TRUSTe Certified Privacy Powered by TrustArc

# Information Collected

We collect personal information that you provide when you register for and use the Services:

- In order to use or download our tax software, you are required to complete the registration form that includes contact information (such as name, email address, and phone number).
- If you decide to prepare or file a tax return using the Services, we collect all the information you provide, including your Name, Social Security Number, Driver's License number, and information about your employment, income, deductions, and any other information included in your return. We refer to this information as "Tax Return Information."
- If you upload a form or other file from your desktop or mobile device, we collect and store those files and/or data.
- If you decide to purchase our products, we may request additional information, including payment information. If you pay using credit card, we will collect financial information such as credit card number and expiration date. As an added layer of protection, credit card information is encrypted via a tokenization method.
- When you use our customer service functions or otherwise contact or request contact from our customer service staff or Xpert Help services, we may collect information about the questions or concerns you submit. In order to improve the quality of TaxAct's Services, TaxAct records customer service calls (after informing you during that call and before the recording starts) or support chat sessions. We may also ask to share your screen for the purpose of resolving your inquiry. When we do so, these screen share sessions may also be recorded for the same purposes.

We may also collect:

- Information provided as part of customer testimonials, surveys, promotions, marketing events, trade shows, webinars, conferences, customer research,

feedback or a similar event or occurrence where you provide personal information.

- Information from your use of our referral service to tell a friend about our site, we will ask you for your friend's name and email address.
- Information from publicly available sources, affiliated companies, or third parties, such as when we partner with other companies or use service providers to help us optimize our marketing activities.

Certain personal information is required to purchase, download, and effectively use our Services. If you ask us to delete such information or do not consent to our collection and use of this information, this may result in a termination of your user account and/or your ability to use the Services. If you are a resident of California and you are seeking to exercise rights under the California Consumer Protection Act, please see the section below titled "Your California Privacy Rights."

## Automatically Collected Information (Cookies, Browser Information, IP addresses, etc.)

TaxAct collects information about your browser or device as it interacts with the Services. This information includes your IP address and device identification information. We log information about your use of the Services, including the type of browser you use, access times, pages viewed, your IP address and the page you visited before navigating to our Services. We also collect information about the computer or mobile device you use to access our Services, including the hardware model, operating system version, and mobile network information. We may combine this automatically collected information with other information we collect about you. We do this to improve services we offer you, and to improve marketing, analytics, and site functionality. If we send you a communication, such as an electronic mail, we may collect available information regarding your receipt and review of such communication.

We and our service providers use cookies or similar technologies to collect information about the use of our Services, analyze trends, administer the website, track users' movements around the website, and to gather demographic information about our user base as a whole. Cookies are small data files stored on your hard drive or in device memory that help us improve our Services and your experience, enhance security, see which areas and features of our Services are popular and count visits. Web beacons are electronic images that may be

used in our Services or emails and help deliver cookies, count visits and understand usage of our Services. You may elect to have your browser not accept cookies, however, this may disable or render unusable some of the features of the Services.

We use third party tools, such as Google Analytics and Crazy Egg, to obtain information on how visitors are interacting with our Services. These tools collect information about the performance of our site and how visitors navigate around our web pages, which allows us to evaluate and further improve or optimize our web pages. For more information on these third party tools, please click here: Google Analytics Privacy Policy and Crazy Egg Privacy Policy. To opt out of: (i) Google Analytics install the Google Analytics opt-out browser add-on and (ii) Google's ad serving. You can also opt-out of the use of Crazy Egg, here: Opt Out.

In connection with marketing related activities, TaxAct may monitor and collect information posted on our accounts or linked to us on third party operated social networks or other web offerings (such as Twitter, LinkedIn, Facebook, Instagram or Google).

We use mobile analytics software to allow us to better understand the functionality of our mobile software on your phone. This software may record information such as how often you use the application, the events that occur within the application, aggregated usage, performance data, and where the application was downloaded from. We do not link the information we store within the analytics software to any personally identifiable information you submit within the mobile application. If you access via a mobile device and have enabled background location services, you have permitted us to collect the data about you in the background even when you do not have the TaxAct application open (as permitted by your device settings). You may turn off location services at any time by going to your device settings and toggling off background location.

## Use of Information

The use and disclosure of Tax Return Information is governed by Section 301-7216 of the Internal Revenue Code and many state codes and regulations. We use your Tax Return Information only in accordance with applicable laws, such as to prepare, assist in preparing, or obtain or provide services in connection with preparing your tax return; to provide you with the products and services you

specifically request or consent to and other uses or disclosures as you expressly consent to from time to time; to allow tax professionals to assist you with questions or tax preparation; or as required by law.

We use registration information and other information you provide to complete orders, for the purposes listed above, to research and address any questions or problems submitted through our technical support and customer service systems, to send you technical notices, updates, and security alerts, as well as to notify you if there are issues with your order or when new/enhanced products and services become available. We may use your information to analyze and improve our service offerings to you, provide a customized and/or personalized experience, and protected the safety and security of TaxAct, our Services, our customers and others. We may use your registration information to show you tailored advertising, to send you marketing messages, or if you choose to use our referral service to tell a friend about our site, we will send your friend an email inviting him or her to visit the site.

We may also share limited information with companies that provide services that help us market our products. We share information with these companies only as needed to perform their functions on our behalf and require them to protect the information in a manner that is consistent with this Privacy Policy.

We also use the information we collect to monitor and investigate fraud, identity theft, and other illegal activity and to personalize and improve the Services.

TaxAct values the privacy and security of consumer information and unless we have express consumer consent and allowed by Section 301-7216 of the Internal Revenue Service's code, we do not:

- Sell or rent consumer personal information;
- Use consumer personal information to market non-tax preparation products or services to consumers; or
- Share consumer personal information with outside third parties to be used for their marketing purposes.

You may elect to add your name to our "Do Not Sell" list by visiting https://www.taxact.com/CCPA/AddDontSellDataFormPage.

## Disclosure and Sharing of Information

We disclose Tax Return Information in accordance with your requests, such as when you direct us to file a tax return with the IRS or to a state taxing authority or you provide your express consent to disclose information to a third party offering its own product or service.

In certain situations, TaxAct may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements. We also may share information about you as follows:

- With vendors, consultants and other service providers who are required to use and disclose such information only to perform services on our behalf;
- To taxing authorities, law enforcement, government agencies and others if we believe disclosure is in accordance with any applicable law, regulation or legal process, or as otherwise required by any applicable law, rule or regulation;
- If we believe your actions are inconsistent with the spirit or language of our user agreements or policies, or to protect the rights, property and safety of TaxAct or others; and/or
- In connection with, or during negotiations of, any merger, sale of company assets, financing or acquisition of all or a portion of our business by another company.

We may share your information with employees of our affiliated companies for purposes of providing and maintaining the Services. If you use our professional products to prepare the taxes of others, we may share your information with our affiliate companies including Avantax Wealth Management, so that they may notify you of products and services that may be relevant to you. You can learn more about and access the privacy policy at: https://advisor.myavantax.com/Media/Advisor_Training_Library/Corporate/Avantax_Privacy_Policy.pdf

If you are a professional user and wish to opt out of having information about you shared with our affiliated companies for marketing purposes, please visit: https://taxact.com/unsubscribe/affiliates.asp.

We may also share aggregated or de-identified information, which cannot reasonably be used to identify you. Examples may include, but are not limited to: the total number of users served by a TaxAct product/service, general age group

ratios, summary reports of tax preparation practices across large groups of customers, and other statistical data relating to tax preparation and electronic filing service.

## Links to Other Websites

Our Services may contain links to third party websites. Each of these links is clearly identified and will direct you from TaxAct's website to a third-party site. We do not direct or oversee the policies, procedures, or other practices for companies other than TaxAct. We do not endorse the products and services that are offered by third party companies. Some of these third-party sites may collect information about you or request personal information from you. If accessing a third party site via a link you will be subject to the policies and procedures that have been established by the third party. We encourage you to review their privacy policies to learn more about what information is collected, how it is used, and how it is stored.

You can choose to permit or restrict third party websites that integrate with our Services. If you elect, you may enter your credentials to permit files to be imported to TaxAct. In doing so, TaxAct may receive your user name and email address for such third party website, along with additional information that the application has elected to make available to TaxAct to facilitate the integration.

Our Services includes social media features, such as the Facebook Like button and widgets, such as the share this button or interactive mini-programs that run on our site. These features may collect your IP address, which page you are visiting on our site, and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or hosted directly through our Services. Your interactions with these features are governed by the privacy policy of the company providing it.

## Communications and Opt-Out Options

We may periodically send you communications or otherwise contact you about new products, services, or upcoming events. You may choose to be removed from our electronic mailing list by following the instructions in those messages or by contacting TaxAct using one of the methods listed at the top of this page (email, phone, or mail) to request that you be removed from our marketing list. Note, however, that even if you opt out of receiving marketing communications, we will

still contact you for non-marketing purposes (such as account information, feedback or research purposes, legal notices, account security, bug alerts, and/or changes that may impact your ability to use TaxAct products and services).

TaxAct may use your mobile number to provide text message alerts for product information, tips or promotions, or other marketing activities. You agree that by providing your mobile phone number you expressly consent to receive automated marketing text messages from us to the mobile phone number provided. Message and data rates will apply and you should check the rates of your mobile carrier. You can opt out from further text marketing communications by texting STOP to the SMS number used by TaxAct to contact you.

We may share your mobile phone number with service providers with whom we contract to assist us with the above activities, but we will not share your mobile phone number with third parties for their own marketing purposes without your consent. Text Messages are distributed via third party mobile network providers and, therefore, we cannot control certain factors relating to message delivery. We do not claim or guarantee availability or performance of this service, including liability for transmission delays or message failures.

Upon request (see “For Further Information” section), TaxAct will provide you with information about whether we hold any of your personal information. You can access, correct or deactivate your account information by visiting www.taxact.com and selecting "Sign In" or by contacting us at the email address provided above. In certain jurisdictions you have the right to request access and receive information about the Personal Information we maintain about you, even if you are not a registered user, to update and correct inaccuracies in your Personal Information, or to have the information deleted. We will respond to your request within a reasonable timeframe.

If you e-file your tax return, you will not be able to update your tax return information once your tax return has been filed, unless the IRS rejects the return. You may check if your return has been accepted or rejected by selecting Check e-file status.

If you delete or deactivate your account, you may no longer be able to access any of the information associated with that account including information you provided through associated applications or other Services. If you choose an available option to deactivate your account, rather than deleting your account, we

retain your account information in our archives even though it is no longer accessible online. We retain all printed or e-filed returns and related information as necessary to comply with our legal and contractual obligations, resolve disputes, and enforce our agreements.

After the tax return extension filing deadline, all TaxAct tax returns are archived. We provide the ability for you to access your archived return in certain circumstances.

## Security Measures

We work to protect your personal information from loss, misuse, or unauthorized access, alteration and destruction by using industry standard safeguards, procedures, and practices. These safeguards include physical, logical and technical protections for physical security; information security; and additional measures to restrict access to data we hold in physical and electronic forms. For example, we restrict access to personal information to those on a need to know basis and we encrypt credit card information when it's transmitted to us. Your access to the Services is password-protected with complex password requirements, security questions, and authentication by email or mobile phone. You should use a unique password and should not share your password with anyone. Additional details on our security measures can be found here: https://www.taxact.com/Security/.

## Interest-Based Ads

We partner with third parties to either display advertising on our website or to manage our advertising on other sites. Our third party partners may use technologies such as cookies to gather information about your activities on this website and other sites in order to provide you advertising based upon your browsing activities and interests. Data gathered from one site may be combined with data from other websites, mobile applications, and sources. If you wish to not have this information used for the purpose of serving you interest-based ads, you may opt out of interest-based ads by companies participating in the Digital Advertising Alliance at: http://preferences-mgr.truste.com/. Please note this does not opt you out of being served ads and opting out via one browser, device, or app may not necessarily opt you out of collection from all browsers, devices, or apps. You will continue to receive ads but they will not be targeted to your interests. Certain web browsers allow users to opt-out of tracking by websites and

online services by enabling the "Do Not Track" ("DNT") privacy preference. We do not respond to a user's "Do Not Track" (DNT) browser request, given that we cannot control the DNT handling of third parties interacting with our site.

## Your California Privacy Rights

If you are a California resident, California law may provide you with additional rights regarding our collection and use of your Personal Information. To learn more about your California privacy rights, visit the Privacy Notice for California Residents at: https://www.taxact.com/privacy-policy-california.

## For Further Information:

For questions about our privacy policy or practices, you may contact us at:

Our postal address:

1425 60th Street NE
Cedar Rapids, IA 52402

Other ways to reach us:

Telephone: 319-373-3600
Email: privacypolicy@taxact.com