# EXHIBIT Q

For Individuals For Businesses TaxAct for Pros

TaxAct Create Account Sign In

# TaxAct Privacy Notice

*Last Updated: July 1, 2026*

| Our postal address: | Other ways to reach us: |
| --- | --- |
| 3200 Olympus Blvd, Suite 150 | 319-373-3600 |
| Dallas, Texas 75019 | privacy@taxact.com |

**Contents**

Personal Information We Collect
How We Use Your Personal Information
How and Why We Disclose Your Personal Information
Tax Return Information
Cookies, Tracking Technologies, and Interest-Based Advertising
How Long We Retain Personal Information
How We Safeguard Your Personal Information
Children's Privacy
Data Storage and Transfer
Generative Artificial Intelligence, Machine Learning and Related Tools
Other Online Services
Your Choices
Additional State Privacy Law Disclosures
Notice of Changes
Accessibility

We at TaxAct ("**TaxAct**") respect your privacy and the confidentiality of your personal information as described in this Privacy Notice (the "**Privacy Notice**"). This Privacy Notice explains how and why TaxAct collects, uses, and discloses your personal information, and how you may exercise the choices and rights available to you with respect to your personal information.

This Privacy Notice applies to all TaxAct properties that link to it, including websites, such as taxact.com and taxactprofessional.com (collectively, the "**Site**"); products, software, and services, such as our online tax filing service and professional software (the "**Professional Services**"); and applications, such as our mobile application (the "**App**") (collectively, the "**Services**").

TaxAct, as a tax preparer and tax software developer, is subject to the Gramm-Leach-Bliley Act ("**GLBA**"). You may review our GLBA Privacy Notice at taxact.com/GLBA-notice.

If you have an unresolved privacy or data use concern you have raised that you feel we have not addressed satisfactorily, please contact our U.S. based third-party dispute resolution provider (free of charge) at feedback-form.trustarc.com/watchdog/request.

## Personal Information We Collect

We, and our vendors, may collect personal information directly from you (such as when you register for and use the Services), automatically when you access the Services, and through online tracking technologies (see Cookies, Tracking Technologies and Interest-Based Advertising section below). Our primary goals in collecting personal information are to (i) offer, provide, and improve the features and content of our Services, (ii) administer your use of our Services, and (iii) enable our customers to enjoy and easily navigate our Services. The personal information we collect about you may vary depending on the nature of your interactions with us.

You may provide us with personal information of others, in which case you represent to us that you have obtained authorization from those individuals to provide us with such personal information.

Certain personal information is required to purchase, download, and effectively use our Services. If you do not wish for us to collect and/or use your personal information or request to delete such information, this may result in a termination of your user account or your inability to use the Services. Please see the Your Choices section for more information.

We may collect the following categories of personal information when you interact with us, our affiliates, vendors, partners, and co-sponsors, including when you use or access the Services:

- **Contact Information:** We collect personal information in order to respond to your inquiries and provide our Services, including, when you register to use our tax software, such as:

  Name;

  Address;

  Email; or

  Phone number

- **Tax Return Information:** If you decide to prepare or file a tax return using our Services, we collect personal information, such as:

  Name;

  Social Security number;

  Driver's license number;

  Employment information;

  Spouse and dependent information;

  Income;

  Deductions; or

  Any other information included in your return.

- **Uploaded Documents**: We collect personal information provided in any forms, files, or other data that you may choose to upload or import to our Services, including through the camera functionality of our App.

- **Information Provided From Third Parties That You Utilize Within Our Services:** You can choose to permit or, in some cases, restrict third-party websites or applications that integrate with our Services. If you provide your third-party credentials, we may receive your name and email address associated with such third-party websites or applications, along with additional information that the application has elected to make available to TaxAct to facilitate the integration.

- **Financial Information:** We may collect account, card, or payment information, such as when you purchase our products and Professional Services. If you pay using a credit card, we and our payment processor may collect financial information such as credit card number and expiration date.

- **Professional Preparer Information:** If you use our Professional Services to prepare the taxes of others, we may also collect information regarding your tax preparation business, such as:

  Business name;

  Business address;

  Business email;

  Business phone;

  Name of individual designated as contact for business;

  Size and nature of practice; or

  Tax registration information, e.g., PTIN / EFIN.

- **Communications:** We may collect certain personal information provided in your communications with us. In some cases, we record your interactions with our support service team upon notifying you that a recording will be made.

- **Marketing Communications:** We collect personal information you may provide us to sign up for communications, including, in connection with marketing emails, blog content, customer testimonials, surveys, promotions, contests, sweepstakes, marketing events, trade shows, webinars, conferences, customer research, gated content, feedback, or a similar event or occurrence.

- **Referrals:** Information from your use of our referral service to tell a friend about our site, including your friend's name and email address.

- **Publicly Available Information:** In addition to the information you provide, we may also collect information from publicly available sources, affiliated companies, or third parties, such as when we partner with other companies or use service providers to help us optimize our marketing activities.

- **Automatically Collected Information:** TaxAct collects information about your browser or device interactions with the Services. Automatically collected information may be combined with other information we collect about you to improve our Services, and our marketing, analytics, and Site functionality. This information may include:

  **Computer or Device Information** you use to access our Services, including:

  IP address;

  hardware model;

  operating system version;

  mobile network information;

  location information; or

  other information that identifies your computer or device.

  **User Interaction Information** about your use of the Services, including:

  type of browser;

  loading and access times;

  pages viewed and features accessed;

  the page visited before navigating to our Services;

  whether you have started or completed use of an offering; or

  other events that occur while engaging with our Services.

**Geolocation Data:** We may collect geolocation data, including information derived from your IP address and collected from our Services, for analytics, marketing, and access purposes. You may control certain geolocation collection through your browser or mobile device settings.

You may be able to use your device's security features, including biometric identity verification, to sign into the Services. We do not have access to or otherwise process your biometric information when you use these features.

## How We Use Your Personal Information

In addition to the other uses described in this Privacy Notice, we may use your personal information for the following purposes:

- To complete orders and provide you our Services, including, using tax return information to prepare or assist in preparing your tax return, as described further below.

- To assist the development of our Services, including to:

  Generally analyze and improve the Services we offer to you;

  Better understand the functionality of our Services; or

  Provide a customized or personalized experience.

- To create, maintain, customize, and secure your account with us.

- To communicate with you, including, to:

Send marketing messages or to show you advertising;

Notify you of new or enhanced products and services;

Communicate with people you tell us might be interested in our services, if you choose to use our referral service to tell them about us; or

Provide text message alerts for product information, status, tips or promotions, or other marketing activities.

- To maintain the safety, security, and integrity of our Site and Services, databases and other technology assets, and business.
- To address issues that may arise, including to:

Notify you if there are issues with the Service or your order;

Send you product or technical notices, updates, and security alerts;

Research and address any questions or problems submitted through our technical support and customer service systems;

Monitor and investigate fraud, identity theft, and other illegal activity; or

Protect the safety and security of TaxAct, our Services, our customers, and others.

As described to you when collecting your personal information.

- To operate our business, including, as necessary for internal administrative purposes, recordkeeping and auditing, risk management, and to manage our relationships.
- To protect and secure our business, including preventing, investigating, identifying, or taking any other action with regard to suspected or actual fraudulent or illegal activity, or any activity that violates or may violate applicable laws, regulations, or legal process and our policies.
- To fulfill our legal obligations, including complying with applicable laws, regulations, or legal processes as well as industry standards and our company policies.
- In the event of corporate restructuring, including evaluating or conducting a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of our assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal information held by us is among the assets transferred.

**How and Why We Disclose Your Personal Information**

We may disclose your personal information in the course of supporting and providing our Services, as follows:

- **As You Direct in the Services:** We disclose Tax Return Information in accordance with your requests, such as when you direct us to file a tax return with the IRS or to a state taxing authority or you provide your express consent to disclose information to a third party offering its own product or service.
- **Vendors Supporting the Services:** To vendors, consultants, and service providers who assist us in providing our Services and use and disclose such personal information to perform services on our behalf.
- **Co-sponsors and Partners:** To promotional co-sponsors or other TaxAct partners as part of joint marketing efforts and other partnership activities.
- **Marketing Vendors:** To companies, including our affiliated entities and third parties, that provide services that help us market our products or otherwise support the promotion of our business.
- **Legal Compliance, Law Enforcement, and Regulatory Requests:** For compliance, enforcement, and public safety purposes, including to taxing authorities, law enforcement, government agencies, and other parties to comply with any applicable law, regulation, or legal process, such as subpoenas and court orders; to carry out investigations; to protect and defend our rights and property or the rights or safety of other parties; for crime-prevention purposes; or as otherwise required by any applicable law, rule, or regulation.
- **Fraud and Abuse Prevention**: If we believe your actions are inconsistent with the spirit or language of our user agreements or policies, or to protect the rights, property, and safety of TaxAct or others.
- **In a Merger:** In connection with, or during negotiations of, any merger, sale of company assets, financing, or acquisition of all or a portion of our business by another company.

- **For Use by Our Affiliates**: For our affiliated companies to assist in providing and maintaining the Services or for other permitted business. If you use our Professional Services to prepare the taxes of others, we may disclose your information with our affiliates. You can learn more about and access the privacy notice of our affiliates at: Drake Software Privacy Notice and 1040.com Privacy Notice.
- **Mobile Phone Number:** We may disclose your mobile phone number to vendors that assist us with providing text message alerts for product information, tips or promotions, or other marketing activities; however, we will not disclose your mobile text messaging information with third parties or our affiliates for marketing or promotional purposes.

To the extent we disclose personal information obtained through our App, we require that receiving parties provide the same level of protection as required by this Privacy Notice.

## Tax Return Information

We use Tax Return Information you provide us in order to prepare a tax return. The use and disclosure of Tax Return Information is governed by Section 7216 of the Internal Revenue Code and many state codes and their associated regulations. We use your Tax Return Information only in accordance with applicable laws, including Section 7216 of the Internal Revenue Code, to do the following things:

- To prepare or assist in the preparation of tax returns;
- To allow tax professionals to assist you with questions or tax preparation;
- To obtain, manage, or market services in connection with the preparation of tax returns;
- To provide you with our tax preparation products and services or, if you expressly consent, other products or services;
- For other uses or disclosures as you expressly consent to from time to time; or
- As required by law.

## Cookies, Tracking Technologies, and Interest-Based Advertising

We or our vendors may use tracking technologies, such as cookies, web beacons, software development kits (SDKs), and pixels (collectively, "**Cookies**"), to collect certain information when you interact with the Services. We may use Cookies for several purposes, including:

- Storing information to help the Services function properly;
- Helping you access and navigate the Services more efficiently;
- Recognizing your login information and preferences, so that you do not need to enter the information each time you visit the Services;
- Analyzing your use of the Services, including, collecting information about which pages on our Services you viewed or links you clicked and how you interacted with our content during your visit or over multiple visits;
- Customizing your browsing experience by showing you information more likely to be relevant to you; and
- Delivering and customizing advertisements and tracking advertising campaigns.

We use certain web analytics services, such as Google Analytics, to help us understand and analyze how visitors use our Services. We use this information to implement Google advertising features such as dynamic remarketing, interest-based advertising, audience targeting, behavioral reporting, demographics and interests reporting, user segment analysis, device reporting, display advertising, video ads reporting, and impression reporting.

Third-party ad technology companies and advertisers, including Meta and TikTok, may use, store, or access Cookies to collect or receive information from our Services and elsewhere on the internet and use that information to provide advertising services to us, including, interest-based advertising or advertisements targeted to your interests.

In certain instances, we may contract with vendors to help us analyze activity through our Services, including our chat functionality, through session replay technologies that allow us to review the history of how visitors use our Services and to improve our Services. These technologies may collect the following types of information, among others: IP address; screen size; device type (unique device identifiers); browser information; geographic location; and preferred language.

We or our vendors may collect personal information about your online activities over time and across different devices and online websites when you access the Services. We and our vendors may link the information collected by tracking technologies to other information collected about you.

If you have questions about our use of cookie or other similar technologies, please contact us at privacy@taxact.com.

**Your Cookie Choices**

We use Cookies, including those listed below, to obtain information on how visitors interact with our Services or for marketing and advertising our Services to you. These tools collect information about the performance of our Services and how visitors navigate around and interact with our Site's web pages, which allows us to evaluate and further improve and optimize our web pages.

For more information on the below Cookies, please click on the links:

- Facebook Privacy Policy – To better assess and optimize our marketing activities, we may use the "Meta Pixel" operated by Meta (formerly Facebook) to collect or receive information from our Site and elsewhere on the internet and use that information to provide advertising services to us, including interest-based advertising or advertisements targeted to your interests. We do not use the Meta Pixel within our tax product and it will not collect tax return or financial information. To change your privacy and advertising settings with Facebook, login to your Facebook account and navigate to the Privacy Center at facebook.com/privacy/center or review your Ad Preferences at facebook.com/adpreferences.
- Google - We use the information from Google Analytics to analyze and improve our Services. For more information on how Google Analytics uses data collected through the Services, visit: policies.google.com/technologies/partner-sites.
- To opt out of Google Analytics, visit: tools.google.com/dlpage/gaoptout.
- To control Google Ads, visit: myadcenter.google.com.
- LinkedIn – We may use LinkedIn to optimize our marketing activities. For more information on LinkedIn Cookie practices, see the LinkedIn Cookie Policy and for more information on how LinkedIn collects or receives personal information through tracking technologies, visit: www.linkedin.com/legal/privacy-policy.
- Microsoft - For information on how Microsoft collects or receives personal information through tracking technologies to provide Microsoft Advertising, view the Microsoft Privacy Statements at privacy.microsoft.com/en-us/privacystatement.
- Optimizely Privacy Notice and Data Subject Rights – We may use Optimizely to test variations, analyze, and direct traffic on our website and in our products.
- Pinterest – Pinterest may be used to provide online behavioral advertising for marketing purposes.
- Reddit – We may use Reddit to optimize our marketing activities. For more information on how Reddit collects or receives personal information through tracking technologies, visit: www.reddit.com/policies/privacy-policy?rdt=41967.
- Snap – We may use Snapchat to optimize our marketing activities. For more information on how Snap collects or receives personal information through tracking technologies, visit: values.snap.com/privacy/privacy-policy.
- The Trade Desk - The Trade Desk may be used to provide targeted advertising for marketing purposes. To opt out, please go to Data Access Portal | The Trade Desk to review your options.
- Yahoo – We have contracted with Yahoo to monitor certain pages of our website for the purpose of reporting web traffic, statistics, advertisement "click-throughs," and/or other activities on our Site. Where authorized by us, Yahoo may use Cookies to compile statistics about our website visitors. However, if you choose, you may opt out from Yahoo's collection of such information outside of the Yahoo distribution network, by clicking on the following link: legal.yahoo.com/us/en/yahoo/privacy/index.
- Yelp - We may use Yelp to optimize our marketing activities. For more information on how Yelp collects or receives personal information through tracking technologies, visit: terms.yelp.com/privacy/en_us/20220831_en_us/.
- YouTube - YouTube API Services may collect, store, use, process and share personal information, including from your devices, as described in this Privacy Notice and to serve content. You can revoke access to your personal information collected and processed through the YouTube API Services using Google's security settings at security.google.com/settings/security/permissions.

You may opt out of interest-based ads from companies participating in the National Advertising Initiative consumer opt out link (https://thenai.org/how-to-opt-out/) or the Digital Advertising Alliance's consumer opt out link (youradchoices.com/). Please note this does not opt you out of being served ads and opting out via one browser, device, or app may not necessarily opt you out of collection from all browsers, devices, or apps. Even if you opt out of interest-based ads you will still receive non-personalized, contextual ads.

Certain web browsers allow users to opt out of tracking by websites and online services by enabling a signal such as Do Not Track ("**DNT**"). To learn more about DNT signals, visit allaboutdnt.com. If you choose to enable an opt out request preference signal you will only be opted out of online sales or sharing of your information and will need to turn it on for each browser you use.

You may elect to opt out of certain processing of your personal information through Cookies by clicking the "Do Not Sell or Share My Personal Information" link in the footer of any of the Services' pages and toggling your preferences. You can use mobile device settings to limit mobile tracking technologies and associated activities. For instance, you can adjust or reset the advertising identifiers on your mobile device in the device settings.

## How Long We Retain Personal Information

TaxAct maintains the personal information described above for as long as necessary for the purposes described in this Privacy Notice or otherwise authorized by law. This generally means holding the information for as long as one of the following applies:

- The personal information is reasonably necessary to manage our operations, to manage your relationship with us, to provide goods or services, or to satisfy another purpose for which we collect the information;
- The personal information is reasonably necessary to carry out a disclosed purpose that is reasonably compatible with the context in which the personal information was collected;
- The personal information is reasonably required to protect or defend our rights or property (which will generally relate to applicable laws that limit actions in a particular case); or
- We are otherwise required or permitted to keep the personal information by applicable laws or regulations.

Where personal information is used for more than one purpose, we will retain it until the purpose with the latest period expires.

## How We Safeguard Personal Information

We work to safeguard personal information from loss, misuse, or unauthorized access, alteration, and destruction by using industry standard safeguards, procedures, and practices.

These safeguards include physical, logical, and technical protections for physical security, information security, and additional measures to restrict access to data we hold in physical and electronic forms.

No method of transmission over the Internet, or method of electronic storage, is completely secure. Although we do our best to protect your personal information, we cannot guarantee the security of information transmitted via our Services. Additional details on our security measures can be found here: taxact.com/security.

## Children's Privacy

We do not market our Services to children, and the Services are not intended for use by individuals under the age of 13. If we become aware that we have received any personal information from a child under 13, we will delete it in accordance with applicable law.

## Data Storage and Transfer

In accordance with applicable laws, we keep and store personal information to provide you with the Services and for the uses identified in this Privacy Notice.

The Services are intended for access and use in the United States. Any information TaxAct collects about you may be stored, transferred, processed, and/or accessed by us in the United States, or to the extent permitted by law, any other country where we or our vendors operate. Please know that personal information may be transferred to, and maintained on, computers not in the state or country where you live, meaning the privacy laws could differ from and may not be as protective as those where you live.

If you are located outside the United States and allow us to collect personal information about you, please be aware that TaxAct may, where permitted by law, transfer your personal information to other countries, including the United States, and process and store it there. By allowing collection of your personal information, you consent to having your personal information transferred to, processed, and stored in the United States.

## Generative Artificial Intelligence, Machine Learning, and Related Tools

We may use artificial intelligence ("**AI**") tools, such as chatbots and tax-filing assistance tools (collectively, "**AI-Powered Tools**") to improve, develop, and deliver our products and services. These tools may include generative AI, machine learning, and related technologies. We may use AI-Powered Tools to analyze how our Services are used and interacted with, or to process certain content our customers send or display through the Services, including by conducting data analytics to develop insights about your use of the Services, needs, and preferences, so we can make more informed predictions,

recommendations, and improve our products and Services. We also provide Interactive AI-Powered Tools that can help you use our Services, including making it easier to fill out your tax return. When you interact with our AI-Powered Tools, you are interacting with our generative AI platforms and **not** a live person, and you are subject to our general Terms of Service and this Privacy Notice. Please understand that information, prompts, output, or suggestions provided by these AI-Powered Tools or any materials retrieved therefrom, including from any third party, have not been reviewed for content or accuracy. AI-Powered Tools may provide inaccurate or incorrect information so the accuracy and appropriateness of any solutions offered by AI should be confirmed before use. AI-Powered Tools on our Services **do not provide tax, legal, or financial advice**.

Some of the AI-Powered Tools we use allow us and our vendors to monitor and analyze how visitors use our Services to better understand user behavior and improve our Services. When you interact with us online, information related to your behavior and other personal information may be collected by us and our vendors. When using the AI-Powered Tools for tax-filing assistance, we only process personal information within our environment and do not use personal information to train third-party instances of large language models.

When utilizing AI-Powered Tools, we will provide additional notice and the opportunity to opt out, when appropriate. We will not use AI-Powered Tools to subject you to decisions based solely on automated decision-making that have a significant impact on you without providing additional notice, as appropriate.

## Other Online Services

**External Links:** Our Services may contain links to external websites, which are clearly identified and will direct you from TaxAct's Services to an external site. Our link to a product or service does not by itself indicate our endorsement. Some of these external sites may collect personal information about you or request personal information from you. If accessing an external site via a link, you will be directed to that external website and governed by their privacy notice and policies. We encourage you to review their privacy statements or notices to learn more about what personal information is collected, how it is used, and how it is stored.

**Interactive Features:** We may engage vendors to provide certain interactive features on our Services. Your use of these interactive features is voluntary, and we may retain the information that you submit through these features. For example, we may offer an interactive chatbot on our Site to answer questions and for other customer service purposes. When you participate in the interactive chat, either with a virtual or live agent, the contents of the chat may be captured and kept as a transcript. As described in the Generative Artificial Intelligence, Machine Learning, and Related Tools section above, our interactive chatbot may use AI technology. When you use our AI-powered chatbot, you are interacting with an AI platform, not a live person, and should not input any personal or sensitive information. While we strive to provide accurate information through this feature, we cannot guarantee the accuracy or completeness of the information provided; use of the AI-powered chatbot is for general information only and the information, decisions, advice, or materials provided by or retrieved from the chatbot have not been reviewed for content or accuracy. By using these features, you understand that our vendors may process the information obtained through the feature to provide the service on our behalf.

**Social Media:** We may monitor and collect information from interactions with our social media accounts (such as Twitter, LinkedIn, Facebook, Instagram, TikTok, or Google). Our Services include social media features, such as the Facebook Like button and widgets, the share this button, or interactive mini programs that run on our Site. If you interact with us on social media or use features such as plugins, widgets, or other tools made available by social media platforms or networks in connection with our Services, we may collect personal information that you disclose to us or that the social media platforms disclose to us. Your interactions with these features are governed by the privacy notice of the company providing it.

**Identity Verification:** If you request certain account recovery services, we disclose your personal information to external parties, including LexisNexis, so we can verify your identity. The personal information we disclose includes name, address, email, IP address, and Social Security Number. For more information about how LexisNexis processes personal information for identity verification, please visit the LexisNexis Emailage Processing Notice.

## Your Choices

We offer our users certain choices related to their personal information. If you are a resident of California, Minnesota, Montana, or Oregon, you may have additional rights under state law, which are provided in the Additional State Privacy Law Disclosures section below.

We will not discriminate against you for choosing to exercise any of these privacy choices.

### Cookies and Tracking Technologies

For information about managing your Cookie preferences, please refer to the Your Cookie Choices section above.

### Choosing Do Not Sell or Share My Personal Information

You may elect to opt out of the selling or sharing of your personal information by visiting taxact.com/do-not-sell-or-share,

or clicking the button labeled "Do Not Sell or Share My Personal Information" in the footer of any TaxAct Site page.

You do not need to create an account with us to exercise your opt-out rights. We will only use personal information provided in an opt-out request to review and comply with the request.

**Communications and Opt Out Options**

**Email Communications:** We may periodically send you communications or otherwise contact you about new products, services, upcoming events, or for other promotional purposes. You can stop receiving promotional emails by following the unsubscribe instructions in emails that you receive.

**Text Communications:** You can opt out from further text marketing communications by texting STOP to the SMS number used by TaxAct to contact you.

**Transactional Communications:** Note that if you opt out of receiving marketing, we may still contact you for non-marketing purposes, such as account information, feedback or research purposes, legal notices, account security, bug alerts, or changes that may impact your ability to use TaxAct products and services.

**Professional Services Disclosure to Affiliated Companies:** If you use our Professional Service and wish to opt out of having personal information about you disclosed to our affiliated companies for marketing purposes, please visit taxact.com/email/preference-center/global-dne.

**Access and Updates to Your Information**

To exercise your right to access, to amend or delete information, customers with registered accounts can access and/or update account information by visiting taxact.com and selecting "Sign In." To withdraw consent, please email privacy@taxact.com. If you e-file your tax return using the Services, you will not be able to update your tax return information once your tax return has been filed, unless the IRS rejects the return, or you file a later amendment. You may check if your return has been accepted or rejected by selecting "Check e-file status."

After the tax return extension filing deadline, all information then existing in the TaxAct tax returns are archived. We provide the ability for you to access such archived return information in certain circumstances.

If you do not have an account, you may have the right to access or request to update inaccuracies in your personal information, or request deletion of certain information, subject to applicable laws. Please submit a request by completing the online form here. If you do not have an account, you may select the "Potential Customer" option on the form and provide your requested personal information that we will match against our records to attempt to verify your identify. If you have any questions about this process, including regarding requests we are unable to fulfill, you may contact us at the information provided at the beginning of this Privacy Notice.

**Uninstalling or Deleting the App**

You may uninstall our App from your device at any time. Uninstalling the App will not delete your user account or any information we previously collected via the App, nor does it affect your personal information collection through our other Services.

You may delete your account through the App. However, uninstalling or deleting the App will not delete your account.

**Deletion of Your Account**

If you choose to delete your account, we retain your account information in our archives even though it is no longer accessible online. We also retain all printed or e-filed returns and related information as necessary to comply with our legal and contractual obligations, resolve disputes, and enforce our agreements.

If you delete your account, you may no longer be able to access any of the information associated with that account including information you provided through associated applications or other Services.

To delete your account, you can complete the online form here or follow the account delete instructions in the App.

**Additional State Privacy Law Disclosures**

This section supplements the information contained in the Privacy Notice, and applies solely to visitors, users, and others who reside in California, Connecticut, Minnesota, Montana, or Oregon ("**Consumers**" or "**you**"). In the event of any conflict between this section and our Privacy Notice above, this section shall govern for Consumers. We adopt this section of the Privacy Notice to comply with privacy laws in California, Connecticut, Minnesota, Montana, and Oregon (each, an "**Applicable State**"), including the California Consumer Privacy Act ("**CCPA**") and other Applicable State privacy laws. Any terms defined in Applicable State privacy laws have the same meaning when used in this Privacy Notice.

TaxAct is the Controller of your personal information.

This section does not apply to job applicants or current and former employees/contractors. If you are a job applicant, please review our Applicant Privacy Notice. If you are a current or former employee/contractor, a separate privacy notice will be provided to you in the course of your employment as required by applicable law. If you have any questions, please contact us using the information provided above.

Unless otherwise noted, the disclosures in this section apply to our current practices, as well as our activities in the prior twelve (12) months.

**Personal Information We Collect, Use, and Disclose**

We may collect personal information and, for limited purposes, sensitive personal information, as described in the Personal Information We Collect, How We Use Your Personal Information, and How and Why We Disclose Your Personal Information sections above and the following chart, depending on your access to and/or use of the Services. "Personal information" includes "personal data" as defined in Applicable State privacy laws.

| Categories | Examples | Purpose |
|---|---|---|
| Identifiers. | Real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, social security number, driver's license number, passport number, or other similar identifiers. Business Identifiers such as business name, email address, physical address, phone number, professional registration numbers, and role or title. | TaxAct uses this information in accordance with applicable laws, such as to prepare, assist in preparing, or obtain or provide services in connection with preparing of a tax return; to provide you with the products and services you specifically request or consent to and other uses or disclosures as you expressly consent to from time to time; or as required by law. We also collect this information to establish and maintain business relationships. |
| Personal Information categories listed in the California Customer Records statute (Cal. Civ. Code § 1798.80(e)). | Name, signature, Social Security number, physical characteristics or description, address, associated telephone numbers, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information. Some personal information included in this category may overlap with other categories. | TaxAct uses this information in accordance with applicable laws, such as to prepare, assist in preparing, or obtain or provide services in connection with preparing of a tax return; to provide you with the products and services you specifically request or consent to and other uses or disclosures as you expressly consent to from time to time; or as required by law. |
| Protected classification characteristics under Applicable State or federal law. | Age (40 years or older), race, color, ancestry, national origin, citizenship, immigration status, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, veteran or military status, genetic information (including familial genetic information). | TaxAct uses this information in accordance with applicable laws, such as to prepare, assist in preparing, or obtain or provide services in connection with preparing a tax return; to provide you with the products and services you specifically request or consent to and other uses or disclosures as you expressly consent to from time to time; or as required by law. |
| Commercial information. | Records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. | TaxAct collects and uses commercial information such as records of personal property in relation to providing tax related services. |
| Internet or other similar network activity. | Browsing history, search history, information on a Consumer's interaction with a website, application, or advertisement. | TaxAct uses your information to personalize or customize your experience and our products, develop new features or services, and to improve the overall quality of our product offerings. |
| Geolocation data. | Information derived from your IP address and collected from our App | TaxAct uses your information to personalize or customize your experience and our products, develop new features or services, and to improve the security and overall quality of our product offerings. |
| Sensory data. | Audio, electronic, visual, thermal, olfactory, or similar information. | TaxAct collects this information during the recording of customer service calls, in instances |

| | | |
|---|---|---|
| | | where we ask to share your screen to help resolve your inquiry, or where interactions with our service staff are conducted by video conferencing. TaxAct uses this information to provide support and to improve the overall quality of our offerings. |
| Professional or employment-related information. | Current or past job history. | TaxAct collects and uses professional and employment history in relation to providing tax related services. |
| Inferences drawn from other Personal Information. | Profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes. | TaxAct processes inferences based on other information collected as part of marketing efforts. TaxAct uses this information to provide, support, and improve the Services. |

The above chart also includes the sensitive personal information we collect and the purposes for which it is collected.

We collect the following types of personal information that may be considered sensitive under Applicable State Privacy Laws: citizenship and immigration status; gender identity; Social Security, driver's license, state identification card, or passport number; and account log-in, financial account, debit card, or credit card number in combination with any required security or access code, password, or credentials allowing access to an account.

We may collect personal information, including, sensitive personal information, from the following sources:

- **Directly from you.** For example, when you sign up to receive information from us, sign up for our Services, or any other time you submit personal information to us voluntarily, including through use of our Services.
- **Automatically when you use our Services.** For example, we may collect your usage history when you use our Services.
- **Other parties.** For example, we may receive personal information from vendors who provide us with IT services, advertising services, or help facilitate our sales.

**Personal Information Sold to Third Parties or Shared for Targeted Advertising**

TaxAct does not sell personal information for monetary value, however the Applicable State privacy laws define "sale" broadly to include any transfer of personal information to a third party for monetary or other valuable consideration, which may include the sharing of personal information with third parties for cross-context behavioral or targeted advertising (collectively, "**Targeted Advertising**") purposes.

As described in the Cookies, Tracking Technologies, and Interest-Based Advertising section above, we utilize interest-based advertising services from vendors on our Site. When you interact with our Site, some of your personal information may be shared, if legally permitted, with certain of these vendors who may use it for Targeted Advertising. You have the right to opt out of the "sale" of your personal information and opt out of the sharing of your personal information for Targeted Advertising, as detailed below. We do not have actual knowledge that we sell or share the personal information of Consumers under 18 years of age.

The following categories of personal information may be sold or shared for marketing and advertising purposes to third parties, including our affiliates, advertisers and marketing partners, data analytics providers, and social media networks:

- Identifiers;
- Internet or similar network activity information;
- Commercial Information; and
- Inferences drawn from other Personal Information.

**Rights and Choices**

Applicable State residents are provided with certain rights regarding their personal information under Applicable State privacy law. This section describes such Consumer rights and explains how to exercise those rights.

**Confirmation, Access, and Data Portability Rights**

If you are a Consumer, you have the right to request that we confirm whether we are processing or have processed personal information about you and request a copy of such personal information.

California residents also have the right to request:

- The categories of personal information we collected about you.
- The categories of sources for the personal information we collected about you.
- Our business or commercial purpose for collecting, selling, or sharing that personal information.
- The categories of third parties with whom we share that personal information.
- The categories of personal information that we disclosed for a business purpose, and for each category identified, the categories of recipients to which we disclosed that particular category of personal information.
- The categories of personal information that we sold or shared, and for each category identified, the categories of recipients to which we sold or shared that particular category of personal information.
- The specific pieces of personal information we collected about you.

**Connecticut residents also have the right to request any inferences derived from their personal information and whether we are processing your personal information for the purposes of profiling to make a decision that produces any legal or similarly significant effect.**

**Third-Party Disclosure Right**

Connecticut, Oregon, and Minnesota residents may request a list of third parties to which we disclosed personal information.

**Deletion Request Rights**

If you are a Consumer, you may request that we delete personal information about you, subject to certain exceptions. Once we receive and confirm your verifiable request, we will delete (and direct our service providers to delete if applicable) your personal information from our records, unless an exception applies.

**Correction Request Rights**

If you are a Consumer, you may request correction of inaccurate or incomplete personal information that we have about you. Once we receive and confirm your verifiable request, we will provide a response that may include self-service tools that enable you to update your personal information, unless an exception applies. We may ask you to provide documentation supporting the accuracy of the personal information that is the subject of your request. Please note this is subject to certain restrictions.

**Opt Out of Sale or Sharing for Targeted Advertising Right**

You may opt out of sharing for Targeted Advertising or the sale of your personal information to third parties using Cookies by clicking the button labeled "Do Not Sell or Share My Personal Information" in the footer of any Site page.

As described in the section on Your Choices, you may elect to add your name to our "Do Not Sell or Share My Personal Information" list by visiting taxact.com/do-not-sell-or-share or clicking the button labeled "Do Not Sell or Share My Personal Information" on any TaxAct web page.

Certain web browsers allow users to opt out of tracking by websites and online services by enabling an opt out preference signal such as Global Privacy Control ("**GPC**"). If you choose to enable an opt out preference signal, you will only be opted out of Cookie-based sales of your personal information or sharing of your personal information for Targeted Advertising and will need to turn it on for each browser you use. To submit a request to opt out of offline sales and sharing which would not otherwise be controlled by an opt out preference signal, please click on the "Do Not Sell or Share My Personal Information" button located on any TaxAct webpage.

**Profiling and Automated Decision-Making Rights**

We do not use automated decision-making technologies or profile Consumers in furtherance of decisions that produce legal effects or effects of similar significance or for purposes to which other rights apply under Applicable State privacy laws.

We do not collect, use, or sell Personal Information for the purpose of training large language models.

**Appeal Rights**

If we deny or are unable to fulfill your privacy rights request, and you believe we denied it in error, you may appeal for reconsideration of your request by emailing us at privacy@taxact.com.

**California Limitation on Use and Disclosure of Sensitive Personal Information Right**

We do not use or disclose sensitive Personal Information for purposes to which the right to limit use and disclosure applies

under California law.

**Request Submissions**

To exercise the rights under Applicable State privacy laws, please submit a request by completing the online form here. If you have any questions about this process, including regarding requests we are unable to fulfill, you may contact us at the information provided at the beginning of this Privacy Notice. If you submit certain requests, we may request additional information to verify your identity, which may require you to log into your account or to provide 2-3 pieces of personal information that we will match against our records. We will use personal information provided in a verifiable request to verify the requestor's identity or authority to make the request.

Requests may also be submitted by a person that is authorized to act on your behalf. Such privacy rights requests may have to undergo our verification process, which includes verifying the identity of the agent and their authorization to make the request. An authorized agent may submit a request on your behalf using the online form here. These requests must:

- Detail sufficient information that allows us to reasonably verify you are the person about whom we collected personal information or an authorized representative; and
- Describe your request with sufficient detail that allows us to properly understand, evaluate, and respond to it.

We cannot respond to your request or provide you with personal information if we cannot verify your identity or your agent's authority to make the request and confirm the personal information relates to you.

**Timeframe for Responding to Requests and Format**

TaxAct shall confirm receipt of a Consumer's request within ten (10) days of receipt. TaxAct will respond to the request within forty-five (45) days of receipt of the request.

The period of response may be extended to ninety (90) days if more time is required. In that event, we will inform you of the reason for the extension period in writing. You may only make a verifiable request for access or data portability twice within a 12-month period.

**Fee**

We do not charge a fee to process or respond to your verifiable request unless it is excessive, repetitive, or manifestly unfounded.

**No Discrimination**

We will not discriminate against you for exercising any of your Applicable State privacy rights.

Please note, that certain information is required to effectively use our Services. For example, if you exercise the right to delete your information your account will be deactivated, which prevents the use of our goods and services. This in no way prevents you from creating a new account in the future.

**California Notice of Financial Incentive**

We may offer you certain financial incentives permitted under applicable law that can result in different prices or rates for our Services. A financial incentive notice is either provided below for the particular program listed or will be provided in connection with the offer for the particular financial incentive. Participation in a financial incentive program requires your prior opt-in consent, which you may revoke at any time. We may add or change programs and their terms by posting notice via the program descriptions below or within the offer to participate, so please check the descriptions regularly.

| Program | Incentive Offered | Material Terms | How to Opt In and Withdraw |
|---|---|---|---|
| Text Message Sign-Up Rewards | Individuals who sign up for text messages can earn a discount as described at the time of sign up, such as 10% off. | Text message sign-up rewards are available to consumers who are eighteen (18) years of age or older, and discounts are redeemable only through the Services.<br><br>TaxAct collects your phone number to facilitate the Text Message Sign-Up Rewards program, send you marketing messages, provide you with benefits, and otherwise operate our business. | You may opt in by providing your phone number at the link available from time to time on our Services, including our home page, www.taxact.com, and opting in to receive text messages from us.<br><br>To withdraw from text messaging, please text STOP in response to any message you receive. |

The financial incentive we offer to Consumers is reasonably related to the value of the Consumer's data. We have made a good faith estimate of the value of the Consumer's data based on relevant expenses related to the collection and retention of personal information as part of each program.

**California "Shine the Light"**

Once per calendar year, a California resident may opt out of disclosure of their personal information to other parties, including affiliates, for their direct marketing purposes during the immediately preceding calendar year. If you do not want TaxAct to disclose your personal information to other companies, including, affiliates, for their direct marketing purposes, please go to: Opt Out of Sales or Sharing, click the button labeled "Do Not Sell or Share My Personal Information" on any TaxAct web page, or contact us at privacy@taxact.com.

**Notice of Changes**

We may change this Privacy Notice from time to time. If we make updates, we will revise the "Last Updated" date at the top of this Privacy Notice and, in some cases, we may provide you with additional notice at our discretion. We encourage you to review the Privacy Notice whenever you access the Site, use our Services, or otherwise interact with us to stay informed about our information practices.

**Accessibility**

TaxAct is committed to making our Privacy Notice accessible to individuals with disabilities. If you use assistive technology (such as a Braille reader, a screen reader, and text-enlargement programs) and the format of the Privacy Notice interferes with your ability to access any information in the Privacy Notice, please contact us at privacy@taxact.com. Please indicate the nature of your accessibility problem, the preferred format you would like to receive the Privacy Notice, and your contact information so that we may respond in a manner that is helpful for you.

Self-Employed

File Gig Work Taxes

File Investor Taxes

File Rental Property Taxes

File Students Taxes

Tax Checklist

Tax Resources

See All Tax Forms

**Real People. Real Reviews.**

See what real filers have to say about their experience with TaxAct.

4.4 | 32,930+ Reviews

**Family Brands** DrakeSoftware 1040.com taxwell

**Download the Mobile App** Download on the App Store GET IT ON Google Play

TaxAct

## Stay in the know

Sign up today to receive offers and updates, tax news, and essential filing alerts.

By submitting your information, you acknowledge and agree that any prior opt-outs are no longer applicable. You may unsubscribe at any time. Please view our privacy notice.

Enter your email Subscribe Now

Terms of Service • Privacy Notice • GLBA Notice • Do Not Sell or Share My Personal Information

©2026 TaxAct, LLC, a Taxwell company. All Rights Reserved.

digicert TRUSTe Certified Privacy Powered by TrustArc Trustwave AUTHORIZED e-file PROVIDER