# EXHIBIT R

The Wayback Machine - https://web.archive.org/web/20130926072031/http://www.taxslayer.com:80/policies/privacy



# Privacy Policy

**YOUR PRIVACY IS A PRIORITY TO US**

At TaxSlayer.com, we are committed to safeguarding customer information on www.taxslayer.com. Since your privacy is a priority to us, TaxSlayer will not share nonpublic information about you with third parties outside of the TaxSlayer corporate family without your consent, except as explained in our Privacy Policy.

TRUSTe Certified Privacy

TaxSlayer.com has been awarded TRUSTe's Privacy Seal signifying that this privacy policy and practices have been reviewed by TRUSTe for compliance with TRUSTe's program requirements including transparency, accountability and choice regarding the collection and use of your personal information. The TRUSTe program covers the web site www.taxslayer.com. TRUSTe's mission, as an independent third party, is to accelerate online trust among consumers and organizations globally through its leading privacy trustmark and innovative trust solutions. If you have questions or complaints regarding our privacy policy or practices, please contact us at support@taxslayer.com. If you are not satisfied with our response you can contact TRUSTe here.

**PRIVACY POLICY**

Protecting your privacy is important to TaxSlayer. We want you to understand what information we may gather and how we may share it. This Privacy Policy explains TaxSlayer's collection, use, retention and security of information about you.

**How We Collect Information**

**Visiting our Web Site**
We will not collect personal information about you just because you visit this site. In order to improve the usefulness of our web site for our visitors, we automatically collect and maintain statistical information from our site's data logs that concern network traffic flow and volume. This information consists of:

- The name of the domain from which the visitor accesses the Internet (e.g., "a company.com"; "a school.edu"; or "an agency.gov");
- The Internet Protocol Number; and
- The date and time our website is visited.

This information does not identify individual visitors and is used to enhance and improve your experience on our site. No attempts are made to identify individual users unless illegal behavior is suspected.

**Clear Gifs (Web Beacons/Web Bugs)**

We employ or our third party advertising partner employs a software technology called clear gifs (a.k.a. Web Beacons/Web Bugs), that help us better manage content on our site by informing us what content is effective. Clear gifs are tiny graphics with a unique identifier, similar in function to cookies, and are used to track the online movements of Web users. In contrast to cookies, which are stored on a user's computer hard drive, clear gifs are embedded invisibly on Web pages and are about the size of the period at the end of this sentence. We do not tie the information gathered by clear gifs to our customers' personal information.

**Participation in Contests, Sweepstakes, Games, or Surveys**

Information we receive when you request services, or information from us or companies with whom we have business relationships, enter contests or sweepstakes, or complete surveys or polls, such as your name, address, e-mail address and payment or billing information.

**Purchasing our Products**
The purpose of this site is to market and sell our software. As a result, you may have to provide us your personal information and/or email address. We do not share or disseminate this information to other vendors or clients. This information is kept in strictest, secure, confidence. If you choose to purchase our products online, you will be asked for personal information as well as your credit card number. The forms requesting this information are on a secure server. All steps are taken to safeguard your information.

**Cookies** We use a variety of technologies on our Web site. Among these are cookies, which are pieces of information that our Web sites provides to your browser. You can choose to decline cookies while at our Web site, however, this may limit your ability to access certain areas of the Web site. Most browsers accept and maintain cookies by default.

**Information Gathering**

The information we gather, in addition to your tax return, includes:
• **Credit Card** including:
Cardholder's name, credit card type, credit card number, expiration date, billing address, email address.
Credit card data is used to complete our transactions and none of this information is shared with anyone else.
• **Technical Assistance**
User name, user ID, email address, operating system, connection, browser.
• **Tell A Friend**
If you choose to use our referral service to tell a friend about our site, we will ask you for your friends name and email address. We will automatically send your friend a one-time email inviting him or her to visit the site. TaxSlayer.com stores this information for the sole purpose of sending this one-time email [and tracking the success of our referral program].

Your friend may contact us at http://www.taxslayer.com/optout.aspx to request that we remove this information from our database.

**Other Types of Information We Gather, How it is Used and Our Use of Gifs and Cookies**
We use technology to collect anonymous, non-Personal Information that indicates how our site is used by visitors. We use this information to improve our site, for example by enhancing pages or features that are visited frequently, and on occasion we may share this information with our affiliates or other third party companies to provide them with an indication of the amount of interest in our site for advertising purposes and to help us plan for technical improvements. This information will not identify you or any other user of our web site as an individual. We use clear gifs in our HTML-based emails to let us know which emails the recipients have opened. We use cookies to understand how our site visitors link to our site and what pages they view during their visit. Cookies also allow us to personalize your shopping experience, advertise to you on other web sites and speed the check-out process. The companies used for retargeting advertising

and/or marketing analysis include Clarity, ClickEquations, DoubleClick, Google, Invite Media, Omniture, and Right Media.



**Sharing Information**

- **Within TaxSlayer Corporate Family**

We may share information about you and the products and services you have purchased from us, among members of the TaxSlayer Corporate family and our parent company of Rhodes Financial Services, all of whom follow our Privacy Policy. However, this information will not be provided to third parties outside our corporate family, except as noted below:

- **With Our Service Providers**

In some cases, we employ service providers to provide a product you order, to fulfill a service you request, or to market one of our products or services. Examples include using Web analytical software, Web beacons, delivering downloadable products, offering online software applications, or sending e-mails on our behalf. While this may require us to share information, these service providers are strictly prohibited from using your information other than to act on our behalf.

- **For Legal Reasons**

We may be required to provide information about you to third parties outside of the TaxSlayer corporate family without your consent as provided by law, such as, to respond to a subpoena or court order, judicial process or regulatory authorities, to protect against fraud.

- **In Case of Sale of Company**

Your information may be transferred in connection with a proposed or actual sale, merger, or transfer of all or a portion of a business or operating unit. You will be notified via email and/or a prominent notice on our Web site of any change in ownership or uses of your personal information, as well as any choices you may have regarding your personal information.

**Testimonials**

We post customer testimonials on our web site which may contain personal information such as the customer's name. We do obtain the customer's consent prior to posting the testimonial to post their name along with their testimonial. If you wish to update or delete your testimonial, you can contact us at support@taxslayer.com.

**Blog / Forum**

Our web site offers publicly accessible blogs or community forums. You should be aware that any information you provide in these areas may be read, collected, and used by others who access them. To request removal of your personal information from our blog or community forum, contact us at support@taxslayer.com. In some cases, we may not be able to remove your personal information, in which case we will let you know if we are unable to do so and why.

**Links**

As a service to our customers, we have installed links to various tax agencies/services. These include IRS.Gov, and various state agencies and organizations. The links provided are maintained by these separate entities and are not the property of, or affiliated with, Taxslayer.com. If you submit personal information to any of those sites, your information is governed by their privacy policies. We encourage you to carefully read the privacy policy of any Web site you visit.

**Our Former Customers**

Even if you are no longer a TaxSlayer customer, our Privacy Policy will continue to apply to you.

**Our Security Practices and Information Accuracy**

We take every step available to safeguard customer information. All forms accepting user information are processed on our secure servers.

TaxSlayer's electronic filing process is different than most in the fact that you download our software and install it on your personal PC or you may file your return on a Web based page. Once you have completed the return on your personal PC, you are asked to transmit the return to TaxSlayer's secure website. In both the download and the web versions, the tax return file is encrypted to avoid any unwanted detection. Immediately after the files are transmitted to TaxSlayer's website, they are moved to a different location providing less likelihood of unwanted intervention. They are again moved a third time to begin processing. All acknowledgements are handled by e-mail with only general information given. Acknowledgements can also be retrieved via our website again without general information provided. (Example: IRS accepted or rejected, acceptance date, etc.) TaxSlayer will not issue a refund for returns rejected by the IRS or any state agency. Confidential information such as refund amounts, names, addresses, and account numbers are not displayed or e-mailed.

Incomplete tax returns or returns that are not accepted by the IRS will be deleted.

TaxSlayer.com takes industry standard measures to protect the personal information we collect. We provide high level types of security measures including, but not limited to, firewalls and protected facilities. Our Web site uses SSL encryption to transmit sensitive information. We maintain physical, electronic and procedural safeguards that comply with applicable law and federal standards.

We strive to keep our customer information as accurate and complete as we can. If you believe any of the information about you is not accurate, please let us know.

**Data Retention**

We will retain your information for as long as your account is active or as needed to provide you services. If you wish to cancel your account or request that we no longer use your information to provide you services contact us at support@taxslayer.com. We will retain and use your information as necessary to comply with our legal obligations, resolve disputes, and enforce our agreements.

**Access to Personal Information:**

Personal Information is accessible online through October 20 of the year in which the return is filed. You may view, delete and/or make changes to your personal information by visiting your account online at www.taxslayer.com and selecting "Edit Account Information". Any return e-filed through TaxSlayer.com will be available only in PDF format (fees may apply).

**How to Contact Us:**

If you have questions or concerns regarding this policy, you should first contact customer support at support@taxslayer.com.
You can also write us at:

**Changes in this Privacy Policy**

The Privacy Policy applies to products and services of TaxSlayer.com, online. We reserve the right to change this Privacy Policy, and any of the policies described above, at any time. Any changes to our policy will be immediately posted and made available to consumers at our website and these changes will not take effect for 15 days after their initial posting. We will also email users with this information. The examples contained within this Privacy Policy are illustrations; they are not intended to be exclusive.

**Approved and Effective 07/18/2012**



**TaxSlayer.com**
Copyright © 2013 TaxSlayer LLC | 3003 Allen Drive Evans, GA 30809 | 706-922-6741 | www.taxslayer.com