# EXHIBIT U

## (FILED UNDER SEAL)