# EXHIBIT W

## (FILED UNDER SEAL)