# EXHIBIT X

## (FILED UNDER SEAL)