COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SMITH et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-BLF)<br><br>**DECLARATION OF CHRIS ROKS IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' CORRECTED MOTION FOR CLASS CERTIFICATION**<br><br>Date: November 19, 2026<br>Time: 10:00 a.m.<br>Dept: Ctrm. 8 – 4th Floor<br>Judge: Honorable P. Casey Pitts<br><br>Date Action Filed: 7/14/2023 |

I, Chris Roks, declare as follows:

1. I am over 18 years of age and competent to make this Declaration. I am employed by Google LLC ("Google") as a Senior Product Manager for Google Analytics, a position I have held since April 2025. In this role, I supervise and work closely with the engineering teams responsible for Google Analytics ("GA"). In my role, I am familiar with the technical infrastructure that Google has used to collect, process, and store GA data, including the data centers and network systems involved in that process. I submit this declaration in support of Google's Opposition to Plaintiffs' Corrected Motion for Class Certification. I have personal knowledge of the facts set forth below, based on my role at Google and my review of Google's internal systems and records described herein. If called to testify, could and would testify competently thereto.

2. Based on my review of Google's internal systems and records, I can confirm that all processing and storage of GA data within the United States occurs exclusively at data centers located in Oklahoma, South Carolina, Iowa, North Carolina, Nevada, Tennessee, and Georgia.

3. I am aware that, in theory, data transmitted by a GA user could in rare circumstances travel through a Google network edge location physically situated in California, for reasons outside of Google's control, such as network outages or a user's use of a virtual private network with a California-based endpoint. However, any such California edge location functions solely as a transient routing point: it forwards GA data on to the processing locations identified in Paragraph 2 above without inspecting or otherwise processing the substance of that data. GA data is not stored on a persistent basis at any location in California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 1, 2026 at Irvine, California.

By: Chris Roks
Chris Roks

**ATTORNEY ATTESTATION**

I, Benedict Hur, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Executed on September 2, 2026, at San Francisco, California.

*<u>/s/ Benedict Hur</u>*
Benedict Hur