**EMERSON FIRM, PLLC**
John G. Emerson *(pro hac vice)*
(State Bar of Texas No. 06602600)
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
E-mail: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC.,

Defendant.

Case No. 5:23-cv-03527-PCP

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO WITHDRAW & DISMISSING CECELIA YEAGER'S CLAIMS FOR FAILURE TO PROSECUTE**

Comes Now, John G. Emerson, as Proof of Service of the Order to Show Cause Upon Plaintiff Cecelia Yeager and states the following:

I caused a copy of the Order Granting Motion to Withdraw & Dismissing Cecelia Yeager's Claims for Failure to Prosecute to be served upon Plaintiff Cecelia Yeager on September 8, 2026 to her last known address at 4016 Nugget Dr., Modesto, CA 95355 by:

a.) enclosing a copy in a sealed envelope by Certified Mail #9589071052702957 1275 which was delivered on September 8, 2026 at 1:49 p.m.;

b.) enclosing a copy in a sealed envelope by postage pre-paid regular U.S. mail;

c.) and attaching an exact copy by email to cecelia.yeager78@gmail.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 8, 2026

Respectfully submitted,

**EMERSON FIRM, PLLC**

By: /s/ John G. Emerson .
John G. Emerson, *Admitted Pro Hac Vice*
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
Email: jemerson@emersonfirm.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant, Cal. Bar No. 322946
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**HECHT PARTNERS LLP**
Lori G. Feldman (pro hac vice)
Michael Liskow, Cal. Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173

lfeldman@hechtpartners.com
mliskow@hechtpartners.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf, *Admitted Pro Hac Vice*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, *Admitted Pro Hac Vice*
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
E-mail: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, *Admitted Pro Hac Vice*
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarbrough.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith, Cal. Bar. No. 244902
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404
Email: joel@skclassactions.com

*Attorneys for Plaintiffs*

# EMERSON FIRM, PLLC

Attorneys at Law

September 1, 2026

Ms. Cecelia Yeager
4016 Nugget Dr.
Modesto, CA 95355

**VIA FIRST CLASS U.S. Mail and**
**CERTIFIED MAIL #9589071052702957120975**
AND VIA EMAIL TO cecelia.yeager78@gmail.com

*RE: Google, LLC*

Dear Ms. Yeager:

Enclosed is the August 31, 2026 signed Order by Judge P. Casey Pitts Granting Motion to Withdraw and Dismissing Cecelia Yeager's Claims for Failure to Prosecute.

Sincerely,

John G. Emerson

JGE:ta
Enclosures: stated

6234 Shadow Crest Street, Houston, TX 77074
Toll-Free (800) 551-8549 * Phone (501) 286-4622 * Fax (501) 286-4659
www.eclassaction.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. SMITH, et al.,<br>Plaintiffs,<br>v.<br>GOOGLE, LLC,<br>Defendant. | Case No. 23-cv-03527-PCP<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING CECILIA YEAGER'S CLAIMS FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 171, 172 |

Counsel for plaintiff Cecilia Yeager moves to withdraw from representing Yeager due to her failure to respond to counsel's repeated text messages, emails, and phone calls or otherwise cooperate in litigation of this case. The Court grants the motion. Counsel is ordered to notify Yeager that she is no longer represented and to serve a copy of this Order on Yeager by email and certified mail to her last known electronic and physical addresses. Counsel shall file proof of service by no later than September 10, 2026.

Because Yeager has persistently refused to communicate with her now-withdrawn counsel and has failed to cooperate in the litigation of this putative class action, the Court previously ordered Yeager to show cause why her claims should not be dismissed for failure to prosecute. The Court offered Yeager three opportunities to do so, explaining that she could respond to the order to show cause by (1) having new counsel enter an appearance on her behalf; (2) filing a written statement confirming her intent to proceed *pro se* and to actively litigate this case; or (3) appearing at the August 27, 2026 hearing on the motion to withdraw. Yeager did not take any responsive action. The Court therefore *sua sponte* considers whether to dismiss Yeager's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). In determining whether to dismiss, the Court must consider five factors:

United States District Court
Northern District of California

> (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to [other parties]; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits.

*Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) (citation modified). The Court may dismiss "where at least four factors support dismissal, or where at least three factors 'strongly' support dismissal." *Yourish v. Calif. Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999) (quoting *Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998)). Here, four factors favor dismissal.

First, "[t]he public's interest in expeditious resolution of litigation always favors dismissal." *Id.*

The second factor also favors dismissal. "It is incumbent upon the Court to manage its docket without being subjected to routine noncompliance of litigants such as" Ms. Yeager. *Pagtalunan*, 291 F.3d at 642, who flouted the Court's instruction to respond to the order to show cause. And Yeager's conduct has needlessly "consumed … the [C]ourt's time that could have been devoted to other cases on the docket" by forcing her former counsel to file a motion to withdraw and failing to appear at the hearing set by the Court. *See id.*

Third, the risk of prejudice to other parties favors dismissal. In this putative class action, plaintiffs' deadline to file their motion for class certification was on July 15, 2026. Yeager's refusal to communicate with her former counsel disrupted their preparations for filing that motion, requiring counsel to simultaneously prepare the motion to withdraw from representing Yeager and thereby prejudicing Yeager's co-plaintiffs by threatening the success of their efforts to certify a class. Yeager's conduct also prejudiced defendant by necessitating its appearance at a hearing in the week before defendant's deadline to respond to the motion for class certification. All signs suggest that Yeager will continue to play hooky and thus continue to prejudice the other parties in this action.

Fourth, the Court has considered less drastic sanctions. The Court has offered Ramirez multiple opportunities to explain her failure to communicate with her former counsel or to participate in the litigation of this action, either by having new counsel appear, by filing a written

United States District Court
Northern District of California

statement, or by appearing at the August 27, 2026 hearing. The Court also issued a warning one month ago that failure to make use of those opportunities would result in dismissal. *See id.* at 1091 (noting "that a warning can be sufficient to meet the 'consideration of alternatives' requirement" (quoting *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 132 (9th Cir. 1987))). And because Yeager is now unrepresented by counsel, there is no officer of the court whom the Court may subject to lesser sanctions for failing to comply with its orders.

The final factor—the public interest in resolving cases on the merits—always weighs against dismissal. *See Pagtalunan*, 291 F.3d at 643.

Because four of the five factors favor dismissal, the Court concludes that dismissal is proper under Federal Rule of Civil Procedure 41(b). Accordingly, Yeager's claims are dismissed without prejudice, and the Clerk is ordered to terminate Yeager as a party to this action. The motion to withdraw as counsel, Dkt. No. 171, is granted.

**IT IS SO ORDERED.**

Dated: August 31, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California

ALERT: IMPACTS FROM HURRICANE LOWELL IN HAWAII MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PA...

# USPS Tracking®

FAQs >

Tracking Number:

**9589071052702957120975**

Copy Add to Informed Delivery

Remove X

## Latest Update

Your item was delivered to an individual at the address at 1:49 pm on September 8, 2026 in MODESTO, CA 95355.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

MODESTO, CA 95355
September 8, 2026 1:49 PM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

Feedback

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY L. SMITH, et al.,
Plaintiffs,

v.

GOOGLE, LLC,
Defendant.

Case No. 23-cv-03527-PCP

**ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING CECILIA YEAGER'S CLAIMS FOR FAILURE TO PROSECUTE**

Re: Dkt. Nos. 171, 172

UNITED STATES POSTAL SERVICE.

AUSTIN
3385 HIGHWAY 367 N
AUSTIN, AR 72007-9998
www.usps.com

09/02/2026 09:18 AM

TRACKING NUMBERS
9589 0710 5270 2957 1209 75

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.11 |
| Modesto, CA 95355 | | | |
| Weight: 0 lb 1.10 oz | | | |
| Estimated Delivery Date Tue 09/08/2026 | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 2957 1209 75 | | | |
| Total | | | $6.66 |

Grand Total: $6.66

Credit Card Remit $6.66
Card Name: AMEX
Account #: XXXXXXXXXXX1015
Approval #: 846614
Transaction #: 032
AID: A000000025010801 Chip
AL: AMERICAN EXPRESS
PIN: Not Required

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous ... ...

9589 0710 5270 2957 1209 75

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Modesto, CA 95355

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.11 |
| Total Postage and Fees | $6.66 |

0507
01

Postmark Here

09/02/2026

Sent To
Ms. Cecelia Yeager
Street and Apt. No., or PO Box No.
4016 Nugget Dr.
City, State, ZIP+4®
Modesto, CA 95355

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**Tanya Autry**

| | |
|---|---|
| **From:** | John Emerson |
| **Sent:** | Tuesday, September 1, 2026 11:58 AM |
| **To:** | Cecilia Yeager |
| **Cc:** | Tanya Autry |
| **Subject:** | Google - Court's Order Granting Motion To Withdraw and Dismissing Yeager's Claims For Failure To Prosecute |
| **Attachments:** | Google - Order Granting Motion to Withdraw and Dismissing Cecilia Yeager's Clains for Failure to Prosecute, 8-31-26.pdf |

Dear Cecilia: Please find attached a copy of the Court's Order of August 31, 2026.

Sincerely, John

John G. Emerson*
**Emerson Firm, PLLC**
6234 Shadow Crest St.
Houston, TX 77074
Tel. 800.551.8649
Fx. 501.286.4659

www.eClassActionsLawyer.com

* Licensed in Texas, Washington, and Arkansas
Rated AV Preeminent since 1996

NCJI
NATIONAL CIVIL JUSTICE INSTITUTE
SUPPORTING FELLOW

EMERSON FIRM, PLLC – A NATIONAL COMPLEX TRIAL PRACTICE

Before printing, please think about the environment.

***Privilege and Confidentiality Notice***

This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This message and any documents accompanying it contain information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that any disclosure is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately at 1-800-551-8649 and take the steps necessary to delete the message and any attachments completely from your computer system, networks,