**HECHT PARTNERS LLP**
Lori G. Feldman (*pro hac vice*)
Michael Liskow, Cal. Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

**SMITH KRISHOVEY, PC**
Joel D. Smith, Cal. Bar No. 244902
166 Geary Street
#1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (925) 407-2700
joel@skclassactions.com

*Attorneys for Plaintiff and the Proposed Class*

**COOLEY LLP**
Benedict Y. Hur (SBN: 224018)
bhur@cooley.com
Simona Agnolucci (SBN: 246943)
sagnolucci@cooley.com
Eduardo E. Santacana (SBN: 281668)
esantacana@cooley.com
Joshua Anderson (SBN: 312836)
joshua.anderson@cooley.com
Naiara Toker (SBN: 346145)
ntoker@cooley.com
Anika Holland (SBN: 336071)
anika.holland@cooley.com
Julia Irwin (SBN: 352861)
jirwin@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY SMITH et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

Case No. 5:23-cv-03527-PCP
(Consol. w/ 5:23-cv-04191-BLF)

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE DEADLINES**

**[L.R. 6-2]**

Defendant Google, LLC ("Google") and Plaintiffs (collectively, "Parties") submit the following stipulation and order pursuant to Civil Local Rule 6-2.

The Parties are in the process of completing the briefing for Plaintiffs' Motion for Class Certification, with the Plaintiffs' Reply and Rebuttal Class Expert Reports, including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts (the "Reply Papers") due October 7, 2026. Due to personal circumstances concerning Plaintiffs' Counsel that may impede their ability to fully and sufficiently complete the Reply Papers by this deadline, Plaintiffs have requested, and Google's Counsel has agreed to a brief extension of two days for the Reply Papers. Accordingly, the Parties respectfully request a brief two-day extension of the deadline for Plaintiffs' Reply Papers, as well as subsequent class motion briefing deadlines, but do not seek to modify the current class certification hearing deadline or any case deadlines after the hearing.

Accordingly, the Parties stipulate as follows:

1. WHEREAS, on July 10, 2024, the Court set deadlines for, *inter alia*, Plaintiffs' motion for class certification, the Parties' dispositive motions, associated expert reports and related briefing, as well as trial. *See* Dkt. 94.

2. WHEREAS, on February 24, 2025, the Court approved the Parties' stipulation to extend the case deadlines. *See* Dkt. 107.

3. WHEREAS, on December 29, 2025, the Court approved the Parties' second stipulation to extend the case deadlines. *See* Dkt. 135.

4. WHEREAS, on April 17, 2026, the Court approved the Parties' third stipulation to extend the case deadlines. *See* Dkt. 151.

5. WHEREAS, on May 5, 2026, the Court approved the Parties' fourth stipulation to extend the case deadlines. *See* Dkt. 162.

6. WHEREAS, on July 1, 2026, the Court approved the Parties' fifth stipulation to extend the case deadlines. *See* Dkt. 167.

7. WHEREAS, in consideration of Plaintiffs' Counsel's circumstances and to permit Plaintiffs to fully and sufficiently complete the Reply Papers, the Parties agree to a short two-day extension of the deadlines outlined below. Therefore, good cause exists.

8. WHEREAS, the Parties have conferred and agreed to the below proposed modified briefing schedule, subject to Court approval. The Parties' proposed modified schedule modifies only the deadline for the Reply Papers and subsequent class motion briefing deadlines, but does not impact the class certification hearing date of November 19, 2026, or any case deadlines after the hearing.

9. WHEREAS, there have been five prior requests to alter the class certification briefing schedule and other case deadlines sought to be modified by this stipulation, approved by the Court on February 24, 2025, *see* Dkt. 107, December 29, 2025, *see* Dkt. 135, April 17, 2026, *see* Dkt. 151, May 5, 2026, *see* Dkt. 162, and July 1, 2026. *See* Dkt. 167. The Parties also previously stipulated to extend the briefing schedule for Google's motion to compel arbitration, *see* Dkt. 54, to extend Google's time to respond to Plaintiffs' Consolidated Class Action Complaint, *see* Dkt. 85, to extend the deadline for resolving certain discovery disputes, *see* Dkt. 127; and to extend the briefing schedule for Plaintiffs' Motion to Amend the Complaint. *See* Dkt. 138.

| **Event** | **Current Date** | **Proposed Revised Date** |
|---|---|---|
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | October 7, 2026 | October 9, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts, Replies in Support of Motions to Exclude Plaintiffs' class experts, or Motions to Exclude Plaintiffs' class experts on the basis of their rebuttal reports[1] (if any) | October 22, 2026 | October 19, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts on the basis of their rebuttal reports (if any) | November 3, 2026 | October 28, 2026 |
| Any Replies in Support of Motions to Exclude Plaintiffs' class experts on the basis of their rebuttal reports (if any) | N/A | November 3, 2026 |
| Class Cert Hearing | November 19, 2026 | No Change |

IT IS SO STIPULATED.

[1] Plaintiffs reserve the right to object to, challenge or seek to strike, on timeliness, waiver or any other grounds, any Motions by Google, or portions of such Motions, seeking to exclude Plaintiffs' class experts on the basis of their rebuttal reports.

Dated: October 5, 2026

HECHT PARTNERS LLP

By: */s/ Michael Liskow*

Lori G. Feldman
Michael Liskow
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

Joel D. Smith, Cal. Bar No. 244902
SMITH KRISHOVEY, PC
166 Geary Street
#1500-1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (925) 407-2700
joel@skclassactions.com

*Attorneys for Plaintiff and the Proposed Class*

Dated: October 5, 2026

COOLEY LLP

By: */s/ Joshua Anderson*

Benedict Hur
Simona Agnolucci
Eduardo E. Santacana
Joshua Anderson
Anika Holland
Naiara Toker
Julia Irwin

Attorneys for Defendant

GOOGLE, LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 5, 2026

HECHT PARTNERS LLP

By: */s/ Michael Liskow*
Michael Liskow

Attorneys for Plaintiffs and the Proposed Class

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The following deadlines are modified or added as follows:

| **Event** | **Current Date** | **Proposed Revised Date** |
|---|---|---|
| Reply and Rebuttal Class Expert Reports (including any Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts) | October 7, 2026 | October 9, 2026 |
| Any Oppositions to Motions to Exclude Google's class experts, Replies in Support of Motions to Exclude Plaintiffs' class experts, or Motions to Exclude Plaintiffs' class experts on the basis of their rebuttal reports (if any) | October 22, 2026 | October 19, 2026 |
| Any Replies in Support of Motions to Exclude Google's class experts or Oppositions to Motions to Exclude Plaintiffs' class experts on the basis of their rebuttal reports (if any) | November 3, 2026 | October 28, 2026 |
| Any Replies in Support of Motions to Exclude Plaintiffs' class experts on the basis of their rebuttal reports (if any) | N/A | November 3, 2026 |
| Class Cert Hearing | November 19, 2026 | No Change |

Dated: ______________________

______________________________________
The Honorable P. Casey Pitts
United States District Court Judge