**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC.,

Defendant.

Case No.: 5:23-cv-03527-PCP
(Consol. w/ 5:23-cv-04191-BLF)

**DECLARATION OF NEAL DECKANT IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

The Honorable P. Casey Pitts
Courtroom 8, 4th Floor

**REDACTED**

I, Neal Deckant declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am a member of the bar of this Court, and I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Reply in Support of Motion for Class Certification ("Reply"). I have personal knowledge of the matters set forth herein, and if called upon to do so, would and could testify competently thereto.

2. Plaintiffs' proposed "Alternative Classes"[1] are as follows:

**The Nationwide Eavesdropping Class and Subclasses (Cal. Penal Code §§ 632 and 635):**

Class: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present, or completed the process of preparing their federal tax return on the TaxSlayer website from February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This class seeks certification of claims under California Penal Code §§ 632 and 635. Plaintiffs Layton, Armstrong, Nino and Patterson seek to be class representatives for this class.

TaxAct Subclass: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This subclass seeks certification of claims under California Penal Code §§ 632 and 635. Plaintiffs Layton, Armstrong and Nino seek to be class representatives for this subclass.

TaxSlayer Subclass: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxSlayer website from February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This subclass seeks certification of claims under California Penal Code §§ 632 and 635. Plaintiff Patterson seeks to be a class representative for this subclass.

**The Nationwide Wiretapping Classes and Subclasses (18 U.S.C. §§ 2510, et seq and 18 U.S.C. § 2512):**

Class: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present, or completed the process of preparing their federal tax return on the TaxSlayer website from

[1] Excluded from each of the Alternative Classes are the assigned Judge(s), Plaintiffs' counsel, Google's counsel, the parties' retained experts, Google's officers and directors, members of their immediate families, any entity in which Google has or had a controlling interest, and the successors or assigns of any of the foregoing.

February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This class seeks certification of claims under 18 U.S.C. §§ 2510, et seq. and 18 U.S.C. § 2512. Plaintiffs Layton, Armstrong, Nino and Patterson seek to be class representatives for this class.

TaxAct Subclass: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This subclass seeks certification of claims under 18 U.S.C. §§ 2510, et seq. and 18 U.S.C. § 2512. Plaintiffs Layton, Armstrong and Nino seek to be class representatives for this subclass.

TaxSlayer Subclass: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxSlayer website from February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This subclass seeks certification of claims under 18 U.S.C. §§ 2510, et seq. and 18 U.S.C. § 2512. Plaintiff Patterson seeks to be a class representative for this subclass.

**The California Wiretapping Class and Subclass (Cal. Penal Code §§ 631(a) and 635):**

Class: All individuals who, while in California, (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present, or completed the process of preparing their federal tax return on the TaxSlayer website from February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This class seeks certification of claims under California Penal Code §§ 631(a) and 635. Plaintiff Nino seeks to be a class representative for this class.

TaxAct Subclass: All individuals who, while in California, (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This subclass seeks certification of claims under California Penal Code §§ 631(a) and 635. Plaintiff Nino seeks to be a class representative for this subclass.

**The Florida Wiretapping Class and Subclass (Florida Security of Communications Act, Florida Statutes § 934.10):**

Class: All individuals who, while in Florida, (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present, or completed the process of preparing their federal tax return on the TaxSlayer website from February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This class seeks certification of claims under Florida Statutes § 934.10. Plaintiff Patterson seeks to be a class representative for this class.

TaxSlayer Subclass: All individuals who, while in Florida, (a) completed the process of preparing their federal tax return on the TaxSlayer website from February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession,

custody or control. This subclass seeks certification of claims under Florida Statutes § 934.10. Plaintiff Patterson seeks to be a class representative for this subclass.

**The Nationwide Pen Register Class and Subclasses (Cal. Penal Code § 638.51):**

Class: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present, or completed the process of preparing their federal tax return on the TaxSlayer website from February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This class seeks certification of claims under California Penal Code § 638.51. Plaintiffs Layton, Armstrong, Nino and Patterson seek to be class representatives for this class.

TaxAct Subclass: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxAct website from January 10, 2018, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This subclass seeks certification of claims under California Penal Code § 638.51. Plaintiffs Layton, Armstrong and Nino seek to be class representatives for this subclass.

TaxSlayer Subclass: All individuals in the United States who (a) completed the process of preparing their federal tax return on the TaxSlayer website from February 1, 2013, through the present; and (b) for whom records of completing the process are in Google's possession, custody or control. This subclass seeks certification of claims under California Penal Code § 638.51. Plaintiff Patterson seeks to be a class representative for this subclass.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Reply Report of Jonathan Hochman, Ph.D.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of John R. Black, Ph.D., conducted in this action on September 24, 2026.

5. Attached hereto as Exhibit 3 is a true and correct copy GOOG-SMITH-00121436-39, produced by Google in this action and designated "Highly Confidential – Attorneys' Eyes Only."

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript of the deposition of Kevin Lam conducted in this action on April 17, 2026.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript of the deposition of Tracylyn Patterson conducted in this action on April 28, 2026.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript of

the deposition of Dr. On Amir, Ph. D., conducted in this action on September 20, 2026.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the transcript of the deposition of Joseph Sebastian Nino conducted in this action on May 28, 2026.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript of the deposition of Dr. Jonathan Hochman conducted in this action on August 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Walnut Creek, California on October 9, 2026.

*/s/ Neal Deckant*
Neal Deckant

# EXHIBITS 1- 8

# FILED UNDER SEAL