COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY SMITH et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

Case No. 5:23-cv-03527-PCP
(Consol. w/ 5:23-cv-04191-BLF)

**DECLARATION OF ANIKA HOLLAND IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Dept: Ctrm. 8 – 4th Floor
Judge: Honorable P. Casey Pitts

Date Action Filed: 7/14/2023

I, Anika Holland declare as follows:

1. I am over 18 years of age and competent to make this Declaration. I am an attorney admitted to practice law in the State of California and before this Court. I am an attorney at the law firm Cooley LLP, and counsel for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Administrative Motion for Leave to File a Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification (the "Motion"). I have personal knowledge of the facts set forth below and if called to testify, I could and would testify competently thereto.

2. Attached as **Exhibit A** hereto is a true and correct copy of Google's Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification.

3. I conferred with counsel for Plaintiffs by phone on October 12 and October 14, 2026, to discuss the grounds for Google's anticipated Motion and whether Plaintiffs would oppose it. Plaintiffs' Counsel indicated that they did not oppose Google filing a sur-reply addressing Plaintiffs' Alternative Classes set forth in their Reply, but they did oppose Google raising arguments based on SB 690. I offered that if Google could present its Motion as unopposed, the parties could stipulate to a reasonable briefing schedule allowing a further reply from Plaintiffs. Plaintiffs declined. After our call, Plaintiffs' counsel emailed me and requested that Google file its Motion by October 29, 2026, to "provide Plaintiffs with a reasonable amount of time to respond before November 5, 2026."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 29, 2026 in San Francisco, California.

*/s/Anika Holland*
Anika Holland

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Benedict Hur, attest that concurrence in the filing of this document has been obtained from the signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2026, at San Francisco, California.

*/s/Benedict Hur*
Benedict Hur