COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY SMITH et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

Case No. 5:23-cv-03527-PCP

**DECLARATION OF CHRIS ROKS IN SUPPORT OF GOOGLE LLC'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**(REDACTED VERSION)**

I, Chris Roks, declare as follows:

1. I am a Senior Product Manager for Google Analytics. I have worked at Google since 2021. I make this declaration based on my personal knowledge about Google Analytics ("GA") and the GA data Google stores, my supervision of the GA engineering teams, and my review of Google's records. If called as a witness, could and would competently testify to the facts contained herein.

2. I understand that Plaintiffs have proposed "Alternative Classes" of individuals who "completed the process of preparing their federal tax return" on the TaxAct and TaxSlayer websites and "for whom records of completing the [federal tax filing] process are in Google's possession, custody, or control." I understand that Plaintiff's expert proposes to identify class members by reference to "Google's complete data set." I understand this to mean the complete set of event-level Universal Analytics ("UA") and GA data for the TaxAct and TaxSlayer websites [redacted] the relevant time periods.

3. I am familiar with the event-level data sample Google produced in this litigation. Google produced a [redacted]. This is a small fraction of the "complete" data set, which would constitute [redacted] of data across the entire relevant time periods for both websites. To obtain just that [redacted].

4. Google has no feasible way to export data at [redacted] scale. Based on the amount of time it took to collect and produce the [redacted], to extract and compile records. Google engineers would first need to create new code to extract the relevant records, including encryption and security checks. Then, assuming that [redacted], assuming 100% efficiency (which is not a realistic condition). In order for Plaintiffs to then run queries on the data, that data would then have to be uploaded to another server, [redacted] to complete the upload process. The cost to rent a server to store that amount of data

typically runs [redacted], using Google's cloud server pricing as a guideline.

5. [redacted], Google would not be able to identify who that particular user is. In other words, Google would not be able to reliably identify actual class members from the available data in Google's possession alone.

6. In order to reliably and consistently identify individual class members within GA data, Google would need to cross-reference records in the tax websites' possession. [redacted]

7. To identify whether all TaxSlayer and TaxAct users that completed federal tax returns appear in Google's data, Google would have to [redacted] Scaling up the process would require Google to create a custom tool and perform quality control checks.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 29, 2026, at Irvine, CA.

Chris Roks

Chris Roks

**ATTORNEY ATTESTATION**

I, Benedict Hur, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Executed on October 29, 2026, at San Francisco, California.

*/s/ Benedict Hur*
Benedict Hur