COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY SMITH et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

Case No. 5:23-cv-03527-PCP
(Consol. w/ 5:23-cv-04191-BLF)

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Date Action Filed: 7/14/2023

# [PROPOSED] ORDER

The Court, having considered Defendant Google LLC's Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification ("Sur-Reply"), and all papers submitted in support thereto, hereby GRANTS the Motion. The proposed Sur-Reply, attached as Exhibit A to the Declaration of Anika Holland in support of Google's Motion for Leave, and the Declaration of Chris Roks in support of Google's Sur-Reply are deemed filed as of this date.

**IT IS HEREBY ORDERED**.

Dated:______________________

______________________________
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT COURT JUDGE