**HECHT PARTNERS LLP**
Lori G. Feldman *(pro hac vice)*
Michael Liskow (State Bar No. 243899)
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821
E-mail: lfeldman@hechtpartners.com
mliskow@hechtpartners.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC.,

Defendant.

Case No. 5:23-cv-03527-PCP
(Consl. w/ 5:23-cv-04191-BLF)

**STATEMENT OF RECENT DECISION**

The Honorable P. Casey Pitts

Date Action Filed: 7/14/2023

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in support of their Motion for Class Certification (Dkt. 173):

(1) Order granting class certification, *In re Meta Pixel Healthcare Litigation*, 22-cv-03580-WHO (N.D. Cal. Oct. 30, 2026), a true and correct copy of which is attached hereto as Exhibit A.

Dated: November 1, 2026

Respectfully submitted,

**HECHT PARTNERS LLP**

By: <u>/s/ Michael Liskow</u>
Lori G. Feldman, *Admitted Pro Hac Vice*
Michael Liskow (State Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821
Email: lfeldman@hechtpartners.com
Email: mliskow@hechtpartners.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant, Cal. Bar No. 322946
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**LOCKRIDGE GRINDAL NAUEN PLLP**
Kate M. Baxter-Kauf, *Admitted Pro Hac Vice*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, *Admitted Pro Hac Vice*
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
E-mail: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH KILLINGSWORTH PLLC**
Patrick Yarborough, *Admitted Pro Hac Vice*
440 Louisiana Street, Suite 1800
Houston, TX 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fyktriallaw.com

**EMERSON FIRM, PLLC**
John G. Emerson, *Admitted Pro Hac Vice*
6234 Shadow Crest Street
Houston, TX 77074
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
Email: jemerson@emersonfirm.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith, Cal. Bar. No. 244902
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404
joel@skclassactions.com

*Attorneys for Plaintiffs*