**HECHT PARTNERS LLP**
Michael Liskow (State Bar No. 243899)
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
E-mail: mliskow@hechtpartners.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

Case No. 5:23-cv-03527-PCP
(Consol. w/ 5:23-cv-04191-BLF)

**DECLARATION OF MICHAEL LISKOW IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Honorable P. Casey Pitts
Courtroom 8, 4th Floor

I, Michael Liskow declare as follows:

1. I am a member of Hecht Partners LLP, one of the firms representing plaintiffs ("Plaintiffs") in this action. I am an attorney duly licensed to practice before the courts of the State of California.

2. I make this declaration in support of Plaintiffs' Opposition to Google LLC's Administrative Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification ("Motion"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to them.

3. Counsel for the parties spoke by phone on October 12, 2026, and October 14, 2026, concerning Google's proposed Motion. During the calls Google's counsel generally described the two arguments Google intended to (and did) include in the proposed sur-reply, but *did not* inform Plaintiffs' counsel that Google would be submitting a new fact declaration in support of its argument that Plaintiffs' proposed Alternative Classes could not be certified.

4. Plaintiffs' counsel explained on both calls that Plaintiffs intended to oppose Google's Motion to the extent it raised new issues not addressed in prior briefing, including the purported effect of S.B. 690 on Plaintiffs' proposed classes or claims.

5. Attached hereto as Exhibit A is a true and correct copy of my October 14, 2026 email to Google's counsel and others with the subject "Smith v. Google 5:23-cv-03527-PCP - Google Motion for Leave to File Sur-Reply."

I declare under penalty of perjury that the foregoing is true and correct. Executed in West Orange, New Jersey on November 2, 2026.

*/s/ Michael Liskow*
Michael Liskow

# EXHIBIT A

| | |
|---|---|
| **From:** | Michael Liskow |
| **To:** | "Holland, Anika"; Abbey, Emily; Wagner, Arielle S.; Dave Parkinson (support@emersonfirm.com); Ritter Gordon, Emma; Evan Cole (evan@thehodalawfirm.com); George, Adam R.; Joel Smith (joel@skclassactions.com); John Emerson (jemerson@emersonfirm.com); Lori Feldman; Marshal J. Hoda (marshal@thehodalawfirm.com); Neal J. Deckant (ndeckant@bursor.com); Patrick Yarborough (patrick@fosteryarborough.com); Baxter-Kauf, Kate M. |
| **Cc:** | z/GA_Tax |
| **Bcc:** | Michael Liskow |
| **Subject:** | Smith v. Google 5:23-cv-03527-PCP - Google Motion for Leave to File Sur-Reply |
| **Date:** | Wednesday, October 14, 2026 12:13:00 PM |

Hi Anika,

I am writing to memorialize Plaintiffs' position discussed during our call today. Plaintiffs intend to oppose Google's motion for leave to file a sur-reply to Plaintiffs' class certification reply ("Motion for Leave"). As I explained during the call, the anticipated Motion for Leave is improper because, among other reasons, it will raise issues not addressed in any prior briefing, specifically the purported effect SB 690 may have on Plaintiffs' claims or proposed classes. *See, e.g., Briggs v. Montgomery*, 2019 WL 13039282, at *2 (D. Ariz. Mar. 19, 2019).

As we also discussed today and during our prior call, Plaintiffs request that Google file its Motion for Leave by no later than October 29, 2026, to provide Plaintiffs with a reasonable amount of time to respond before November 5, 2026, the court's deadline for any papers relating to class certification.

Thanks,
Mike