| | |
|---|---|
| **HECHT PARTNERS LLP**<br>Lori G. Feldman *(pro hac vice)*<br>Michael Liskow (State Bar No. 243899)<br>125 Park Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 851-6821<br>E-mail: lfeldman@hechtpartners.com<br>mliskow@hechtpartners.com<br><br>*Attorneys for Plaintiffs* | **BURSOR & FISHER, P.A.**<br>Neal Deckant (State Bar No. 322946)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ndeckant@bursor.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY L. SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:23-cv-03527-PCP<br>(Consol. w/ 5:23-cv-04191-BLF)<br><br>**[PROPOSED] ORDER DENYING GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**[PROPOSED] ORDER**

The Court, having considered Defendant Google LLC's Administrative Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification (Dkt. 190), and all papers filed in support of and in opposition to the Motion (ECF No. 190), hereby DENIES the Motion.

**IT IS SO ORDERED.**

DATED: ____________________

____________________________________
The Honorable P. Casey Pitts
United States District Judge