COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
GOOGLE, LLC

**HECHT PARTNERS LLP**
Lori G. Feldman (*pro hac vice*)
Michael Liskow, Cal. Bar No. 243899
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY SMITH et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

Case No. 5:23-cv-03527-PCP
(Consol. w/ 5:23-cv-04191-BLF)

**STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING OMNIBUS SEALING MOTION DEADLINE**

**[L.R. 6-2]**

Defendant Google, LLC ("Google") and Plaintiffs (collectively, "Parties") submit the following stipulation and order pursuant to Civil Local Rule 6-2.

The Parties have now completed their briefing on Plaintiffs' Motion for Class Certification. The Parties have met and conferred and agreed to jointly seek a clarification of the deadline for the Parties' Omnibus Sealing Motion, in light of no party filing a Motion to Exclude, Google filing a Motion for Leave to File a Sur-Reply, and Plaintiffs filing an Opposition thereto. This clarification does not disturb the November 19, 2026 class certification hearing date or any other case deadline.

Accordingly, the Parties stipulate as follows:

1. WHEREAS, on July 10, 2024, the Court set deadlines for, *inter alia*, Plaintiffs' motion for class certification, the Parties' dispositive motions, associated expert reports and related briefing, as well as trial. *See* Dkt. 94;

2. WHEREAS, on February 24, 2025, the Court approved the Parties' stipulation to extend the case deadlines. *See* Dkt. 107;

3. WHEREAS, on December 29, 2025, the Court approved the Parties' second stipulation to extend the case deadlines. *See* Dkt. 135;

4. WHEREAS, on April 17, 2026, the Court approved the Parties' third stipulation to extend the case deadlines. *See* Dkt. 151;

5. WHEREAS, on May 5, 2026, the Court approved the Parties' fourth stipulation to extend the case deadlines. *See* Dkt. 162;

6. WHEREAS, on July 1, 2026, the Court approved the Parties' fifth stipulation to extend the case deadlines. *See* Dkt. 167;

7. WHEREAS, Google sought leave to file a sur-reply in connection with Plaintiffs' Motion for Class Certification on October 29, 2026;

8. WHEREAS, Plaintiffs filed an opposition to that Motion on November 2, 2026;

9. WHEREAS, no party filed a Motion to Exclude the other party's expert(s), thus creating an ambiguity regarding the deadline for the parties' Omnibus Motion to Seal, as the prior scheduling order, Dkt. 166, set the deadline for sealing as "[n]o later than 21 days after the filing deadline for Replies in Support of Motions to Exclude";

10. WHEREAS, to account for the briefing on Google's Motion for Leave to File a Sur-Reply, and to avoid a deadline falling during the Thanksgiving holiday, the Parties agree to extend the deadline for the Omnibus Sealing Motion from the deadline previously set by Dkt. 166 to December 10, 2026;

11. WHEREAS, the Parties' proposed schedule set forth below does not impact the class certification hearing date of November 19, 2026, or any other case deadline;

12. WHEREAS, good cause exists for the proposed schedule set forth below;

13. WHEREAS, there have been five prior requests to alter the class certification briefing schedule and other case deadlines, approved by the Court on February 24, 2025, *see* Dkt. 107, December 29, 2025, *see* Dkt. 135, April 17, 2026, *see* Dkt. 151, May 5, 2026, *see* Dkt. 162, and July 1, 2026, *see* Dkt. 167. The Parties also previously stipulated to extend the briefing schedule for Google's motion to compel arbitration, *see* Dkt. 54, to extend Google's time to respond to Plaintiffs' Consolidated Class Action Complaint, *see* Dkt. 85, to extend the deadline for resolving certain discovery disputes, *see* Dkt. 127, to extend the briefing schedule for Plaintiffs' Motion to Amend the Complaint, *see* Dkt. 138, and to establish the Omnibus Sealing Motion procedure. *See* Dkt. 166;

| **Event** | **Current Date** | **Proposed Revised Date** |
|---|---|---|
| Class Cert Hearing | November 19, 2026 | No Change |
| Deadline for Parties to file Omnibus Sealing Motion | No later than 21 days after the filing deadline for Replies in Support of Motions to Exclude | December 10, 2026 |

IT IS SO STIPULATED.

Dated: November 9, 2026

COOLEY LLP

By: */s/ Benedict Hur*

Benedict Hur
Simona Agnolucci
Eduardo E. Santacana
Joshua Anderson
Anika Holland
Emily Abbey
Naiara Toker
Julia Irwin

*Attorneys for Defendant*
GOOGLE, LLC

Dated: November 9, 2026

HECHT PARTNERS LLP

By: */s/ Michael Liskow*

Lori G. Feldman
Michael Liskow
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

Neal J. Deckant
BURSOR & FISHER, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiff and the Proposed Class*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 9, 2026

COOLEY LLP

By: */s/ Benedict Hur*
Benedict Hur

*Attorneys for Defendant*
GOOGLE, LLC

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The following deadlines are modified or added as follows:

| **Event** | **Current Date** | **Proposed Revised Date** |
|---|---|---|
| Class Cert Hearing | November 19, 2026 | No Change |
| Deadline for Parties to file Omnibus Sealing Motion | No later than 21 days after the filing deadline for Replies in Support of Motions to Exclude | December 10, 2026 |

Dated: November 10, 2026

The Honorable P. Casey Pitts
United States District Court Judge