# UNITED STATES DISTRICT COURT

Northern District of California

| | | |
|---|---|---|
| MARY L. SMITH, ET AL<br>**PLAINTIFF**<br><br>VS.<br><br>GOOGLE, LLC.<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 5:23-CV-03527-PCP |

## RETURN OF SERVICE

On Tuesday, November 17, 2026 at 1:01 PM, I received this SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, OR PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, SCHEDULE A for service on TAXACT, LLC C/O LEGAL DEPARTMENT.

On Wednesday, November 18, 2026 at 3:54 PM, I served the above-mentioned documents by delivering a copy to Mary Jones, authorized representative. at TAXACT, LLC C/O LEGAL DEPARTMENTat 3200 OLYMPUS BLVD, SUITE 150, COPPELL, TX 75019.

I declare under penalty of perjury that this information is true.

Wednesday, November 18, 2026

*Kurt F Schedler*

Kurt F Schedler
Process Server
2221 Justin Rd Ste 119-328
Flower Mound, TX 75028

GOOGLE001
DocID: P361187_1